Loriann A. Martinez
Texas Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR MOVANT
INTOUCH CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

**TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:**

InTouch Credit Union ("***InTouch***"), interested party and secured creditor of Debtor, Jason Emroy McKemie ("***Debtor***") files its *Motion to Extend Time to Object to Discharge* ("***Motion***") as follows:

**Background**

1. On January 12, 2026, the Debtor filed a petition pro se for relief under Chapter 7 of the Bankruptcy Code.

2. The Debtor's case was dismissed on February 5, 2026 but was subsequently reinstated on February 18, 2026.

3. Areya Holder was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy estate and continues to serve in that capacity.

4. The Debtor filed his Schedules on February 17, 2026, listing InTouch as a secured creditor due to its interest in a 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724 ("***Collateral***") pursuant to an executed vehicle loan agreement. The Debtor did not include InTouch on his Creditor Matrix and therefore InTouch did not get service or notice of the Debtor's bankruptcy filing until March 27, 2026.

5. On April 13, 2026, InTouch filed a *Motion for Relief from the Automatic Stay* (ECF 46) (the "***Motion for Relief***") requesting for the automatic stay to be lifted as it pertains to the Collateral due to the Debtor's non-payment pursuant to the vehicle loan agreement the Debtor executed with InTouch. A hearing on the Motion for Relief is set for May 5, 2026.

6. The current deadline to file an objection to discharge is April 20, 2026.

**<u>Request for Relief</u>**

7. InTouch requests that the deadline for it to object to the Debtor's discharge be extended sixty days to June 19, 2026. Pursuant to Rule 4004(b)(1), cause exists to extend the discharge objection deadline as to InTouch because additional time is needed allow for the Court to rule on the Motion for Relief, for InTouch and the Debtor to negotiate a reaffirmation agreement, or otherwise allow for InTouch to stipulate to an arrangement with the Debtor to resolve InTouch's Motion for Relief.

8. On April 6, 2026, the Debtor filed an *Emergency Motion to Delay Discharge for 30 Days and Request for Expedited Consideration* (ECF 40) requesting for his entry of discharge to be delayed for thirty days so that he may find and consult counsel and confirm the accuracy of his bankruptcy filings. InTouch's request for an extension to the deadline to object to the Debtor's discharge does not conflict with the Debtor's request, nor does it hinder the claims or other relief that may be sought by the other creditors in the Debtor's bankruptcy case.

9. The relief sought herein is not requested for purposes of delay but rather so that justice may be done. The additional sixty days requested will allow the Debtor time to consult counsel, allow time for the parties to resolve the Motion for Relief, and ensure the Debtor's assets and debts are properly accounted for.

**WHEREFORE, PREMISES CONSIDERED** InTouch prays that this Court grant the Motion, that the deadline for InTouch to object to the Debtor's discharge be extended 60 days to June 19, 2026, and that it be granted such other and further relief to which it may be justly entitled.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com (Email)

By: */s/ Loriann A. Martinez*
Loriann A. Martinez
State Bar No. 24126929

ATTORNEYS FOR INTOUCH CREDIT UNION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served by electronic transmission via the CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, and/or regular U.S. mail, postage prepaid, on this 15th day of April 2026 on the following:

United States Trustee
Northern District of Texas
1100 Commerce St., Room 976
Dallas, TX 75242
*(Via ECF)*

Jason Emory McKemie
539 W. Commerce St. #2010
Dallas, TX 75208
*(Via U.S. mail)*

Areya Holder, Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, TX 75001-2105
(*Via ECF*)

*/s/ Loriann A. Martinez*