# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 26-30161
**Case Name:** MCKEMIE, JASON EMORY
**For the Period Ending:** 06/30/2026

**Trustee Name:** Areya Holder Aurzada
**Date Filed (f) or Converted (c):** 01/12/2026 (f)
**§341(a) Meeting Date:** 02/17/2026
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2018 JAGUAR F-PACE Mileage: 80,000 Other Information: IN-TOUCH CREDIT UNON ITCU.ORG | $0.00 | $0.00 | | $0.00 | FA |
| 2 | WASHER, DRYER, SOFA + OTTOMAN, LAZY BOY OUTDOOR CHAIRS, DOUBLE DRESSER, HALLWAY TABLE, OFFICE DESK, FILE CABINET, MOTORIZED TABLE FOR STUDIO, DOUBLE DRESSER, (2) OUTDOOR HANGING CHAIRS, GARAGE STORAGE RACK W/ TOTES, WORKOUT BENC TALL TABLE, TOOL CABINETS (4), SAFES (4) | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 3 | SONY 77' TV, SONOS, SOUNDBAR + SUB, (3) COMUTER MONITORS IN JASONS OFFICE, SONY 42" TV, SAMSUNG 24' TV, SAMSUNG 50' TV, (2) MACBOOK PROS, (1) IPAD (TAKEN BY GWEN), (1) MAC MINI, ALL ALEXA + BLINK + WYZE SMART DEVICES WITHIN HOUSE, MIROR SAFE | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 4 | NEPAL PAINTINGS (3- CITY, ALLEYWAY, GOLD MANDALA), YEARBOOKS, PICTURE BOOKS | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 5 | PIONEER XDJ-XZ DJ CONSOLE, KRK STUDIO MONITORS + SUB + MUSIC STUDIO GEAR, (7) UPS'S, (5) POWER CONDITIONERS | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 6 | FIREARMS: 22 LR, SKS, MOSSBERG 1 2GA, 30/30, GLOCK 9M (OWNER OVER DECADE ALL SEPERATE) | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 7 | ALL MENS CLOTHING WITHIN HOUSE + TAFT SHOES | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 8 | TEXAS A&M RING, ROCKFORD COLLECTION CALHOUN RING | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 9 | RESMED CPAP, RESMED TRAVEL CPAP + ACCESSORIES & BACKUP BATTERY | $1,000.00 | $1,000.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 26-30161
**Case Name:** MCKEMIE, JASON EMORY
**For the Period Ending:** 06/30/2026

**Trustee Name:** Areya Holder Aurzada
**Date Filed (f) or Converted (c):** 01/12/2026 (f)
**§341(a) Meeting Date:** 02/17/2026
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Checking- CHASE XX9072 CLOSED DOWN | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Checking- CHASE XX6893 JOINT -88 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | VOYA | $80,000.00 | Unknown | | $0.00 | Unknown |
| 13 | E-TRADE | $0.00 | Unknown | | $0.00 | Unknown |
| 14 | VEIP EQUITY INVESTMENT PROGRAM | $190,000.00 | Unknown | | $0.00 | Unknown |
| 15 | ACCENTURE STOCK | $100,000.00 | Unknown | | $0.00 | Unknown |
| 16 | ADVANTIGEN- $50,000 INVESTMENT TO SYMBOLIZE OUR MARRIAGE IN OCT 2023 50% ownership | $50,000.00 | Unknown | | $0.00 | Unknown |
| 17 | AMERIPRIE ROTH IRA | $150,000.00 | Unknown | | $0.00 | Unknown |
| 18 | AMERIPRISE ROTH- J | $1,395.00 | Unknown | | $0.00 | Unknown |
| 19 | AMERIRPISE ROTH-G | $250,000.00 | Unknown | | $0.00 | Unknown |
| 20 | Prepaid rent | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 21 | Debtor asserts a community property interest in all marital assets and funds aquired or retained by non-filing spouse prior to entry of a final divorce decree, including but not limited to real property, vehicles, financial accounts, and other property purchased with community funds. Specific assets and valuation are unknown as informaton and control remain exclusively with spouse | $0.00 | Unknown | | $0.00 | Unknown |
| 22 | METLIFE Beneficiary: JASON MCKEMIE | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Community property interest in marital funds and assets currently held and controlled by spouse, valuation unknown, subject to divorce proceedings | $0.00 | Unknown | | $0.00 | Unknown |
| | **TOTALS (Excluding unknown value)** | **$850,595.00** | **$29,200.00** | | **$0.00** | **Gross Value of Remaining Asset** **$0.00** |

**Major Activities affecting case closing:**

07/15/2026 The Debtor has a divorce proceeding pending.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 26-30161 | **Trustee Name:** | Areya Holder Aurzada |
| **Case Name:** | MCKEMIE, JASON EMORY | **Date Filed (f) or Converted (c):** | 01/12/2026 (f) |
| **For the Period Ending:** | 06/30/2026 | **§341(a) Meeting Date:** | 02/17/2026 |
| | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/01/2027 **Current Projected Date Of Final Report (TFR):**

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA