Amanda Loughmiller
Texas Bar No. 24028042
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR MOVANT
INTOUCH CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Quilling, Selander, Lownds, Winslett & Moser, P.C hereby enters an Appearance and Request for Service and Notice pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 342(a) and 1109(b), as co-counsel for InTouch Credit Union, a secured creditor in the above-referenced proceedings, requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents filed or entered in this case be transmitted to:

Amanda Loughmiller
aloughmiller@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024
(214) 560-5455 – Office

This request encompasses all notices and pleadings including, without limitation, notices

of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

Quilling, Selander, Lownds, Winslett & Moser, P.C additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: *__/s/ Amanda Loughmiller__*
Amanda Loughmiller
State Bar No. 24028042
ATTORNEYS FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing of the same via first class mail postage prepaid upon the Debtor at:

Jason Emory McKemie
539 W. Commerce St., #2010
Dallas, TX 75208

Jason Emory McKemie
3332 Fiddlers Green
Bryan, TX 77808-1423

*__/s/ Amanda Loughmiller__*
Amanda Loughmiller