Loriann A. Martinez
State Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com (Email)
ATTORNEYS FOR INTOUCH CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**WITNESS AND EXHIBIT LIST FOR INTOUCH CREDIT UNION'S MOTION TO ENFORCE RELIEF FROM STAY ORDER AND FOR CIVIL CONTEMPT SANCTIONS**

**TO THE HONORABLE JUDGE MICHELLE V. LARSON:**

COMES NOW, INTOUCH CREDIT UNION ("***InTouch***"), a creditor in the above styled bankruptcy case of Jason Emory McKemie ("***Debtor***"), and files its Witness and Exhibit List for the hearing on InTouch's *Motion to Enforce Relief from Stay Order and for Civil Contempt Sanctions* as follows:

**WITNESSES**

1. Jason Emory McKemie, Debtor;

2. Custodian of records and/or corporate representative of InTouch Credit Union, including affiant Jera Tenner or Florencio Santos or Robert McDonald, to authenticate business records and attest to post–stay-relief recovery efforts;

3. Any repossession agent(s) engaged by or on behalf of InTouch who communicated with the Debtor and/or attempted to recover the 2018 Jaguar F-Pace, to the extent referenced in the Motion;

4. Loriann Martinez, relating to communications with the Debtor since May 27, 2026; and

5. All witnesses designated by another party or required for impeachment or rebuttal.

**EXHIBITS**

1. Motion to Enforce Relief from Stay Order and for Civil Contempt Sanctions, filed by InTouch [Doc. 92];

2. Order Granting Motion for Relief from Automatic Stay [Doc. 84] regarding the 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724;

3. Affidavit of Jera Tenner describing InTouch's attempts to locate and recover the Collateral;

4. Proposed Stipulation between Debtor and InTouch referenced in the Motion (unsigned);

5. Repossession agent attempt log reflecting post–stay-relief efforts to recover the Collateral, including the July 9, 2026 communication;

6. Debtor's Response and Objection to InTouch's Motion to Enforce Relief from Stay Order and for Civil Contempt Sanctions [Doc. 96]; and

7. Any pleadings, exhibits, and records filed in the Debtor's bankruptcy case necessary for rebuttal or impeachment, including any exhibit identified by another party.

8. InTouch reserves the right to amend or supplement this Witness and Exhibit list prior to the scheduled hearing.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com (Email)

By: */s/ Loriann A. Martinez*
Loriann A. Martinez
State Bar No. 24126929

ATTORNEYS FOR INTOUCH CREDIT UNION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served concurrently by filing by ECF upon all persons who have filed ECF appearances in this case, including the Chapter 7 Trustee, and counsel for the Debtor, and via regular U.S. mail, postage prepaid to the following:

CHAPTER 7 TRUSTEE:
Areya Holder
PO Box 2105
Addison, TX 75001-2105

US Trustee:
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

DEBTOR:
Jason Emory McKemie
539 W. Commerce St. # 2010
Dallas, TX 75208

*/s/ Loriann A. Martinez*