## Case Details - 5891489 LPR On

Find Related **Status:** Assigned 7/24/2026

**Lender Question, Overdue**

**Lender:** InTouch CU
**Asset Type:** Car / Truck
**Service Type:** Involuntary (Since 6/9/2026)
**Placement:** 1
**Account Number:** [redacted]
**Debtor:** Mckemie, Jason E (TX)
**LPR:** Open
**Source:** IBEAM
**Monitoring:** Active

**VIN:** SADCJ2GX3JA289724
**Make:** JAGUAR
**Model:** F-PACE
**Year:** 2018
**Color:** White
**License Plate:** [redacted]
**Repo Mkpl:** Prime Specialized

48
Total Days

**RDN Agent Case #** 2197959616 Acc

On Hold | Close & Bill | GPS Enabled

## Notes

General Note

07/21/26 16:46 **ML** Reviewed agent's updates.
07/21/26 14:30 **RDA** Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR
07/21/26 14:30 **RDA** Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR
07/20/26 18:18 **ML** Lender Our front end repo team has exhausted all efforts based on the information provided. We suggest moving this to our skip tracing team for further investigation, including phone calls to assist in locating the collateral? Please advise. Thank you.
07/20/26 18:17 **ML** Agent-Please send your current and detailed updates. Thank you!
07/20/26 15:44 **FS** Hello, any updated on this account?
07/13/26 17:10 **ML** Reviewed agent's update.
07/13/26 15:20 **RDA** Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR
07/09/26 12:49 **ML** Reviewed agent's updates.
07/09/26 11:25 **RDA** Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR
07/09/26 11:25 **RDA** Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR
07/09/26 11:25 **RDA** Address occupied, will continue recovery efforts - For Address - 3332 Fiddlers Grn, Bryan, TX, 77808 : Address Appears Occupied - Agent Will Continue Recovery Efforts at this Location|Spoke with Jason.. car is in Houston at a shop. The car will be done and back next week He will be reaching out to InTouch Sent from Clearplan.
06/22/26 17:09 **ML** Reviewed agent's updates.
06/22/26 16:39 **RDA** Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR
06/22/26 16:39 **RDA** Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR
06/18/26 12:42 **ML** Reviewed agent's updates.
06/18/26 11:40 **RDA** Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR
06/18/26 11:40 **RDA** Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR
06/18/26 11:35 **RDA** Address occupied, will continue recovery efforts - For Address - 2913 Camelot Dr, Bryan, TX, 77802 : Address Appears Occupied - Agent Will Continue Recovery Efforts at this Location|No sign of unit Sent from Clearplan.
06/15/26 15:09 **ML** Reviewed agent's update.
06/15/26 14:45 **RDA** Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR
06/15/26 13:27 **RDA** User First Hit Update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 which is a two story brick house with a two car garage without windows. The unit was not located.BRBR

## Tasks

Add Task

06/15/26 13:27 **RDA** User First Hit Update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 which is a two story brick house with a two car garage without windows. The unit was not located.BRBR
06/15/26 13:27 **RDA** User First Hit Update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 which is a single story brick house with a two car garage without windows. The unit was not located.BRBR
06/09/26 16:40 **SY** Lender Flatbed Fee (RDN: Flatbed Fee) Approved
06/09/26 14:54 **SY** Added employer address from TLO: Debtor's Employer - TLO as Debtor's Employer
06/09/26 14:54 **SY** Adding employer info from TLO monitor service: AUSTCO COMMUNICATION SYSTEMS.
06/09/26 14:54 **SY** Added address from TLO: TLO - 2/13/2026 as Debtor's Home
06/09/26 14:05 **FS** Performing scrubs on load: SCRA (debtor), Bankruptcy (debtor), Lien (debtor), Deceased (debtor). Scrub Completed: Bankruptcy dismissed for JASON EMORY MCKEMIE (debtor), filed 1/12/2026 12:00:00 AM, dismissed 2/5/2026 12:00:00 AM. Scrub Completed: Not deceased - Jason E Mckemie (debtor). Scrub Completed: 1 Lien(s) found for this case in the name(s) of: INTOUCH CREDIT UNION.. Lender not set to Hold On Positive for Lien scrubs.. Scrub Completed: No SCRA record found for Jason E Mckemie (debtor)
06/09/26 14:05 **SY** Scrub Completed: No SCRA record found for Jason E Mckemie (debtor)
06/09/26 11:55 **SY** Scrub Completed: 1 Lien(s) found for this case in the name(s) of: INTOUCH CREDIT UNION.. Lender not set to Hold On Positive for Lien scrubs.
06/09/26 11:55 **SY** Added address from TLO Vehicle Scrub: TLO Registrant 1 as Registrant Address
06/09/26 11:55 **SY** Scrub Completed: Not deceased - Jason E Mckemie (debtor)
06/09/26 11:55 **SY** Scrub Completed: Bankruptcy dismissed for JASON EMORY MCKEMIE (debtor), filed 1/12/2026 12:00:00 AM, dismissed 2/5/2026 12:00:00 AM
06/09/26 11:23 **SY** Monitoring enabled on asset for Bankruptcy, Lien, Address, and POE.
06/09/26 11:23 **SY** Performing scrubs on load: SCRA (debtor), Bankruptcy (debtor), Lien (debtor), Deceased (debtor)