Loriann A. Martinez
State Bar No. 24126929
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com (Email)
ATTORNEYS FOR INTOUCH CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**INTOUCH CREDIT UNION'S SUPPLEMENTAL EXHIBIT LIST FOR MOTION TO ENFORCE RELIEF FROM STAY ORDER AND FOR CIVIL CONTEMPT SANCTIONS**

**TO THE HONORABLE JUDGE MICHELLE V. LARSON:**

COMES NOW, INTOUCH CREDIT UNION ("***InTouch***"), a creditor in the above styled bankruptcy case of Jason Emory McKemie ("***Debtor***"), and files its Supplemental Exhibit List for the hearing on InTouch's *Motion to Enforce Relief from Stay Order and for Civil Contempt Sanctions* as follows:

**EXHIBITS**

5. Repossession agent attempt log reflecting post–stay-relief efforts to recover the Collateral from June 9, 2026 to July 21, 2026 (included on Original Witness and Exhibit List, added here to clarify covered time period);

7. Repossession agent attempt log reflecting post–stay-relief efforts to recover the Collateral from July 21, 2026 to August 20. 2026;

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com (Email)

By: */s/ Loriann A. Martinez*
Loriann A. Martinez
State Bar No. 24126929

ATTORNEYS FOR INTOUCH CREDIT UNION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently by filing by ECF upon all persons who have filed ECF appearances in this case, including the Chapter 7 Trustee, and counsel for the Debtor, and via regular U.S. mail, postage prepaid to the following:

CHAPTER 7 TRUSTEE:
Areya Holder
PO Box 2105
Addison, TX 75001-2105

US Trustee:
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

DEBTOR:
Jason Emory McKemie
539 W. Commerce St. # 2010
Dallas, TX 75208

*/s/ Loriann A. Martinez*