**EXHIBIT 2**

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 8, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Before me came to be heard the *Motion for Relief from Automatic Stay* ("***Motion***") filed by secured creditor, InTouch Credit Union. The Court, having reviewed the pleadings on file herein, and having considered the evidence and arguments of counsel at the preliminary and Final hearing on the Motion, finds that the Motion with regard to the 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724, was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure 4001 and the Court finds that good cause exists for the entry of the following order:

**IT IS ORDERED** that the Motion is GRANTED. **IT IS FURTHER,**

**ORDERED** that the automatic stay is terminated with respect to the 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724. **IT IS FURTHER,**

**ORDERED** that Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order and this Order shall be immediately effective and enforceable upon its entry by the Court.

# # # End of Order # # #

Submitted by:
Loriann A. Martinez
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 880-1814 (Telephone)
lmartinez@qslwm.com (Email)