**EXHIBIT 7**

## Case Details - 5891489

LPR On | Find Related | **Status:** Assigned | 7/24/2026 Team Z Prime

**Lender Question**

**Lender:** InTouch CU
**Asset Type:** Car / Truck
**Service Type:** Involuntary (Since 6/9/2026)
**Placement:** 1
[redacted]
**Debtor:** Mckemie, Jason E (TX)
**LPR:** Open
**Source:** IBEAM
**Monitoring:** Active
**RDN Agent Case #** 2197959616 Acc

**VIN:** SADCJ2GX3JA289724
**Make:** JAGUAR
**Model:** F-PACE
**Year:** 2018
**Color:** White
**License Plate:** [redacted]
**Repo Mkpl:** Prime Specialized

77
Total Days

On Hold | Close & Bill | GPS Enabled

## Notes

General Note

| | | |
|---|---|---|
| 08/20/26 17:14 | **SL** | We suggest moving this to our skip tracing team for further investigation, including phone calls to assist in locating the collateral. Our front end repo team has exhausted all efforts based on the information provided. Please advise. |
| 08/20/26 14:21 | **RDA** | Address occupied, will continue recovery efforts - For Address - 3332 Fiddlers Grn, Bryan, TX, 77808 : Address Appears Occupied - Agent Will Continue Recovery Efforts at this Location\|Jason is still going thru bankruptcy. Said he will have answers tomorrow and will call in to finance company Sent from Clearplan. |
| 08/20/26 14:21 | **RDA** | Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR |
| 08/20/26 14:21 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |
| 08/20/26 12:53 | **SY** | Adding employer info from TLO monitor service: HOSPITECH SOLUTIONS, LLC. |
| 08/10/26 12:01 | **RDA** | Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR |
| 08/10/26 12:01 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |
| 08/07/26 13:00 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |
| 08/04/26 11:20 | **RDA** | Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR |
| 08/04/26 11:20 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |
| 07/30/26 10:10 | **MC** | Reassigned to correct Aged user. |
| 07/28/26 11:12 | **SL** | We suggest moving this to our skip tracing team for further investigation, including phone calls to assist in locating the collateral. Our front end repo team has exhausted all efforts based on the information provided. Please advise. |
| 07/27/26 14:20 | **RDA** | Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR |
| 07/27/26 14:20 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |
| 07/21/26 16:46 | **ML** | Reviewed agent's updates. |
| 07/21/26 14:30 | **RDA** | Address update - Our adjuster checked Jason E Mckemie, 2913 Camelot Dr, Bryan, TX, 77802 . The unit was not located.BRBR |
| 07/21/26 14:30 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |
| 07/20/26 18:18 | **ML** | Lender Our front end repo team has exhausted all efforts based on the information provided. We suggest moving this to our skip tracing team for further investigation, including phone calls to assist in locating the collateral? Please advise. Thank you. |
| 07/20/26 18:17 | **ML** | Agent-Please send your current and detailed updates. Thank you! |
| 07/20/26 15:44 | **FS** | Hello, any updated on this account? |
| 07/13/26 17:10 | **ML** | Reviewed agent's update. |
| 07/13/26 15:20 | **RDA** | Address update - Our adjuster checked Debtor's Home, 3332 Fiddlers Grn, Bryan, TX, 77808 . The unit was not located.BRBR |

## Tasks

Add Task