StateFarm®

# Here are your Auto ID Cards

## What you need to know:

- ✓ Keep these cards in your vehicle at **all** times*
- ✓ They are only valid if your policy is **active**
- ✓ You can use them on their **effective date** through their **expiration date**

*Many states require evidence on-demand

## Prefer a digital version?

**Download our app.**

Get your insurance card by downloading our app and adding it to your **Apple** or **Google Wallet.**

**Scan the QR code to get started.**

iOS Android

**Trim at dotted lines for individual cards**

---

## Texas Liability Insurance Card

StateFarm®

**State Farm Mutual Automobile Insurance Company** Toll-free # 800-782-8332

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| **4688765-SFP-53** | **May 30, 2026** | **November 30, 2026** |

**Insured:** JASON MCKEMIE
**Address:** 3332 FIDDLERS GRN
BRYAN, TX 77808

**Vehicle 001:** 2018, JAGUAR, F-PACE, SADCJ2GX3JA289724

Scot Semple
979-704-3039

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle(s) and named insured(s) and may provide coverage for other persons and other vehicles as provided by the insurance policy.

---

## Texas Liability Insurance Card

StateFarm®

**State Farm Mutual Automobile Insurance Company** Toll-free # 800-782-8332

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| **4688765-SFP-53** | **May 30, 2026** | **November 30, 2026** |

**Insured:** JASON MCKEMIE
**Address:** 3332 FIDDLERS GRN
BRYAN, TX 77808

**Vehicle 001:** 2018, JAGUAR, F-PACE, SADCJ2GX3JA289724

Scot Semple
979-704-3039

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle(s) and named insured(s) and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**Trim at dotted lines for individual cards**

## Texas Liability Insurance Card

### Keep this card

**IMPORTANT:** You must show this card or a copy of your insurance policy when you apply for or renew your:

- Motor vehicle registration
- Driver's license
- Motor vehicle safety inspection sticker

You may also be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

## Tarjeta de Seguro de Responsabilidad Civil de Texas

### Guarde esta tarjeta

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renueve su:

- Registro del vehículo motorizado
- Licencia de conducir
- Etiqueta de inspección de segurida para su vehículo.

También se puede pedir que usted muestre esta tarjeta o su póliza si tiene un accidente o si se la pide un oficial de policía.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, mas la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

**If you have an accident:**

- Notify the police immediately.
- Don't admit fault or discuss the accident with anyone but State Farm or police.
- Get contact information and license plate state/numbers of those involved.

**File a claim or get roadside assistance:**

- Go to statefarm.com®
- Use the State Farm mobile app
- Call (800-732-5246)
- Text "CLAIM" to 62789
- Notify your agent

**Agent:** Scot Semple
**Phone:** 979-704-3039


## Texas Liability Insurance Card

### Keep this card

**IMPORTANT:** You must show this card or a copy of your insurance policy when you apply for or renew your:

- Motor vehicle registration
- Driver's license
- Motor vehicle safety inspection sticker

You may also be asked to show this card or your policy if you have an accident or if a peace officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. If you do not meet your financial responsibility requirements, you could be fined up to $1,000, your driver's license and motor vehicle registration could be suspended, and your vehicle could be impounded for up to 180 days (at a cost of $15 per day).

## Tarjeta de Seguro de Responsabilidad Civil de Texas

### Guarde esta tarjeta

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renueve su:

- Registro del vehículo motorizado
- Licencia de conducir
- Etiqueta de inspección de segurida para su vehículo.

También se puede pedir que usted muestre esta tarjeta o su póliza si tiene un accidente o si se la pide un oficial de policía.

Todos los conductores en Texas deben tener un seguro de responsabilidad civil para sus vehículos, o de lo contrario deben cumplir con los requisitos legales de responsabilidad financiera. Si usted no cumple con los requisitos de responsabilidad financiera, podría estar sujeto a pagar una multa de hasta $1,000, mas la suspensión de su licencia de conducir y la suspensión del registro del vehículo, y además su vehículo podría ser confiscado por hasta 180 días (a un costo de $15 por día).

**If you have an accident:**

- Notify the police immediately.
- Don't admit fault or discuss the accident with anyone but State Farm or police.
- Get contact information and license plate state/numbers of those involved.

**File a claim or get roadside assistance:**

- Go to statefarm.com®
- Use the State Farm mobile app
- Call (800-732-5246)
- Text "CLAIM" to 62789
- Notify your agent

**Agent:** Scot Semple
**Phone:** 979-704-3039