State Farm Companies

P.O. Box 52251
Phoenix, AZ 85072-2251

EXHIBIT

10

State Farm®

JASON MCKEMIE
3332 FIDDLERS GRN
BRYAN TX 77808-1423

**Your agent**
**Scot Semple**
3953 Cross Park Dr #215
Bryan TX 77802
**Phone:** 979-704-3039

**Would you like to go paperless?**
Scan QR or visit statefarm.com/paperless to sign up today.

# Payment Receipt

Thank you for your payment. Here's your receipt.

We received your cash payment in the amount of $161.00 on August 26, 2026.

*We applied your payment as described below. If you did not authorize this transaction, or believe you received this information in error, please contact your State Farm® agent. When calling, please use your payment reference number PM9JF8CP.*

| Policy number | Policy type | Amount paid |
|---|---|---|
| 4688765-SFP-53 | Personal Auto<br>2018 JAGUAR F-PACE 30T PREMIUM AWD 4D GAS | $161.00 |
| **Total amount paid to Billing Account** | | **$161.00** |

## THANK YOU FOR YOUR PAYMENT. WE APPRECIATE YOUR BUSINESS.

*This receipt is for the payment towards the policies and/or accounts listed above and it does not reflect policy or account balances. The date and/or time on this receipt may not be the same as coverage effective date(s). Check coverage documents for coverage effective date(s). State Farm considers a payment to be accepted if it meets the policy provisions and payment is collected. If State Farm is unable to collect payment for any reason this receipt is void. You guarantee you own or have legal access to the financial account you've indicated for this payment and payment complies with applicable law. State Farm may initiate adjustments for any transactions debited/credited in error. Overpayments will be applied to your outstanding balance or added to your policy as applicable.*

**Policies identified on this receipt are provided by one or more State Farm affiliates. The State Farm affiliates include the listed entities and any other subsidiary or affiliate hereafter formed or acquired by State Farm Mutual Automobile Insurance Company. Please also note that a currently listed entity may also stop offering this agreement:**

- State Farm Mutual Automobile Insurance Company
- State Farm Classic Insurance Company
- State Farm Indemnity Company
- State Farm County Mutual Insurance Company of Texas
- State Farm Fire and Casualty Company
- State Farm General Insurance Company
- State Farm Florida Insurance Company
- State Farm Lloyds
- State Farm Life Insurance Company
- State Farm Life and Accident Assurance Company
- State Farm Guaranty Insurance Company

*Please refer to your policy or contact your State Farm agent for more information.*