**EXHIBIT**
**11**

# Your premium breakdown

Your premium will vary depending on the type of change made.

## 2018 Jaguar F-Pace

30T PREMIUM AWD 4D GAS (****9724)

| | |
|---|---|
| **Liability - Bodily Injury** | $199.53 |
| **Liability - Property Damage** | $126.98 |
| **Uninsured / Underinsured Motorists - Bodily Injury** | $55.80 |
| **Uninsured / Underinsured Motorists - Property Damage** | $55.04 |
| **Comprehensive** | $183.72 |
| **Collision** | $235.05 |
| **Emergency Road Service** | $12.65 |
| **Car Rental and Travel Expenses** | $61.92 |
| **Car total/mos** | **$930.69** |

## How will this affect your bill?

Your estimated next installment could fluctuate depending on the type of change made.

It's also affected by the number of installments left in your current policy term.

| | |
|---|---|
| **Estimated next installment** | $291.45 |
| **Current premium installment** | $291.45 |
| **Difference** | $0.00 |

# Your premium breakdown

Your premium will vary depending on the type of change made.

30T PREMIUM AWD 4D GAS (****9724)

| | |
|---|---|
| **Liability - Bodily Injury** | $199.53 |
| **Liability - Property Damage** | $126.98 |
| **Uninsured / Underinsured Motorists - Bodily Injury** | $55.80 |
| **Uninsured / Underinsured Motorists - Property Damage** | $55.04 |
| **Comprehensive** | $183.72 |
| **Collision** | $235.05 |
| **Emergency Road Service** | $12.65 |
| **Car Rental and Travel Expenses** | $61.92 |
| Car total/mos | **$930.69** |

## How will this affect your bill?

Your estimated next installment could fluctuate depending on the type of change made.

It's also affected by the number of installments left in your current policy term.

| | |
|---|---|
| **Estimated next installment** | $291.45 |
| **Current premium installment** | $291.45 |
| **Difference** | $0.00 |

# Your premium breakdown

Your premium will vary depending on the type of change made.

30T PREMIUM AWD 4D GAS (****9724)

| | |
|---|---|
| **Liability - Bodily Injury** | $199.53 |
| **Liability - Property Damage** | $126.98 |
| **Uninsured / Underinsured Motorists - Bodily Injury** | $55.80 |
| **Uninsured / Underinsured Motorists - Property Damage** | $55.04 |
| **Comprehensive** | $183.72 |
| **Collision** | $235.05 |
| **Emergency Road Service** | $12.65 |
| **Car Rental and Travel Expenses** | $61.92 |
| Car total/mos | **$930.69** |

## How will this affect your bill?

Your estimated next installment could fluctuate depending on the type of change made.

It's also affected by the number of installments left in your current policy term.

| | |
|---|---|
| **Estimated next installment** | $291.45 |
| **Current premium installment** | $291.45 |
| **Difference** | $0.00 |

## 2018 Jaguar F-Pace

30T PREMIUM AWD 4D GAS (****9724)

- ○ I'm leasing my car
- ● I'm financing my car

INTOUCH CREDIT UNION    Update

5224 W PLANO PKWY
PLANO, TX 75093-5005

- ○ My car is paid off