CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 1, 2026**

Michelle V. Larson

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**ORDER IN AID OF PRIOR ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY [DOCKET NUMBER 84]**

On this day, the Court considered the *Motion to Enforce Relief from Stay Order and for Civil Contempt Sanctions* (Dkt. No. 92, "***Motion***") filed by InTouch Credit Union ("***InTouch***"). After considering the Motion, the record, the parties' arguments at the hearing, and the applicable law, the Court finds that InTouch properly filed and served the Motion, all parties received proper and sufficient notice and an opportunity to object, and cause exists to grant the relief requested in aid of this Court's Order Granting Motion for Relief (Dkt. No. 84).

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER, ORDERED** that the Debtor, Jason Emory McKemie, must surrender the 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724 (the "***Collateral***") on or before September

4, 2026, at one of the following InTouch branch locations:

5640 Democracy Drive
Plano, TX 75024

5224 W. Plano Parkway
Plano, TX 75093

9151 Warren Parkway
Frisco, TX 75035

6375 Eldorado Parkway
McKinney, TX 75070

**IT IS FURTHER, ORDERED** that if the Debtor fails to surrender the Collateral at one of the branch locations listed or fails come to an alternative agreement with InTouch relating to the Collateral on or before September 4, 2026, the Debtor shall be in civil contempt, and, beginning on September 5, 2026 and continuing each calendar day thereafter until the Collateral is surrendered, shall be subject to a daily fine of $100.00 payable to InTouch, as well as legal costs and attorneys' fees associated with InTouch's efforts to obtain and enforce this Order.

**IT IS FURTHER, ORDERED** that the Collateral shall be insured with InTouch listed as the Collateral's lien holder until the Debtor surrenders the Collateral. If there is any lapse in the Collateral's insurance coverage before the Collateral is surrendered or if at any point before the Debtor surrenders the Collateral, InTouch is no longer listed as the lien holder of the Collateral under any insurance coverage, the Debtor shall immediately be subject to a daily fine of $100.00 per day payable to InTouch from the date of such lapse in coverage or removal as lien holder, as well as legal costs and attorneys' fees associated with InTouch's efforts to obtain and enforce this Order.

### End of Order ###

Loriann A. Martinez
State Bar No. 24126929
lmartinez@qslwm.com

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201-4240
Telephone: (214) 871-2100
ATTORNEY FOR INTOUCH