United States Bankruptcy Court

Northern District of Texas

In re:
Jason Emory McKemie
Debtor

Case No. 26-30161-mvl
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2

Date Rcvd: Sep 02, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jason@callvital.com | Sep 02 2026 22:32:00 | Jason Emory McKemie, 539 W. Commerce St, #2010, Dallas, TX 75208-1953 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Loughmiller | on behalf of Creditor INTOUCH CREDIT UNION aloughmiller@qslwm.com melissa.resa@qslwm.com |
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Leonard Marc-Charles Girling | on behalf of Creditor SKWERES PROPERTIES LLC marc.girling@gmail.com lorrik.girling@gmail.com |
| Loriann Martinez | on behalf of Plaintiff INTOUCH CREDIT UNION lmartinez@qslwm.com pkarr@qslwm.com |
| Loriann Martinez | on behalf of Creditor INTOUCH CREDIT UNION lmartinez@qslwm.com pkarr@qslwm.com |

| | |
|---|---|
| Samin Agha | on behalf of Creditor INTOUCH CREDIT UNION sagha@qslwm.com melissa.resa@qslwm.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 1, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON EMORY MCKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**ORDER IN AID OF PRIOR ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY [DOCKET NUMBER 84]**

On this day, the Court considered the *Motion to Enforce Relief from Stay Order and for Civil Contempt Sanctions* (Dkt. No. 92, "***Motion***") filed by InTouch Credit Union ("***InTouch***"). After considering the Motion, the record, the parties' arguments at the hearing, and the applicable law, the Court finds that InTouch properly filed and served the Motion, all parties received proper and sufficient notice and an opportunity to object, and cause exists to grant the relief requested in aid of this Court's Order Granting Motion for Relief (Dkt. No. 84).

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER, ORDERED** that the Debtor, Jason Emory McKemie, must surrender the 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724 (the "***Collateral***") on or before September

4, 2026, at one of the following InTouch branch locations:

5640 Democracy Drive
Plano, TX 75024

5224 W. Plano Parkway
Plano, TX 75093

9151 Warren Parkway
Frisco, TX 75035

6375 Eldorado Parkway
McKinney, TX 75070

**IT IS FURTHER, ORDERED** that if the Debtor fails to surrender the Collateral at one of the branch locations listed or fails come to an alternative agreement with InTouch relating to the Collateral on or before September 4, 2026, the Debtor shall be in civil contempt, and, beginning on September 5, 2026 and continuing each calendar day thereafter until the Collateral is surrendered, shall be subject to a daily fine of $100.00 payable to InTouch, as well as legal costs and attorneys' fees associated with InTouch's efforts to obtain and enforce this Order.

**IT IS FURTHER, ORDERED** that the Collateral shall be insured with InTouch listed as the Collateral's lien holder until the Debtor surrenders the Collateral. If there is any lapse in the Collateral's insurance coverage before the Collateral is surrendered or if at any point before the Debtor surrenders the Collateral, InTouch is no longer listed as the lien holder of the Collateral under any insurance coverage, the Debtor shall immediately be subject to a daily fine of $100.00 per day payable to InTouch from the date of such lapse in coverage or removal as lien holder, as well as legal costs and attorneys' fees associated with InTouch's efforts to obtain and enforce this Order.

### End of Order ###

Loriann A. Martinez
State Bar No. 24126929
lmartinez@qslwm.com

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201-4240
Telephone: (214) 871-2100
ATTORNEY FOR INTOUCH