BTXN 208 (rev. 04/26)

IN RE: Jason Emory McKemie **_COURT ADMITTED EXHIBITS_** Case # 26−30161−mvl7

DEBTOR

8/26/2026
***HEARING DATE***

Michelle V. Larson
***JUDGE PRESIDING***

Motion to Enforce Order Granting Relief from Stay (92)
***HEARING TYPE***

D. Harden
***REPORTED BY***

| **MOVANT/RESPONDENT** | **ATTORNEY INFORMATION** | **EXHIBITS** |
| --- | --- | --- |
| INTOUCH CREDIT UNION | L. Martinez | Movant Exhibits 8, 9, 10, and 11 found at Dkt. 101 |