CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2026**

**United States Bankruptcy Judge**

---

BTXN 077 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Jason Emory McKemie | § | Case No.: 26−30161−mvl7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

## ORDER VACATING ORDER OF DISCHARGE

The Court, after review of the file and docket in the above entitled and numbered case, finds that an order discharging the debtor was inadvertently entered, due to clerk's error, on September 9, 2026; it is therefore

**ORDERED** that the above referenced order is set aside and **VACATED**.

# # # End of Order # # #