BTXN 105a (rev. 09/19)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: Jason Emory McKemie | § | |
| | § | Case No.: 26-30161-mvl-7 |
| Plaintiff(s) | § | |
| | § | |
| v. | § | Adversary No.: |
| | § | |
| Defendant(s) | § | |
| | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Steele, Jonathan D.
   *Last* *First* *MI*

2. Firm Name: Beermann LLP

3. Address: 161 N. Clark Street, Suite 3000
   Chicago, Illinois 60601

4. Phone: (312) 621-9700 FAX:
   Email: jsteele@beermannlaw.com

5. Name used to sign ***all*** pleadings: Jonathan Steele

6. Retained by: Gwendolyn Ulijasz

7. Admitted on May 10, 2012 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6308171.

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| United States Court for the Northern District of Illinois | December 13, 2021 |
| State of Texas pro hac vice 301st Judicial District Dallas County | May 12, 2026 |
| State of Indiana | August 9, 2019 |

***Continued.***

9. Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
| --- | --- |
| ______________ | ______________________________ |
| ______________ | ______________________________ |
| ______________ | ______________________________ |

13. Local counsel of record: Richard G. Dafoe

14. Local counsel's address: 1717 Main Street, 25th Floor
Dallas, Texas 75201

***Continued.***

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on 9/10/2026.

Jonathan Steele
Printed Name of Applicant

9/10/2026
Date

[signature]
Signature of Applicant

Document Ref: UJEYH-SD37W-BYVWF-RTVES

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
UJEYH-SD37W-BYVWF-RTVES

DOCUMENT COMPLETED BY ALL PARTIES ON
10 SEP 2026 15:55:43
UTC

| SIGNER | TIMESTAMP | SIGNATURE |
| --- | --- | --- |
| **JONATHAN STEELE**<br>EMAIL<br>JSTEELE@BEERMANNLAW.COM | SENT<br>10 SEP 2026 15:51:52<br>VIEWED<br>10 SEP 2026 15:54:31<br>SIGNED<br>10 SEP 2026 15:55:43 | <br>IP ADDRESS<br>140.248.30.56<br>LOCATION<br>MORTON GROVE, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
10 SEP 2026 15:54:31