**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION)**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-30161-MVL-7** |
| | § | **(Chapter 7)** |
| **JASON EMORY MCKEMIE** | § | |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

Upon the Motion for Admission Pro Hac Vice submitted herein by Jonathan Steele and for good cause shown Jonathan Steele is hereby admitted *pro hac vice* as counsel for Gwendolyn Laura Ulijasz in this matter.

Findings of fact in this Order are based on the representations of counsel.

### End of Order###