**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-30161-mvl-7** |
| **Jason Emory McKemie** | § | |
| | § | **Chapter 7** |
| | § | |
| **Debtor.** | § | |

# NOTICE OF APPEARANCE

Please take notice of the appearance of Gwendolyn Laura Ulijasz, a creditor in the above captioned proceeding. Gwendolyn Laura Ulijasz hereby requests pursuant to Bankruptcy Rules 2002 and 9010 of the United States Bankruptcy Code that all notices and papers to be served, including but not limited to copies of all filings by the Debtor, including schedules, orders and notices of any application, motion, petition, pleading, request or complaint, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that in any way affects the above-styled Debtor or property of the estate, or the proceeds thereof, or any act, notice or pleading that in any way affects the creditors of the estate, be served as set forth below:

Richard G. Dafoe
Waddell Serafino Geary Rechner Jenevein, PC
1717 Main Street, 25th floor
Dallas, Texas 75201

Respectfully submitted,

**WADDELL SERAFINO GEARY RECHNER JENEVEIN, PC**

1717 Main Street, Suite 2500
Dallas, Texas 75201-

(214) 979-7400 – Telephone
(214) 979-7402 – Telecopier

By: */s/ Richard G. Dafoe*
RICHARD G. DAFOE
State Bar No. 05309500
rdafoe@wslawpc.com

**ATTORNEYS FOR GWENDOLYN LAURA ULIJASZ**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above was served through electronic mail pursuant to the Electronic Case Management System of the United States Bankruptcy Court for the Northern District of Texas on this 10th day of September 2026, to all parties listed as receiving notice through the Court's CM/ECF noticing system.

/s/ Richard G. Dafoe
Richard G. Dafoe