**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| JASON EMORY McKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING EXPEDITED HEARING**

On this date came on for consideration the Motion filed by Gwendolyn Laura Ulijasz requesting an Expedited hearing on the Motion for (I) Annulment of the Automatic Stay to the Extent the Stay Applied to the June 26th 2026 Final Decree of Divorce, (!I) A Determination, for Purposes of Section 362 , That the Stay Did Not Apply to the Decree's Dissolution Provisions or to Property that was Not Property of the Estate, and (III) Alternatively, Modification of the Stay to Permit the State Court to Complete the Division of Property (ECF No ) filed the on September 11, 2026 . The court finds that the Motion should be granted as set forth below, it is therefore

Ordered that the Motion for (I) Annulment of the Automatic Stay to the Extent the Stay Applied to the June 26th 2026 Final Decree of Divorce, (!I) A Determination, for Purposes of Section 362 , That the Stay Did Not Apply to the Decree's Dissolution Provisions or to Property that was Not Property of the Estate, and (III) Alternatively, Modification of the Stay to Permit the State Court to Complete the Division of Property is scheduled for expedited hearing on the ____ day of September, 2026 before this Court at ___o'Clock __.m.

### End of Order ###