United States Bankruptcy Court

Northern District of Texas

In re:
Jason Emory McKemie
Debtor

Case No. 26-30161-mvl
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3 | User: admin | Page 1 of 2
Date Rcvd: Sep 09, 2026 | Form ID: 318 | Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | #+ | INTOUCH CREDIT UNION, QSLWM P.C., c/o Loriann A. Martinez, 2001 Bryan Street, Suite 1800 Dallas, Tx 75201-3070 |
| 23128193 | | JPM Chase Amazon Prime, Cardmember Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23128194 | | JPM Chase Marriott Bonvoy, Cardmember Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23128197 | | US Bank Platinum Credit Card, Cardmember Service, PO Box 790408, St. Louis, MO 63179-0408 |
| 23128198 | + | USAA Rate Advantage Platinum Visa, USAA Federal Savings Bank, PO Box 650660, Dallas, TX 75265-0660 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jason@callvital.com | Sep 09 2026 22:28:00 | Jason Emory McKemie, 539 W. Commerce St, #2010, Dallas, TX 75208-1953 |
| tr | + | EDI: FAHAURZADA.COM | Sep 10 2026 02:17:00 | Areya Holder, Areya Holder, Trustee, Law Office of Areya Holder, PC, PO Box 2105, Addison, TX 75001-3034 |
| 23128905 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2026 22:32:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23128191 | | EDI: CAPITALONE.COM | Sep 10 2026 02:16:00 | Capital One Quicksilver One, Capital One, Attn: Payment Processing, PO Box 71087, Charlotte, NC 28272-1087 |
| 23128192 | | EDI: CITICORP | Sep 10 2026 02:16:00 | Citi AAdvantage Platinum Select, Citibank Credit Card Services, PO Box 9001037, Louisville, KY 40290-1037 |
| 23310563 | + | Email/Text: BKNOTICING@ITCU.ORG | Sep 09 2026 22:29:00 | InTouch Credit Union, PO Box 250169, Plano, TX 75025-0169 |
| 23341116 | + | Email/Text: BKNOTICING@ITCU.ORG | Sep 09 2026 22:30:00 | Intouch Credit Union, 5640 Democracy Drive, Plano, TX 75024-3514 |
| 23128196 | | EDI: SYNC | Sep 10 2026 02:16:00 | Synchrony Amazon Store Card, Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23128195 | | EDI: SYNC | Sep 10 2026 02:16:00 | Synchrony PayPal Credit, Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23498538 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 09 2026 22:30:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II LLC, P.O.Box 1149, GRAPEVINE TX 76099-1149 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 09, 2026 | Form ID: 318 | Total Noticed: 15 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Loughmiller | on behalf of Creditor INTOUCH CREDIT UNION aloughmiller@qslwm.com melissa.resa@qslwm.com |
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Leonard Marc-Charles Girling | on behalf of Creditor SKWERES PROPERTIES LLC marc.girling@gmail.com lorrik.girling@gmail.com |
| Loriann Martinez | on behalf of Plaintiff INTOUCH CREDIT UNION lmartinez@qslwm.com pkarr@qslwm.com |
| Loriann Martinez | on behalf of Creditor INTOUCH CREDIT UNION lmartinez@qslwm.com pkarr@qslwm.com |
| Samin Agha | on behalf of Creditor INTOUCH CREDIT UNION sagha@qslwm.com melissa.resa@qslwm.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jason Emory McKemie<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7823 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–30161–mvl7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Emory McKemie

9/9/26

**By the court:** Michelle V. Larson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**