United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-30161-mvl
Jason Emory McKemie Chapter 7
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2026 | Form ID: pdf013 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | #+ | INTOUCH CREDIT UNION, QSLWM P.C., c/o Loriann A. Martinez, 2001 Bryan Street, Suite 1800 Dallas, Tx 75201-3070 |
| 23128193 | | JPM Chase Amazon Prime, Cardmember Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23128194 | | JPM Chase Marriott Bonvoy, Cardmember Services, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23128197 | | US Bank Platinum Credit Card, Cardmember Service, PO Box 790408, St. Louis, MO 63179-0408 |
| 23128198 | + | USAA Rate Advantage Platinum Visa, USAA Federal Savings Bank, PO Box 650660, Dallas, TX 75265-0660 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jason@callvital.com | Sep 10 2026 22:25:00 | Jason Emory McKemie, 539 W. Commerce St, #2010, Dallas, TX 75208-1953 |
| 23128905 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 22:29:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23128191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 22:29:47 | Capital One Quicksilver One, Capital One, Attn: Payment Processing, PO Box 71087, Charlotte, NC 28272-1087 |
| 23128192 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 22:41:41 | Citi AAdvantage Platinum Select, Citibank Credit Card Services, PO Box 9001037, Louisville, KY 40290-1037 |
| 23310563 | + | Email/Text: BKNOTICING@ITCU.ORG | Sep 10 2026 22:26:00 | InTouch Credit Union, PO Box 250169, Plano, TX 75025-0169 |
| 23341116 | + | Email/Text: BKNOTICING@ITCU.ORG | Sep 10 2026 22:26:00 | Intouch Credit Union, 5640 Democracy Drive, Plano, TX 75024-3514 |
| 23128196 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 22:29:36 | Synchrony Amazon Store Card, Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23128195 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 22:29:40 | Synchrony PayPal Credit, Synchrony Bank, PO Box 71711, Philadelphia, PA 19176-1711 |
| 23498538 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 10 2026 22:26:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II LLC, P.O.Box 1149, GRAPEVINE TX 76099-1149 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 10, 2026 | Form ID: pdf013 | Total Noticed: 14 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Loughmiller | on behalf of Creditor INTOUCH CREDIT UNION aloughmiller@qslwm.com melissa.resa@qslwm.com |
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Leonard Marc-Charles Girling | on behalf of Creditor SKWERES PROPERTIES LLC marc.girling@gmail.com lorrik.girling@gmail.com |
| Loriann Martinez | on behalf of Plaintiff INTOUCH CREDIT UNION lmartinez@qslwm.com melanie.garcia@qslwm.com |
| Loriann Martinez | on behalf of Creditor INTOUCH CREDIT UNION lmartinez@qslwm.com melanie.garcia@qslwm.com |
| Samin Agha | on behalf of Creditor INTOUCH CREDIT UNION sagha@qslwm.com melissa.resa@qslwm.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2026**

**United States Bankruptcy Judge**

---

BTXN 077 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Jason Emory McKemie
Debtor(s)

§ Case No.: 26–30161–mvl7
§ Chapter No.: 7

## ORDER VACATING ORDER OF DISCHARGE

The Court, after review of the file and docket in the above entitled and numbered case, finds that an order discharging the debtor was inadvertently entered, due to clerk's error, on September 9, 2026; it is therefore

**ORDERED** that the above referenced order is set aside and **VACATED**.

# # # End of Order # # #