**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-30161-mvl-7** |
| | § | |
| **Jason Emory McKemie** | § | **Chapter 7** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF HEARING ON GWENDOLYN LAURA ULIJASZ
MOTION FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE that the Preliminary Hearing on Gwendolyn Laura Ulijasz's Motion for Relief from Automatic Stay will be held on **October 6, 2026 at 1:30 p.m.** The hearing will be conducted by WebEx means:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/larson
**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Access code: 2301 476 1957

The WebEx Hearing Instructions may be obtained at the following address:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

Respectfully submitted,

/s/ Richard G. Dafoe
Richard G. Dafoe
State Bar No. 05309500
Waddell Serafino Geary
Rechner Jenevein, P.C.
Dallas, Texas 75201
214-979-7427- Telephone
214-979-7402 – Facsimile
rdafoe@wslawpc.com

**ATTORNEYS FOR
GWENDOLYN LAURA ULIJASZ**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on the 16th day of September 2026, to the parties requesting notice either electronically or by U.S. first class mail, Debtors' counsel and the U.S. Trustee.

Jason Emory McKemie
539 W. Commerce St., #2010
Dallas, Texas 75208
jmckemie@mckemie.net
***Pro Se***

Areya Holder Aurzada, Chapter 7 Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, Texas 75001-2105
areya@holderlawc.com

The Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Loriann A. Martinez
Quilling, Selander, Lownds, Winslett & Moser, P.C.
lmartinez@qslwm.com
***Counsel for InTouch Credit Union***

/s/ Richard G. Dafoe
Richard G. Dafoe

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to Clerk's Notice 2024-01 issued by the Court on May 14, 2024, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 2301 476 1957

**Participation/Attendance Requirements**:

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.
- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf
- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.
- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.
- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF, select "at https://txnb-courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.