United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-30161-mvl

Jason Emory McKemie Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2

Date Rcvd: Sep 14, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jonathan D. Steele, Beermann, LLP, 161 N. Clark Street, Suite 3000, Chicago,, TX 60601-3346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Loughmiller | on behalf of Creditor INTOUCH CREDIT UNION aloughmiller@qslwm.com melissa.resa@qslwm.com |
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Leonard Marc-Charles Girling | on behalf of Creditor SKWERES PROPERTIES LLC marc.girling@gmail.com lorrik.girling@gmail.com |
| Loriann Martinez | on behalf of Plaintiff INTOUCH CREDIT UNION lmartinez@qslwm.com melanie.garcia@qslwm.com |
| Loriann Martinez | on behalf of Creditor INTOUCH CREDIT UNION lmartinez@qslwm.com melanie.garcia@qslwm.com |
| Richard G. Dafoe | on behalf of Creditor Gwendolyn Ulijasz rdafoe@vinlaw.com rdafoe@ecf.inforuptcy.com;jwhite@ecf.inforuptcy.com |

| | |
|---|---|
| Samin Agha | on behalf of Creditor INTOUCH CREDIT UNION sagha@qslwm.com melissa.resa@qslwm.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 8

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 14, 2026**

Michelle V. Larson

**United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Jason Emory McKemie | § | Case No.: 26–30161–mvl7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Jonathan D. Steele**, to represent Gwendolyn Ulijasz, related to document #108, **ORDERS** this application be:

☑ ***Granted*** – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ ***Denied*** – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #