**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 26-30161-mvl7** |
| **JASON EMORY McKEMIE, Debtor.** | **Chapter 7** |

# ORDER CONFIRMING COMPLETED SURRENDER AND TERMINATING OR ABATING SANCTIONS UNDER DOCKET NO. 103

After considering Debtor's Motion, the record, and any response, the Court **ORDERS**:

1. The 2018 Jaguar F-Pace, VIN SADCJ2GX3JA289724, was tendered and made available for surrender on September 4, 2026 and was physically surrendered to InTouch Credit Union's designated recovery agent on September 9, 2026.

2. Debtor did not willfully fail to comply with Docket No. 103.

3. The $100-per-day surrender sanction under Docket No. 103 did not accrue. Alternatively, any accrual is ABATED and TERMINATED no later than September 9, 2026.

4. No separate daily sanction for lapse of insurance or removal of InTouch as lienholder accrued before surrender.

5. No attorney fee, recovery cost, towing charge, or other enforcement cost is assessed against Debtor by this Order.

6. Nothing in this Order adjudicates a deficiency, reaffirmation, discharge objection, or the merits of Adversary Proceeding No. 26-03034-mvl.

SIGNED: ______________________________ DATE: ____________________, 2026
MICHELLE V. LARSON
UNITED STATES BANKRUPTCY JUDGE

**### END OF ORDER ###**

Submitted by:

Respectfully submitted,

**/s/ Jason Emory McKemie**
Jason Emory McKemie - Debtor, pro se
539 W. Commerce St., #2010, Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

# CERTIFICATE OF SERVICE

I certify that on September 29, 2026, I served a true and correct copy of the proposed surrender-compliance Order, including all accompanying attachments and exhibits, by electronic mail on: Loriann A. Martinez, counsel for InTouch Credit Union, lmartinez@qslwm.com; Amanda Loughmiller, counsel for InTouch Credit Union, aloughmiller@qslwm.com; Areya Holder Aurzada, Chapter 7 Trustee, areya@holderlawpc.com; Office of the United States Trustee, ustpregion06.da.ecf@usdoj.gov.

I further certify that on September 29, 2026, I placed the original paper filing in overnight delivery addressed to Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, requesting filing upon receipt.

*/s/ Jason Emory McKemie*

**Jason Emory McKemie**
(214) 519-8958 | jmckemie@mckemie.net