FILED
OCT 01 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**In re:**
**JASON EMORY McKEMIE, Debtor.**

**Case No. 26-30161-mvl7**
**Chapter 7**

# NOTICE OF HEARING

PLEASE TAKE NOTICE that Debtor's Motion for Order Authorizing Rule 2004 Subpoenas for Third-Party Financial Records Concerning Assets Identified by the Chapter 7 Trustee for Estate Administration; Authorization for the Clerk to Issue Subpoenas [Dkt. 97], filed August 21, 2026, and the Objection filed by Gwendolyn Laura Ulijasz [Dkt. 111], are set for hearing as follows:

1. Date and time: Thursday, October 8, 2026, at 9:30 a.m. Central Time.
2. Judge: Hon. Michelle V. Larson, United States Bankruptcy Judge.
3. Time reserved: Thirty (30) minutes.
4. Format: Hybrid. Parties in interest may appear in person in Courtroom 2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496, or by WebEx.

## WEBEX ACCESS

| | |
|---|---|
| Video link: | https://us-courts.webex.com/meet/larson |
| Telephone dial-in: | 1-650-479-3207 |
| Access code: | 2301 476 1957 |

Participants should join at least ten minutes before the hearing, remain muted until addressing the Court, and comply with Judge Larson's WebEx hearing instructions. Witnesses may not testify by telephone alone absent Court authorization. A party intending to introduce documentary evidence must comply with the Court's exhibit-list and exhibit-filing requirements.

Dated: September 29, 2026

Respectfully submitted,

**/s/ Jason Emory McKemie**

**Jason Emory McKemie**
Debtor, pro se
539 W. Commerce St., #2010

Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

## CERTIFICATE OF SERVICE

I certify that on September 29, 2026, I served a true and correct copy of this Notice of Hearing, including all accompanying attachments and exhibits, by electronic mail on: Richard G. Dafoe, counsel for Gwendolyn Laura Ulijasz, Rdafoe@wslawpc.com; Jonathan D. Steele, counsel for Gwendolyn Laura Ulijasz, jsteele@beermannlaw.com; Sara A. Boucher, counsel for Gwendolyn Laura Ulijasz, saboucher@beermannlaw.com; Areya Holder Aurzada, Chapter 7 Trustee, areya@holderlawpc.com; Office of the United States Trustee, ustpregion06.da.ecf@usdoj.gov; Loriann A. Martinez, counsel for InTouch Credit Union, lmartinez@qslwm.com; Amanda Loughmiller, counsel for InTouch Credit Union, aloughmiller@qslwm.com.

I further certify that on September 29, 2026, I placed the original paper filing in overnight delivery addressed to Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, requesting filing upon receipt.

***/s/ Jason Emory McKemie***

Jason Emory McKemie
(214) 519-8958 | jmckemie@mckemie.net