FILED
OCT 05 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re: JASON EMORY McKEMIE, Debtor.

Case No. 26-30161-mvl7 | Chapter 7

**NOTICE OF CORRECTION AND CORRECTED CERTIFICATES OF SERVICE**

Jason Emory McKemie submits this notice to correct the service dates and methods stated in the certificates identified below. The correction concerns service and delivery for filing only; it does not amend the substance of the underlying documents.

**1. Corrected date and times for two documents.**

I certify that I served true and correct copies of the following documents by email from jmckemie@mckemie.net on October 2, 2026, at the times shown in the attached sent-email records:

(a) At 12:13 a.m.: Debtor's Response in Opposition to the Motion of Gwendolyn Laura Ulijasz for Annulment of the Automatic Stay, for a Determination That Property Was Not Property of the Estate, and Alternatively for Modification of the Stay, and Objection to the Application for Expedited Hearing and to Shorten Time [ECF 110], including Exhibits R-14 and R-15. See Exhibit A. This corrects the certificate on printed pages 13–14 of the Response.

(b) At 12:25 a.m.: Debtor's Reply in Support of the Motion for Order Authorizing Rule 2004 Subpoenas [ECF 97], and Response to the Objection of Gwendolyn Laura Ulijasz [ECF 111], including Exhibit A to that Reply. See Exhibit B. This corrects the certificate on printed page 4 of the Reply.

The correct service date for both documents is October 2, 2026, not October 1, 2026. Each email was sent shortly after midnight.

**2. Actual email recipients for both documents.**

Richard G. Dafoe — Counsel for Gwendolyn Laura Ulijasz
rdafoe@wslawpc.com

Jonathan D. Steele — Counsel for Gwendolyn Laura Ulijasz
jsteele@beermannlaw.com

Sara A. Boucher — Counsel for Gwendolyn Laura Ulijasz
saboucher@beermannlaw.com

Areya Holder Aurzada — Chapter 7 Trustee
areya@holderlawpc.com

Office of the United States Trustee
ustpregion06.da.ecf@usdoj.gov

Loriann A. Martinez — Counsel for InTouch Credit Union
lmartinez@qslwm.com

**3. Correction of the first-class-mail language.**

The two certificates identified in paragraph 1 incorrectly state that service was made "by email and first-class United States mail." Service on the listed recipients was by email. I did not serve those recipients with paper copies by first-class United States mail.

The same method correction applies to the certificate beginning on printed page 14 of Debtor's Notice of State-Court Ruling Vacating the June 26, 2026 Property Division Entered in Violation of the Automatic Stay, and Statement of the Stay Violations of Record, dated September 30, 2026, with Exhibits 1–11. Its statement "by email and by first-class United States mail" is corrected to "by email." This paragraph corrects that certificate's method of service only, not its stated service date.

**4. Paper delivery to the Clerk was for filing.**

The paper originals of the two documents identified in paragraph 1 were separately sent by overnight delivery to the Clerk of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, for filing, with October 2, 2026 as the intended filing date. The paper delivery was to the Court, not to opposing counsel or the other email recipients.

The certificates' statements that the two documents "were filed" on October 1, 2026 are corrected to reflect their submission by overnight delivery for filing. This notice does not certify the Clerk's actual receipt or docketing date. The Clerk's filing record controls that date. References to paper delivery for filing must not be read as statements that opposing counsel was served by mail.

**5. Scope of correction.**

This notice supplies the corrected service information for the specifically identified documents. Exhibits A and B are copies of the two October 2 sent-email records. No relief requested in the underlying documents is withdrawn or changed.

Date signed: October 2nd, 2026

Jason M McKemie

Jason Emory McKemie, Debtor, pro se
539 W. Commerce St., #2010, Dallas, Texas 75208
(214) 519-8958 | jmckemie@mckemie.net

**CERTIFICATE OF SERVICE OF THIS CORRECTION**

I certify that on October 2nd, 2026, I served a true and correct copy of this Notice of Correction and Corrected Certificates of Service, including Exhibits A and B, by email on each recipient listed in paragraph 2 above and on Amanda Loughmiller, counsel for InTouch Credit Union, at aloughmiller@qslwm.com.

Jason M McKemie

Jason Emory McKemie

**EXHIBIT A - October 2, 2026 sent-email record**

**From:** **Jason McKemie** jmckemie@mckemie.net
**Subject:** Service — Case 26-30161-mvl7 — Response in Opposition to ECF 110 with R-14 and R-15
**Date:** October 2, 2026 at 12:13 AM
**To:** rdafoe@wslawpc.com, jsteele@beermannlaw.com, saboucher@beermannlaw.com, areya@holderlawpc.com, ustpregion06.da.ecf@usdoj.gov, lmartinez@qslwm.com
**Bcc:** DeadDrop.ai jason@deaddrop.ai, Jason mckemie76@gmail.com

Counsel, Trustee Aurzada, and Office of the United States Trustee:

Please find attached the service copy of my Response in Opposition to ECF 110, including Exhibit R-14 and my current supporting declaration, Exhibit R-15, in Bankruptcy Case No. 26-30161-mvl7, United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

Respectfully,

Jason Emory McKemie
jmckemie@mckemie.net
214-519-8958

**$_McKemie_RESPONSE_ECF110_with_R14_...**

**EXHIBIT B - October 2, 2026 sent-email record**

**From:** **Jason McKemie** jmckemie@mckemie.net
**Subject:** Service — Case 26-30161-mvl7 — Reply Supporting Rule 2004 Motion [ECF 97] and Response to Objection [ECF 111]
**Date:** October 2, 2026 at 12:25 AM
**To:** rdafoe@wslawpc.com, jsteele@beermannlaw.com, saboucher@beermannlaw.com, areya@holderlawpc.com, ustpregion06.da.ecf@usdoj.gov, lmartinez@qslwm.com
**Bcc:** jason@deaddrop.ai, Jason mckemie76@gmail.com

Counsel, Trustee Aurzada, and Office of the United States Trustee:

Please find attached the service copy of my Reply in Support of the Motion for Order Authorizing Rule 2004 Subpoenas [ECF 97], and Response to the Objection of Gwendolyn Laura Ulijasz [ECF 111], including Exhibit A, in Bankruptcy Case No. 26-30161-mvl7, United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

Please confirm receipt and notify me promptly if you cannot open the attachment.

Jason Emory McKemie
jmckemie@mckemie.net
214-519-8958

**McKemie_REPLY_Rule2004_ECF97.pdf**

October 2, 2026

VIA OVERNIGHT DELIVERY

**TIME SENSITIVE FILING**

Clerk of Court
United States Bankruptcy Court
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1254
Dallas, Texas 75242-1496

Re: In re Jason Emory McKemie, Case No. 26-30161-mvl7 (Chapter 7) Request for Filing on Monday, October 5, 2026 — Corrected Certificates of Service and Revised Proposed Orders for Hearings Set Tuesday, October 6, 2026 (ECF 110) and Thursday, October 8, 2026 (ECF 97 and 111)

Dear Clerk:

Please file the enclosed documents in the above case upon receipt on Monday, October 5, 2026. The documents are:

1. Notice of Correction and Corrected Certificates of Service, with Exhibit A (October 2, 2026 sent-email record, 12:13 a.m.) and Exhibit B (October 2, 2026 sent-email record, 12:25 a.m.). This notice corrects the service dates and methods in the certificates of service for my Response in Opposition to ECF 110 and my Reply in Support of ECF 97 / Response to ECF 111.

2. Notice of Submission of Revised Proposed Order Denying Annulment and Related Relief [ECF 110], with the attached Revised Proposed Order Denying Annulment, Property Declaration and Stay Modification [ECF 110] and Certificate of Service and Submission for Filing. Please docket this as relating to ECF 110.

3. Notice of Submission of Revised Proposed Order — Rule 2004 Discovery [ECF 97 and 111], with the attached Revised Proposed Order Granting Rule 2004 Discovery and Overruling Objection [ECF 97 and 111] and Certificate of Service and Submission for Filing. Please docket this as relating to ECF 97 and ECF 111.

Item 2 is the revised proposed order for the hearing on Gwendolyn Laura Ulijasz's Motion for Annulment of the Automatic Stay [ECF 110], set Tuesday, October 6, 2026. Item 3 is the revised proposed order for the hearing on my Motion for Rule 2004 Subpoenas [ECF 97] and the Objection [ECF 111], set Thursday, October 8, 2026. Item 1 corrects service information for the papers being heard at both settings. Because the first hearing is Tuesday, I respectfully ask that the documents be docketed on Monday, October 5, and linked to their related docket entries. That way the revised proposed orders will be in the Court's file before each hearing.

My Response in Opposition to ECF 110 and my Reply in Support of ECF 97 were sent separately by overnight delivery for filing. If any document in this package is incomplete or cannot be docketed

as submitted, please contact me at (214) 519-8958 or jmckemie@mckemie.net so I can correct it before the hearings.

Thank you for your help and assistance with this case. I appreciate it.

Respectfully,

Jason E McKemie

Jason Emory McKemie, Debtor, *Pro Se'*
(214) 519-8958
jmckemie@mckemie.net