FILED
OCT 05 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re: JASON EMORY McKEMIE, Debtor.
Case No. 26-30161-mvl7 | Chapter 7

**NOTICE OF SUBMISSION OF REVISED PROPOSED ORDER DENYING ANNULMENT AND RELATED RELIEF [ECF 110]**

Jason Emory McKemie submits the attached revised proposed order denying Gwendolyn Laura Ulijasz's request for annulment of the automatic stay, a non-estate-property declaration, and alternative stay modification [ECF 110]. It replaces only his earlier proposed forms concerning ECF 110; no underlying motion, response, objection, claim or request for relief is withdrawn.

The revised form conforms to the Court's formatting requirements and addresses the requested denial, estate protection, review of outstanding evidence, and preservation of the pending state-court complete-vacatur request and immediate-relief claims. It is submitted for consideration with the pending matter, not as a representation that the Court has granted relief.

To the extent the Court determines that any provision requires additional notice or a separate motion, Debtor requests a separate ruling on that provision and prompt consideration of the relief already properly presented, without treating the remaining requests as withdrawn.

Please docket this Notice and its attached proposed order separately and relate them to ECF 110. The revised Rule 2004 proposed order concerning ECF 97 and 111 is submitted under a separate notice. Underlying evidence is not resubmitted here.

Dated: October 2, 2026.

Respectfully submitted,

Jason M McKemie

Jason Emory McKemie
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re: JASON EMORY McKEMIE, Debtor.
Case No. 26-30161-mvl7 | Chapter 7

## REVISED PROPOSED ORDER DENYING ANNULMENT, PROPERTY DECLARATION AND STAY MODIFICATION [ECF 110]

The Court ORDERS:

1. Annulment and modification denied. Gwendolyn Laura Ulijasz's Motion for Annulment of the Automatic Stay, for a Determination That Property Was Not Property of the Estate, and Alternatively for Modification of the Stay [ECF 110] is DENIED. Retroactive validation of the June 26, 2026 divorce decree and prospective stay relief to complete or redo its property division are DENIED.
2. No non-estate declaration. The requested declaration excluding property identified in Section 8.C or items W-1 through W-9 from the estate is DENIED on this motion. No finding of separate property or sole-management community property is adopted. Neither route under 11 U.S.C. § 541(a)(2)(A) or (B) is foreclosed, and ownership and recovery claims are not adjudicated.
3. No revival or carryforward. This Order does not revive, validate or adopt any provision of the June 26 decree. The September 18, 2026 vacatur of Sections 8, 9 and 11–15 is undisturbed. This Order gives no additional effect to the interlocutory Sections 1–7 and 10, including marriage-date, characterization, dissolution and name-change findings. Debtor's pending request for complete vacatur and a proper new trial is not adjudicated or impaired.

4. Estate protection. No authority is granted to obtain in DF-24-18010 a division, transfer, turnover, execution against or disposition of estate property, including through a substitute characterization ruling, the W-9 catch-all, or a successor asset. The automatic stay remains in effect according to 11 U.S.C. § 362; no applicable bankruptcy protection is waived by this Order.

5. Evidence before merits. Before adjudication of disputed estate-property interests, necessary source and tracing discovery shall proceed under Rule 2004 or the rules governing an applicable pending matter. Debtor and the Chapter 7 Trustee shall have at least 14 days after completion of material financial discovery and receipt of all seven identified April 16, 2026 body-camera recordings to review, respond and supplement the record. This denial does not decide those property interests.

6. Immediate relief preserved. Nothing here postpones lawful requests for emergency healthcare, return of essential property, temporary support, housing, transportation, counsel or litigation funding. Section 362(b)(2) exceptions remain available; collection from or disposition of estate property is not authorized. Immediate relief is not conditioned on completing the accounting or final property division.

7. Claims preserved. This Order does not adjudicate Debtor's claims under § 362(k), enforcement of ECF 57 or other orders, theft or return of his property and drives, benefits or ERISA claims, or the Trustee's avoidance and recovery powers. No inspection, copying, review or use of the drives, their contents or derivatives is authorized. No claim outside ECF 110 is released or denied by implication.

8. Related requests. Movant's requests for expedited disposition and waiver of Rule 4001(a)(4) are DENIED AS MOOT because no stay relief is granted. Requests for fees, costs or sanctions against Debtor in connection with ECF 110 are DENIED. No such amount is assessed.

# # # End of Order # # #

Respectfully submitted,

/s/ Jason M McKemie

Jason Emory McKemie
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re: JASON EMORY McKEMIE, Debtor.
Case No. 26-30161-mvl7 | Chapter 7

**CERTIFICATE OF SERVICE AND SUBMISSION FOR FILING**
**REVISED PROPOSED ORDER [ECF 110]**

I certify that on **Friday, October 2, 2026**, I sent true and correct copies of the foregoing Notice of Submission of Revised Proposed Order and the attached revised proposed order concerning denial of annulment and related relief [ECF 110] by email to:

**Richard G. Dafoe**, counsel for Gwendolyn Laura Ulijasz
rdafoe@wslawpc.com
Waddell Serafino Geary Rechner Jenevein, P.C., 1717 Main Street, Suite 2500, Dallas, TX 75201.

**Jonathan D. Steele and Sara A. Boucher**, counsel for Gwendolyn Laura Ulijasz
jsteele@beermannlaw.com; saboucher@beermannlaw.com
Beermann LLP, 161 N. Clark Street, Suite 3000, Chicago, IL 60601.

**Areya Holder Aurzada**, Chapter 7 Trustee - areya@holderlawpc.com
Law Office of Areya Holder, P.C., P.O. Box 2105, Addison, TX 75001-2105.

**Office of the United States Trustee** - ustpregion06.da.ecf@usdoj.gov
1100 Commerce Street, Room 976, Dallas, TX 75242.

**Loriann A. Martinez and Amanda Loughmiller**, counsel for InTouch Credit Union
lmartinez@qslwm.com; aloughmiller@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, TX 75201.

**Additional mail service (check only if completed):** [ ] I also served the same documents on all recipients listed above by first-class United States mail, postage prepaid, at their listed mailing addresses on October 2, 2026.

**Submission to the Clerk.** The original of this packet is being sent by overnight delivery on **Friday, October 2, 2026**, to the **Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, TX 75242-1496**, for scheduled delivery on **Monday, October 5, 2026**, and filing upon receipt. No actual receipt or filing date is certified.

Dated: October 2, 2026.

Jason Emory McKemie
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net

October 2, 2026

VIA OVERNIGHT DELIVERY

**TIME SENSITIVE FILING**

Clerk of Court
United States Bankruptcy Court
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1254
Dallas, Texas 75242-1496

Re: In re Jason Emory McKemie, Case No. 26-30161-mvl7 (Chapter 7) Request for Filing on Monday, October 5, 2026 — Corrected Certificates of Service and Revised Proposed Orders for Hearings Set Tuesday, October 6, 2026 (ECF 110) and Thursday, October 8, 2026 (ECF 97 and 111)

Dear Clerk:

Please file the enclosed documents in the above case upon receipt on Monday, October 5, 2026. The documents are:

1. Notice of Correction and Corrected Certificates of Service, with Exhibit A (October 2, 2026 sent-email record, 12:13 a.m.) and Exhibit B (October 2, 2026 sent-email record, 12:25 a.m.). This notice corrects the service dates and methods in the certificates of service for my Response in Opposition to ECF 110 and my Reply in Support of ECF 97 / Response to ECF 111.

2. Notice of Submission of Revised Proposed Order Denying Annulment and Related Relief [ECF 110], with the attached Revised Proposed Order Denying Annulment, Property Declaration and Stay Modification [ECF 110] and Certificate of Service and Submission for Filing. Please docket this as relating to ECF 110.

3. Notice of Submission of Revised Proposed Order — Rule 2004 Discovery [ECF 97 and 111], with the attached Revised Proposed Order Granting Rule 2004 Discovery and Overruling Objection [ECF 97 and 111] and Certificate of Service and Submission for Filing. Please docket this as relating to ECF 97 and ECF 111.

Item 2 is the revised proposed order for the hearing on Gwendolyn Laura Ulijasz's Motion for Annulment of the Automatic Stay [ECF 110], set Tuesday, October 6, 2026. Item 3 is the revised proposed order for the hearing on my Motion for Rule 2004 Subpoenas [ECF 97] and the Objection [ECF 111], set Thursday, October 8, 2026. Item 1 corrects service information for the papers being heard at both settings. Because the first hearing is Tuesday, I respectfully ask that the documents be docketed on Monday, October 5, and linked to their related docket entries. That way the revised proposed orders will be in the Court's file before each hearing.

My Response in Opposition to ECF 110 and my Reply in Support of ECF 97 were sent separately by overnight delivery for filing. If any document in this package is incomplete or cannot be docketed

as submitted, please contact me at (214) 519-8958 or jmckemie@mckemie.net so I can correct it before the hearings.

Thank you for your help and assistance with this case. I appreciate it.

Respectfully,

Jason E McKemie

Jason Emory McKemie, Debtor, *Pro Se'*
(214) 519-8958
jmckemie@mckemie.net