**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| JASON EMORY McKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | |
| Debtor. | § | |

**GWENDOLYN ULIJASZ'S TRIAL WITNESS DISCLOSURES**

NOW COMES, GWENDOLYN ULIJASZ, by and through her attorneys, BEERMANN, LLP and WADDELL SERAFINO GEARY RECHNER JENEVEIN P.C., and for her Trial Witness Disclosures, she states as follows:

**Jason Emory McKemie (adverse party).**

Gwendolyn intends to call the debtor, Jason Emory McKemie ("Jason"), as an adverse witness. Jason is expected to testify regarding the following: his enrollment as Gwendolyn's spouse in her Accenture employer-sponsored health coverage, and the end of that coverage on June 30, 2026 after Gwendolyn's enrollment change of June 26, 2026; when and how he learned of the enrollment change, and any notice he received from Accenture, the plan, or its administrator, including any COBRA continuation-coverage notice and any election he made; any other health coverage available to or obtained by him after June 30, 2026, and its cost; any medical expenses he claims to have incurred after June 30, 2026, and whether they were covered; his use of the card he held on Gwendolyn's health savings account, and any HSA funds he spent or claims; the basis of any contention that the enrollment change was improper, including under the Decree or the automatic stay, and the relief he seeks.

***GENERAL DISCLOSURES:***

1. Gwendolyn reserves the right to call a representative from any company (including but not limited to, banks, credit card companies, other financial institutions and the like) to authenticate records and documents produced by either party, and/or any third party during the pendency of this case.

2. Gwendolyn further reserves the right to call any rebuttal witnesses for the purpose of rebutting any testimony brought forth by witnesses during Jason's case in chief.

3. Gwendolyn reserves the right to call any witnesses disclosed by Jason.

4. Gwendolyn reserves the right to name and call any additional witness necessary to offer evidence in light of subsequent discovery produced in this matter.

BEERMANN LLP

By: ______________________________
Attorneys for Gwendolyn Ulijasz

**Beermann LLP**
Attorneys for Gwendolyn Ulijasz
161 North Clark St, Ste 3000
Chicago, IL 60601
(312) 621-9700
jsteele@beermannlaw.com

**WADDELL SERAFINO GEARY**
**RECHNER JENEVEIN P.C.**
Attorneys for Gwendolyn Ulijasz
1717 Main Street, Suite 2500
Dallas, Texas 75201
P: (214) 979-7400
Rdafoe@wslawpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the _11_ day of November 2026, to the parties requesting notice either by ECF, electronically or by U.S. first class mail, to:

Jason Emory McKemie
539 W. Commerce St., #2010
Dallas, Texas 75208
jmckemie@mckemie.net
Pro Se

Areya Holder Aurzada, Chapter 7 Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, Texas 75001-2105
areya@holderlawc.com

The Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Loriann A. Martinez
Quilling, Selander, Lownds, Winslett & Moser, P.C.
lmartinez@qslwm.com
Counsel for InTouch Credit Union



/s/ Richard G. Dafoe
Richard G. Dafoe