**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| JASON EMORY McKEMIE, | § | CASE NO. 26-30161-mvl7 |
| | § | |
| Debtor. | § | |

| EXHIBIT No. | DESCRIPTION | DATE OFFERED | OBJECTION YES | NO | ADMITTED YES | NO | STIP |
|---|---|---|---|---|---|---|---|
| 1. | Final Decree of Divorce entered June 11, 2026 in the Marriage of Gwendolyn Ulijasz v. Jason McKemie Case No. DF-24-18010. | | | | | | |
| 2. | Accenture Cobra Notice dated June 26, 2026. | | | | | | |
| 3. | Accenture Benefit Summary dated June 26, 2026. | | | | | | |

1. Gwendolyn reserves the right to designate as exhibits any and all exhibits listed by Jason.
2. Gwendolyn reserves the right to supplement this list with pleadings and orders that are part of the common law record in this case.
3. Gwendolyn reserves the right to supplement this list with any demonstrative exhibits.
4. Gwendolyn reserves the right to supplement this list for purposes of impeachment and/or rebuttal, and as may be necessary as a result of testimony adduced, or exhibits used by Jason.
5. Gwendolyn reserves the right to supplement this list with any and all documents produced in discovery and any and all deposition exhibits, or documents relied upon by any expert witness not previously identified.
6. Gwendolyn reserves the right to supplement this list with updated discovery documents.

BEERMANN LLP

By: ______________________
Attorneys for Gwendolyn Ulijasz

**Beermann LLP**
Attorneys for Gwendolyn Ulijasz
161 North Clark St, Ste 3000
Chicago, IL 60601
(312) 621-9700
jsteele@beermannlaw.com

**WADDELL SERAFINO GEARY
RECHNER JENEVEIN P.C.**
Attorneys for Gwendolyn Ulijasz
1717 Main Street, Suite 2500
Dallas, Texas 75201
P: (214) 979-7400
Rdafoe@wslawpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 11 day of November 2026, to the parties requesting notice either by ECF, electronically or by U.S. first class mail, to:

Jason Emory McKemie

539 W. Commerce St., #2010

Dallas, Texas 75208

jmckemie@mckemie.net

Pro Se

Areya Holder Aurzada, Chapter 7 Trustee

Law Office of Areya Holder, PC

PO Box 2105

Addison, Texas 75001-2105

areya@holderlawc.com

The Office of the United States Trustee

1100 Commerce Street, Room 976

Dallas, Texas 75202

Loriann A. Martinez

Quilling, Selander, Lownds, Winslett & Moser, P.C.

lmartinez@qslwm.com

Counsel for InTouch Credit Union

/s/ Richard G. Dafoe

Richard G. Dafoe