**Accenture (c/o Businessolver, Inc.)**
P.O. Box 3013
Monroe, WI 53566-3013
**DO NOT MAIL CORRESPONDENCE OR PAYMENTS TO THIS ADDRESS**

accenture

Jason Mckemie and Family
5609 La Foy Blvd
Dallas, TX 75209

Notice Date: June 26, 2026

Prepared For: Jason Mckemie and Family

Mail check(s) and correspondence to this address only:

**Accenture (c/o Businessolver, Inc.)**
**PO BOX 850512**
**Minneapolis, MN 55485-0512**

If you have any questions regarding your benefits or this notice, please login to **benefitscenter.accenture.com**.

# COBRA Continuation Coverage & Other Health Coverage Alternatives

You're getting this notice because you recently lost coverage under Accenture group health plan ("the Plan"). This notice has important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Plan. Please read the information in this notice very carefully before you make your decision.

This notice has important information about your right to continue your health care coverage under the Plan, as well as other health coverage options that may be available to you including coverage through the Health Insurance Marketplace. To sign up for Marketplace coverage, visit **www.HealthCare.gov** or call 1-800-318-2596 (TTY: 1-855-889-4325). **You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** People in most states use **www.HealthCare.gov** to apply for and enroll in health coverage; if your state has its own Marketplace platform, you can find contact information here: **www.HealthCare.gov/marketplace-in-your-state/**.

Please read the information in this notice very carefully before you make your decision. If you choose to elect COBRA continuation coverage, you should enroll online at **benefitscenter.accenture.com** or use the Election Form provided later in this notice.

## Enrolling in COBRA Continuation Coverage Online Is Easy & Secure

1. **Go to benefitscenter.accenture.com** and log in with your username and password. If you don't know them, you may reset your username and password or **Register** as a first-time user. Your Company Key is **accenture**.
2. **Review and make your COBRA continuation coverage elections**. The online enrollment process makes it easy to select the coverage you're eligible for. Click "Start Here" to begin your enrollment.
3. **Choose the payment method you want.**
   a. **Pay Online** – Provide your bank account information. You can set up automatic monthly payments and avoid the usual $2.00 monthly convenience fee.
   b. **Pay by Check** – Make your check payable to **Businessolver, Inc**.

Deadline to Enroll in COBRA continuation coverage
Your elections must be completed and/or postmarked no later than
**08/29/2026**
Your active coverage ends on
**06/30/2026**
If elected, COBRA continuation coverages will be effective on
**07/01/2026**

*If you are electing COBRA continuation coverage as an active employee who did not lose all benefits due to your Qualifying Event, a retiree who is enrolled in retiree benefits with this employer, or a dependent electing COBRA continuation coverage, either as a result of a dependent qualifying event (such as divorce or child reaching maximum age) or the dependent of a former employee who is not also electing COBRA continuation coverage,* ***you cannot enroll online.*** *You will need to return the paper election form found in this package. Once enrolled, you will be able to login to* ***benefitscenter.accenture.com*** *and create your online account.*

Coverage provided by Accenture to you and/or your covered dependent(s) ends on 06/30/2026 due to the following qualifying event: **Divorce**. You have the right to elect COBRA continuation coverage for a duration of up to 36 months.

Only members covered at the time of Qualifying Event are eligible for continuation. The following Qualified Beneficiaries are eligible to continue coverage under COBRA:
Jason McKemie

EXHIBIT
2

395189144

Para ver el texto de este aviso en español, visite **https://www.dol.gov/sites/dolgov/files/EBSA/laws-and-regulations/laws/cobra/model-election-notice-spanish.docx**.
Si tiene preguntas sobre esta información por favor contacte Businessolver, Inc. at 888-259-6059. Los representantes están disponibles de lunes a viernes durante el horario comercial normal.

## General COBRA Information

Federal Law requires that most group health plans (including this Plan) give employees and their families the opportunity to continue their health care coverage through COBRA continuation coverage when there is a "qualifying event" that would result in a loss of coverage under the Plan. Depending on the type of qualifying event, "qualified beneficiaries" can include the employee covered under the group health plan, the covered employee's spouse, and/or dependent children of the covered employee. COBRA continuation coverage is the same coverage the Plan gives to active employees. Each qualified beneficiary who elects continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan.

## What's COBRA continuation coverage?

COBRA continuation coverage is the same coverage that the Plan gives to other participants or beneficiaries who aren't getting continuation coverage. Each "qualified beneficiary" (described below) who elects COBRA continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan, including open enrollment and special enrollment rights.

## Who are the Qualified Beneficiaries?

Each person ("qualified beneficiary") listed on the Election Form below can independently elect COBRA continuation coverage. COBRA continuation coverage is available to all qualified beneficiaries from 07/01/2026 to 06/30/2029 (the end of the maximum period). Dependents not covered at the time of the qualifying event may be added only during Open Enrollment, if HIPAA special enrollment applies, or a status change event occurs to establish a right to enroll.

Only one of you needs to elect COBRA continuation coverage for your spouse and dependent child(ren), if any, who wish to continue coverage. (Please note, a parent or legal guardian (regardless of whether they are a qualified beneficiary) may elect COBRA continuation coverage on behalf of a minor child, as applicable.) Furthermore, because COBRA continuation coverage gives you the right to elect coverage independently, you, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage. However, you may not decline coverage on behalf of your spouse or non-minor child.

Continuation coverage for a qualified beneficiary will be terminated before the end of the maximum period, if:

1. the required premium is not paid in full, on time;
2. after electing continuation coverage, the qualifying beneficiary becomes covered under another group health plan;
3. after electing continuation coverage, the qualified beneficiary becomes entitled to Medicare (under Plan A, Plan B, or both); or
4. the employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

## Are there other coverage options besides COBRA continuation coverage?

Yes. Instead of enrolling in COBRA continuation coverage, there may be other coverage options for you and your family through the Health Insurance Marketplace, Medicaid, Medicare, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period." Additionally, you may apply for and, if eligible, enroll in Medicaid at any time. By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. Some of these options may cost less than COBRA continuation coverage. You can learn more about many of these options at **www.HealthCare.gov**.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage, you may pay more out of pocket than you would under COBRA continuation coverage because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option until the next available open enrollment period.

## If I elect COBRA continuation coverage, when will my coverage begin and how long will coverage last?

If elected, COBRA continuation coverage will begin on 07/01/2026 and can last until 06/30/2029. You may elect any of the options for COBRA continuation coverage listed within the Election Form below.

Continuation coverage may end before the date noted above if: (i) any required premium is not paid in full on time, (ii) a qualified beneficiary becomes covered under another group health plan, after electing COBRA continuation coverage, (iii) a qualified beneficiary becomes entitled to Medicare benefits (under Part A, Part B, or both) after electing COBRA continuation coverage, or (iv) the employer ceases to provide any group health plan for its employees. COBRA continuation coverage may also be terminated for any reason the Plan would terminate coverage of a participant or beneficiary not receiving COBRA continuation coverage (such as fraud).

You must notify Businessolver, Inc. within 30 days if, after electing COBRA continuation coverage, a qualified beneficiary obtains other group health plan coverage.

It is your responsibility to timely elect COBRA continuation coverage and provide the required election information in accordance with the procedures listed in this Election Form. If you fail to do so, there will be no extension of COBRA continuation coverage.

## Can I extend the length of COBRA continuation coverage?

If you elect continuation coverage, you may be able to extend the length of continuation coverage if a qualified beneficiary is disabled, or if a second qualifying event occurs. You must notify Businessolver, Inc. of a disability or a second qualifying event within a certain time period to extend the period of continuation coverage. Failure to provide notice of a disability or second qualifying event within the required time period, means you will lose your right to extend the period of COBRA continuation coverage.

For more information about extending the length of COBRA Continuation coverage visit **https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/publications/an-employees-guide-to-health-benefits-under-cobra.pdf.**

### *Disability*

An 11-month extension of coverage may be available if any of the qualifying beneficiaries are determined by the Social Security Administration (SSA) to be disabled. The disability has to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage.

This notice must be mailed to the COBRA Administrator at the address provided in this notice. The notice must be received within 60 days after the latest of*:*

1. the date of the SSA disability determination;
2. the date on which the qualifying event occurred;
3. the date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the covered employee's termination or reduction of work hours; or
4. the date on which the qualified beneficiary is informed of the obligation to provide the disability notice.

Regardless of the 60-day deadline described above, your notice must be provided no later than 18 months after your COBRA continuation coverage began or you will not be eligible for a disability extension.

Each qualified beneficiary who has elected COBRA continuation coverage will be entitled to the 11-month disability extension. If the qualified beneficiary is determined by SSA to no longer be disabled, you must notify Businessolver, Inc. of that fact at the address below within 30 days after SSA's determination. COBRA coverage will terminate (retroactively, if applicable) on the first day of the first month that begins at least 30 days after the date of the SSA determination that the qualified beneficiary is no longer disabled or the end of the maximum coverage period that applies to the qualified beneficiary without regard to the disability extension.

### *Second Qualifying Event*

An 18-month extension of coverage may be available to spouses and dependent children who maintain COBRA continuation coverage if a second qualifying event occurs within the first 18-months of continuation coverage. The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months. Second qualifying events may include the death of a covered employee, divorce or separation from the covered employee, the covered employee's becoming entitled to Medicare benefits under Part A, Part B, or both, or a dependent child's ceasing to be eligible for coverage as a dependent under the Plan. These events *may* be second qualifying events *only* if they would have caused the qualified beneficiary to lose coverage under the Plan if the first qualifying event had not occurred. If you want to extend your COBRA continuation coverage you must notify Businessolver, Inc. at the address below of the event within 60 days starting from the latest of: (1) the date on which the qualifying event occurs; (2) the date on which the qualified beneficiary loses (or would lose) coverage under the Plan as a result of the second qualifying event; or (3) the date on which the qualified beneficiary is informed, through the furnishing of the SPD or the COBRA general notice, of the responsibility to notify the Plan of the second qualifying event and the procedures for doing so.

Second Qualifying Event documentation must be mailed to the Businessolver, Inc. at the address provided in this notice.

For more information about extending the length of COBRA continuation coverage visit: **www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/publications/an-employees-guide-to-health-benefits-under-cobra.pdf**.

## How much does COBRA continuation coverage cost?

**Please review the Election Form for details of COBRA continuation cost.**

Generally, each qualified beneficiary may be required to pay the entire cost of COBRA continuation coverage. The amount a qualified beneficiary may be required to pay may not exceed 102% (or, in the case of an extension of COBRA continuation coverage due to disability, 150%) of the cost to the group health Plan (including both employer and employee contributions) for coverage of a similarly situated Plan participant or beneficiary who isn't receiving COBRA continuation coverage.

Other coverage options may cost less. If you choose to elect COBRA continuation coverage, you don't have to send any payment with the Election Form. Additional information about payment will be provided to you after the Election Form is received by the Plan. Important information about paying your premium can be found in this notice. Please note, premiums are subject to change.

You may be able to get coverage through the Health Insurance Marketplace®. You can learn more about the Marketplace below.

## What is the Health Insurance Marketplace?

The Marketplace offers "one-stop shopping" to find and compare private individual health insurance options. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums and cost-sharing reductions (that lower your out-of-pocket costs for deductibles, coinsurance, and copayments) right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Through the Marketplace you'll also learn if you qualify for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP). People in most states use HealthCare.gov to apply for and enroll in Marketplace coverage; if your state has its own Marketplace platform you can find contact information for your

State Marketplace at the web address below.

| | |
|---|---|
| Health Insurance Marketplace: | **https://www.healthcare.gov** |
| State-based Marketplace: | **https://www.healthcare.gov/marketplace-in-your-state/** |
| Medicaid: | **https://www.healthcare.gov/do-i-qualify-for-medicaid** |
| Children's Health Insurance Program (CHIP): | **https://www.healthcare.gov/are-my-children-eligible-for-chip** |

Being offered COBRA continuation coverage won't limit your eligibility for Medicaid. It also won't limit your eligibility for Marketplace coverage or for a subsidy or tax credit through the Marketplace, if you are a former employee of the employer offering the coverage. But you won't be eligible for a subsidy or a tax credit during any month that you're enrolled in COBRA continuation coverage. Therefore, if you want to use a special enrollment period to enroll in Marketplace coverage with a subsidy or a tax credit, you must end your COBRA continuation coverage before your Marketplace coverage starts. Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage.

If you are currently employed by the employer offering the COBRA continuation coverage with premium assistance, you may enroll in Marketplace coverage but you may be ineligible for a subsidy or a premium tax credit for the Marketplace coverage for the period you are offered the COBRA continuation coverage with premium assistance.

## When can I enroll in Marketplace coverage?

Marketplace-eligible consumers can enroll in Marketplace coverage if they qualify for a special enrollment period. For example, Marketplace-eligible consumers always have 60 days from the time they lose your job-based coverage to enroll in the Marketplace, or they can apply up to 60 days beforehand if they know they'll lose coverage ahead of time. **After 60 days your special enrollment period will end and you may not be able to enroll unless you qualify for another special enrollment period, so you should take action right away if you want to enroll in Marketplace coverage.** In addition, during what is called an "open enrollment" period, Marketplace-eligible consumers can enroll from November 1 – December 15 in Marketplace coverage that starts on January 1. Finally, they may apply for and, if eligible, enroll in Medicaid coverage at any time.

To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit **www.HealthCare.gov/coverage-outside-open-enrollment/special-enrollment-period/.** If your state has its own Marketplace platform, you can find contact information for your State Marketplace here: **https://www.HealthCare.gov/marketplace-in-your-state/**. Note, you may apply for and, if eligible, enroll in Medicaid coverage at any time.

## If I sign up for COBRA continuation coverage, can I switch to coverage in the Marketplace? What about if I choose Marketplace coverage and want to switch back to COBRA continuation coverage?

If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during the annual Marketplace open enrollment period. You can also choose to end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period." But be careful though - if you terminate your COBRA continuation coverage early without another event that qualifies you for special enrollment, you may have to wait to enroll in Marketplace coverage until the next available open enrollment period, and could end up without any health coverage in the interim.

Alternatively, once you've exhausted your COBRA continuation coverage and the coverage expires, you may be eligible for a special enrollment period to enroll in Marketplace coverage, even if Marketplace open enrollment has ended and no other qualifying events apply. For more information on COBRA continuation coverage and the Marketplace, see **www.HealthCare.gov/unemployed/cobra-coverage/**.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances once your COBRA election period ends.

## Can I enroll in another group health plan?

You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.

If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

## Can I enroll in Medicare instead of COBRA continuation coverage after my group health plan coverage ends?

In general, if you don't enroll in Medicare Part A or B when you are first eligible because you are still employed, after the Medicare initial enrollment period, you have an 8-month special enrollment period to sign up for Medicare Part A or B, beginning on the earlier of:

1. The month after your employment ends; or
2. The month after group health plan coverage based on current employment ends.

These rules are different for people with End Stage Renal Disease (ESRD). See **https://www.medicare.gov/sign-up-change-plans/how-do-i-get-parts-a-b/part-a-part-b-sign-up-periods** for more information.

If you don't enroll in Medicare Part B and elect COBRA continuation coverage instead, you may have to pay a Part B lifetime late enrollment penalty and you may have a gap in coverage if you decide you want Part B later. If you elect COBRA continuation coverage and later enroll in Medicare Part A or B before the COBRA continuation coverage ends, the Plan may terminate your COBRA continuation coverage. However, if Medicare Part A or B is effective on or before the date of the COBRA continuation coverage election, COBRA continuation coverage may not be discontinued on account of Medicare entitlement, even if you enroll in the other part of Medicare after the date of the election of COBRA continuation coverage.

You must notify Businessolver, Inc. in writing within 30 days if, after electing COBRA, a qualified beneficiary becomes entitled to Medicare (Part A, Part B, or both) or becomes covered under other group health plan coverage. Correspondence can be mailed to your COBRA Administrator at the address noted in this notice.

COBRA coverage is subject to termination retroactive to the date (after your COBRA continuation coverage election date) when the qualified beneficiary becomes entitled to Medicare or becomes covered under other group health coverage, regardless of when notice of other coverage is provided.

If you are enrolled in both COBRA continuation coverage and Medicare, Medicare will generally pay first (primary payer) and COBRA continuation coverage will pay second. Certain plans may pay as if secondary to Medicare, even if you are not enrolled in Medicare. For more information visit **https://www.medicare.gov/medicare-and-you**, or, for more specific information regarding the Plan, contact your Plan Administrator.

## What factors should I consider when choosing coverage options?

When considering your options for health coverage, you may want to think about:

- Premiums: Your previous plan can charge up to 102% of total plan premiums for COBRA coverage (or up to 150% of total plan premiums after 18 months if you choose to extend the COBRA continuation coverage period beyond 18 months due to the disability of a qualified beneficiary) Other options, like coverage on a spouse’s plan, Medicaid, or through the Marketplace, may be less expensive.
- Provider Networks: If you’re currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network and whether you will have access to that network through any other option as you consider options for health coverage.
- Drug Formularies: If you’re currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage.
- Severance payments: If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.
- Service Areas: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations.
- Other Cost-Sharing: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

## For More Information

This notice does not fully describe continuation coverage or other rights under the Plan. More information about COBRA continuation coverage and your rights under the Plan is available in the summary plan description or from Accenture LLP (the “Plan Administrator”).

If you have any questions about the information in this notice or your rights to COBRA continuation coverage, you should contact the COBRA Administrator:

Accenture (c/o Businessolver, Inc.)
PO BOX 850512
Minneapolis, MN 55485-0512
888-259-6059

If you have questions about the Plan or would like to request a copy of the Plan’s summary plan description, you should contact your Plan Administrator:

Accenture LLP
500 West Madison Street
Chicago, IL 60661
800-432-2729

For more information about your rights under the Employee Retirement Income Security Act (ERISA), including COBRA continuation coverage, the Health Insurance Portability and Accountability Act (HIPAA), the Patient Protection and Affordable Care Act, and other laws affecting group health plans, visit the U.S. Department of Labor’s Employee Benefits Security Administration (EBSA) website at **https://www.dol.gov/agencies/ebsa**, contact them electronically at **askebsa.dol.gov**, or call their toll-free number at 1-866-444-3272 For more information about health insurance options available through the Health Insurance Marketplace, and to locate an assistor in your area who you can talk to about the different options, visit **www.healthcare.gov**.

## Keep your plan informed of address changes

In order to protect you and your family’s rights, you should keep the COBRA Administrator informed of any changes in your address and the addresses of family members. You should also keep a copy, for your records, of any notices you send to the COBRA Administrator or Plan Administrator.

## Important Information about Payment

### *First Payment for Continuation Coverage*

If you elect COBRA continuation coverage you should pay the total premium due at the time you send in the Election Form in order to complete your enrollment and continue your coverage. Although you are not required to send any payment with the Election Form, you must make your first payment for continuation coverage no later than 45 days after the date of your election (this is the date the

Election Notice is postmarked if sent by mail or the date you complete your online enrollment). **If you do not make your first payment in full within 45 days after the date of your election, you will lose all continuation coverage rights under the Plan.** You're responsible for making sure that the amount of your first payment is correct. You may contact the COBRA Administrator to confirm the correct amount of your first payment using the contact information provided within this notice.

**IMPORTANT: Your first payment must cover the cost of COBRA continuation coverage from the time your coverage under the Plan would have otherwise terminated up through the end of the month before the month in which you make your first payment.**

*For example, Employee A's employment terminates on September 30th, and they lose coverage on September 30th. Employee A then elects COBRA continuation coverage on November 15th. The initial premium payment Employee A sends in must include the premium amount for October and November and is due on or before December 30th, the 45th day after the postmarked date on the COBRA Election Form. Also, please note that Employee A's December premium is due December 1st and that premium must be postmarked by December 31st for it to be considered timely.*

## *Periodic Payments for Continuation Coverage*

After your first payment for COBRA continuation coverage, subsequent payments are due on the first day of each month of coverage. The date your payment is made is determined by the postmark on the envelope (e.g. May premiums must be postmarked on or before May 31, *see grace period described below*). The amount due is listed on the enclosed Election Form. Please make a copy of this for your records. **As a COBRA participant, it is your responsibility to remit payments on a timely basis.** If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the Plan will continue for that coverage period without any break.

**Checks returned for insufficient funds or checks that otherwise cannot be cashed are considered non-payment of premium and a replacement premium payment must be received by the end of the 30-day grace period (see the next paragraph) or coverage will terminate back to the end of the last fully paid period** and you will lose all rights to COBRA coverage under the Plan. You may not be notified that a payment was returned due to insufficient funds until after the end of your grace period and after your COBRA coverage terminates. Once your COBRA continuation coverage terminates, it will not be reinstated. Therefore, it is your responsibility to ensure funds are available to cover the required premium and, if a check is returned by the bank, to ensure a replacement check is submitted within the appropriate timeframe.

## *Grace Periods for Periodic Payments*

Although periodic payments are due on the first of the month, you will be given a grace period of 30 days from the payment due date, except as previously described regarding your initial payment. You'll get COBRA continuation coverage for each coverage period as long as payment for that coverage period is made before the end of the grace period. **If you pay a period payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage will be suspended as of the first day of the coverage period and then retroactively reinstated (going back to the first day of the coverage period) when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.**

If you fail to make a periodic payment before the end of the grace period for the coverage period, you will lose all rights to COBRA continuation coverage under the Plan.

Your first payment and all periodic payments for COBRA continuation coverage should be made payable to **Businessolver, Inc.**

Please mail payments to:

Accenture (c/o Businessolver, Inc.)
ATTN: COBRA Administration
PO BOX 850512
Minneapolis, MN 55485-0512

## To check on payment and account status

Go to **benefitscenter.accenture.com** using your previous log in information. If you previously used a company intranet to log in; please register using the company key of: accenture. If you have questions, please contact your COBRA Administrator at 888-259-6059.

# COBRA Continuation Coverage Election Instructions

Under federal law, you have 60 days from the date of original notice or the coverage termination date, whichever is later, to elect COBRA continuation coverage under the Plan.

<table>
<tr>
<td>

**<u>Enrolling in COBRA Continuation Coverage Online Is Easy & Secure</u>**

1. **Go to benefitscenter.accenture.com** and log in with your username and password. If you don't know them, you may reset your username and password or **Register** as a first-time user. Your Company Key is **accenture**.
2. **Review and make your COBRA continuation coverage elections**. The online enrollment process makes it easy to select the coverage you're eligible for. Click "Start Here" to begin your enrollment.
3. **Choose the payment method you want.**
   a. **Pay Online** – Provide your bank account information. You can set up automatic monthly payments and avoid the usual $2.00 monthly convenience fee.
   b. **Pay by Check** – Make your check payable to **Businessolver, Inc**.

</td>
<td>

Deadline to Enroll in COBRA continuation coverage

Your elections must be completed and/or postmarked no later than

**<u>08/29/2026</u>**

Your active coverage ends on **06/30/2026**

If elected, COBRA continuation coverages will be effective on **07/01/2026**

</td>
</tr>
</table>

*If you are electing COBRA continuation coverage as an active employee who did not lose all benefits due to your Qualifying Event, a retiree who is enrolled in retiree benefits with this employer, or a dependent electing COBRA continuation coverage, either as a result of a dependent qualifying event (such as divorce or child reaching maximum age) or the dependent of a former employee who is not also electing COBRA continuation coverage,* ***you cannot enroll online****. You will need to return the paper election form found in this package. Once enrolled, you will be able to login to* ***benefitscenter.accenture.com*** *and create your online account.*

If you choose to submit your completed Election Form by mail, it must be postmarked no later than **08/29/2026**.

Completing your enrollment online at **benefitscenter.accenture.com** is the fastest and most secure way to ensure COBRA continuation coverage for you and your family. **Requests received by mail can take up to 7-10 days from receipt to complete processing**. For elections submitted by mail, send the completed form to:

Accenture (c/o Businessolver, Inc.)
ATTN: COBRA Administration
PO BOX 850512
Minneapolis, MN 55485-0512

If you do not submit a completed Election Form or complete **your online enrollment** by the due date shown above, you will lose your right to elect COBRA continuation coverage. If you reject/waive COBRA continuation coverage before the due date, you may change your mind and revoke your rejection/waiver as long as you complete your enrollment online at **benefitscenter.accenture.com** or submit a completed Election Form before the due date. However, if you change your mind after first rejecting COBRA continuation coverage, your COBRA continuation coverage will begin on the date you submit the completed Election Form.

Your decision whether to elect COBRA continuation coverage will affect your future right to portability of group health coverage, guaranteed access to individual health coverage and special enrollment. Additional information about such rights is included in your Plan's summary plan description.

If you elect to continue coverage, and if you meet all other requirements explained on the enclosed document, your COBRA continuation coverage will begin on **07/01/2026**.

You must make your first payment for COBRA continuation coverage no later than 45 days after the postmark date of your election (this is the date your Election Form is mailed) or completion of **your online enrollment**. If you do not make your first payment for COBRA coverage in full within 45 days after the date of your election, you will lose all COBRA rights under the Plan.

**IMPORTANT: Your first payment must cover the cost of COBRA continuation coverage from the time your coverage under the Plan would have otherwise terminated up through the end of the month before the month in which you make your first payment.**

Subsequent payments are due on the 1st of the month. If you do not remit the full premium on a timely basis, your coverage may be terminated. Refer to the IMPORTANT INFORMATION ABOUT PAYMENT section for more information.

# COBRA Continuation Coverage Election Form

*(FOR BSC USE ONLY: Accenture – mm_num:810685359)*

Read the important information about your rights included in this packet before completing your Election Form below.

**Your COBRA continuation coverage elections must be completed and/or postmarked no later than 08/29/2026.**

Completing your enrollment online at **benefitscenter.accenture.com** is the fastest and most secure way to ensure COBRA continuation coverage for you and your family. **Elections received by mail can take up to 7-10 days from receipt to complete processing.** To enroll by mail, complete this form and return to the COBRA Administrator at the address provided in the COBRA Continuation Coverage Election Instructions.

Please note, if you are electing COBRA continuation coverage as a dependent of a former employee who is not also electing COBRA or due to dependent qualifying event (such as a divorce or child reaching maximum age), **you cannot enroll online**. You will need to return the paper election form found in this package. Once enrolled, you will be able to login to **benefitscenter.accenture.com** and create your online account.

## Get Notifications Regarding Your Coverage

Email communications are the fastest way to notify you if and when action is needed for your COBRA continuation coverage. Please provide your most up-to-date and preferred email address below to ensure you are receiving any applicable notifications regarding your benefits, such as payment alerts and reminders, enrollment reminders, Annual Enrollment notices, and alerts regarding account changes, timely.

You can update your contact preferences at any time online at **benefitscenter.accenture.com**.

| Preferred Email Address: | |
|---|---|

Only members covered at the time of Qualifying Event are eligible for continuation. The following Qualified Beneficiaries are eligible to continue coverage under COBRA:

| Place an “X” By Qualified Beneficiary to be Covered: | Qualified Beneficiary | Social Security Number |
|---|---|---|
| [ ] | Jason McKemie | XXX-XX-7823 |

I/We elect COBRA continuation coverage as indicated below:

| Place an “X” by Your Coverage Selection: | Monthly Cost |
|---|---|
| Aetna HealthFund HDHP | |
| [ ] Employee Only | $668.81 /Monthly |
| Aetna DMO Plan | |
| [ ] Employee Only | $27.21 /Monthly |
| UnitedHealthcare Vision Plan | |
| [ ] Employee Only | $7.36 /Monthly |

NOTE: If you were enrolled in a Health Care Flexible Spending Account benefit on the day prior to your COBRA Qualifying Event and you do not see the FSA plan election option above, you may still be eligible to continue your Health Care Flexible Spending Account through COBRA continuation coverage. This COBRA continuation coverage will last through the end of the plan year in which your COBRA Qualifying Event occurred, and your monthly premium for Health Care FSA continuation will be equal to your annual election minus your year-to-date contributions, divided over the remaining months of the plan year.

To enroll in Health Care FSA, please contact your COBRA Administrator at 888-259-6059.

Eligible employees will be automatically enrolled in the Accenture Medical Travel Plan and the Employee Assistance Program (EAP) during the COBRA period and will not be required to pay a COBRA premium for these plans. Please refer to the Accenture Benefits Center website for more details.

**COBRA PREMIUMS ARE SUBJECT TO CHANGE**

**Signature** **Date**

**Print Name** **Preferred Phone Number**

**Preferred Email Address**

**Mailing Address**

**Questions?** For faster service, we recommend first reviewing the information provided within your account via **benefitscenter.accenture.com**. This information is available at your convenience, with no wait times.