# Benefit Summary

Benefit Summary Generated On 06/26/2026 At 05:31:28 CDT

## About You

### Your Information

| | |
|---|---|
| **Name** | Gwendolyn Laura Ulijasz |
| **Address** | 11703 Huebner Road<br>Ste106 PMB499<br>San Antonio, TX 78230<br>US |
| **Date of Birth** | 05/27/1978 |
| **Gender** | Female |
| **Cell Phone** | 210-278-6377 |

## Dependents - 0

*No Dependents Listed*

EXHIBIT
3

## My Health

### Medical - Aetna HealthFund HDHP

$65.03
Semi-Monthly

#### Medical Covered Members

| Members | Covered |
| --- | --- |
| **Gwendolyn Laura Ulijasz**<br>Effective Date: 07/01/2026 | Yes |

### Dental - Aetna DMO Plan

$6.67
Semi-Monthly

#### Dental Covered Members

| Members | Covered |
| --- | --- |
| **Gwendolyn Laura Ulijasz**<br>Effective Date: 07/01/2026 | Yes |

### Vision - UnitedHealthcare Vision Plan

$3.61
Semi-Monthly

#### Vision Covered Members

| Members | Covered |
| --- | --- |
| **Gwendolyn Laura Ulijasz**<br>Effective Date: 07/01/2026 | Yes |

### Employee Critical Illness - Coverage Waived

### Spouse/Domestic Partner Critical Illness - Coverage Waived

### Child Critical Illness - Coverage Waived

## My Savings

### Health Savings Account - Health Savings Account

$314.77
Semi-Monthly

**Effective Date** 01/01/2026

#### Health Savings Account Contributions

| | |
|---|---|
| Previous Contributions | $0.00 |
| Annual Contribution Amount | $5,575.00 |
| Employer Contribution | $1,000.00 |
| Annual Total | $6,575.00 |
| Estimated Paycheck Deduction | **$314.77**<br>Semi-Monthly |

## Health Care Flexible Spending Account - Coverage Terminated

| | |
|---|---|
| Effective Date | 01/01/2026 |
| Term Date | 06/30/2026 |

## Dependent Care Flexible Spending Account - Coverage Waived

# My Security

## Basic Life Insurance - Basic Life Insurance

$0.00
Semi-Monthly

| | |
|---|---|
| Effective Date | 10/16/2024 |

### Basic Life Insurance Coverage Amount

| | |
|---|---|
| Coverage Amount | $1,500,000.00 |
| Elected Coverage Amount | $1,500,000.00 |
| Actual Coverage Amount | $1,500,000.00 |

### Basic Life Insurance Beneficiaries

| Name | Beneficiary Type | Allocation |
|---|---|---|
| Andrew Raymond Ulijasz | Primary | 100.000% |

## Basic Accidental Death & Dismemberment (AD&D) Insurance - Basic AD&D Insurance

$0.00
Semi-Monthly

| | |
|---|---|
| Effective Date | 12/16/2025 |

### Basic Accidental Death & Dismemberment (AD&D) Insurance Coverage Amount

| | |
|---|---|
| Coverage Amount | 7x Salary |

### Basic Accidental Death & Dismemberment (AD&D) Insurance Beneficiaries

| Name | Beneficiary Type | Allocation |
|---|---|---|
| Andrew Ulijasz | Primary | 100.000% |

Optional Life Insurance - Coverage Waived

Optional Accidental Death & Dismemberment (AD&D) Insurance - Coverage Waived

Spouse or Domestic Partner Life AD&D Insurance - Coverage Waived

Dependent Child Life/AD&D - Coverage Waived

Long-Term Disability Insurance - LTD $25,000 Monthly Maximum — $151.47 Semi-Monthly

| | |
|---|---|
| **Effective Date** | 06/27/2026 |

## Your Cost

| | |
|---|---|
| **Total Premium**<br>Total cost of all plan premiums | $226.78<br>Semi-Monthly |
| **Total Account Contributions**<br>Total amount contributed to accounts | $314.77<br>Semi-Monthly |
| **Total Cost**<br>If Approved | **$541.55**<br>Semi-Monthly |

This online benefit summary is reflective of benefits information contained within the Businessolver, Inc. database on the date this information is being displayed. This information is not intended to be an all inclusive or exhaustive list of benefit enrollment information. Modifications, deletions, and additions to coverage are not immediately effective upon submission. Please contact the Benefits Center at 888-259-6059 if you have any questions.

Important Note: The insurance carriers make the final determination regarding the payable benefit amount and the designated beneficiaries. The information shared reflects the current enrollment system data, but the ultimate benefit recipient or benefit amount to be paid may change based on plan rules, Evidence of Insurability and approvals, and other factors.

Every effort has been made to report information accurately, but the possibility of error exists. In case of any conflict between your benefits election confirmation and an official plan document, the plan document will be the final authority. Please note, some insurance coverage elections only become effective upon approval of your Evidence of Insurability (EOI) by the carrier.

* -Any personal or dependent information that appears in red font indicates a change that is currently pending approval.