**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. **26-30161-mvl7** |
| | § | |
| JASON EMORY McKEMIE, | § | Chapter 7 |
| | § | |
| Debtor. | § | |

# NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING RULE 2004 SUBPOENAS [ECF 97]

PLEASE TAKE NOTICE that the Debtor's Motion for Order Authorizing Rule 2004 Subpoenas for Third-Party Financial Records Concerning Assets Identified by the Chapter 7 Trustee for Estate Administration; Authorization for the Clerk to Issue Subpoenas [ECF 97], together with the Objection of Gwendolyn Laura Ulijasz [ECF 111] and the Debtor's Reply, will be heard as follows, as set by the Court on the record at the hearing of October 6, 2026 [ECF 128]:

- **Date and time:** Wednesday, November 18, 2026, at 9:30 a.m. Central Time
- **Judge:** Hon. Michelle V. Larson, United States Bankruptcy Judge
- **Place:** In person, Courtroom of the Honorable Michelle V. Larson, United States Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242
- **Nature of hearing:** Evidentiary; in person
- **Heard together with:** Motion of Gwendolyn Laura Ulijasz for Annulment, Determination, or Modification of the Automatic Stay [ECF 110], and the Debtor's Response in Opposition thereto. One-half day is reserved for both matters.

FILED
NOV 10 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Dated: November 9, 2026

Respectfully submitted,

Jason M McKemie

JASON EMORY McKEMIE

Debtor, Pro Se
539 W. Commerce St., #2010
Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

# CERTIFICATE OF SERVICE

I certify that on November 9, 2026, I served a true and correct copy of this motion by email on the following counsel for the Movant, Gwendolyn Laura Ulijasz at:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP
- Sara A. Boucher (saboucher@beermannlaw.com), Beermann LLP
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Terra Aguirre (terra@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Rosa Gutierrez (rgutierrez@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date:

- I emailed a copy to the courtroom deputy at mvl_settings@txnb.uscourts.gov. Counsel of record will also receive electronic notice through the Court's CM/ECF system upon docketing.
- I placed the original, ink-signed paper filing in overnight delivery to the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, for delivery on November 10, 2026.

Jason Emory McKemie