# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 26-30161-mvl7 |
| JASON EMORY McKEMIE, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## DEBTOR'S WITNESS LIST FOR THE NOVEMBER 18, 2026 EVIDENTIARY HEARING

**TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:**

Jason Emory McKemie, Debtor, identifies the following witnesses for the November 18, 2026 evidentiary hearing at 9:30 a.m. Central on the Debtor's motion to authorize Rule 2004 subpoenas (ECF 97) and Gwendolyn Laura Ulijasz's motion for annulment and related stay relief (ECF 110).

1. **Gwendolyn Laura Ulijasz** — Adverse witness. The Debtor seeks to call Ms. Ulijasz for in-person testimony.

2. **Dane Patching** — Fact witness.

The Debtor will file his separate exhibit list and designated exhibits and exchange them with opposing parties no later than Friday, November 13, 2026.

Dated: November 9, 2026.

FILED
NOV 10 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Respectfully submitted,

[signature]

Jason Emory McKemie
539 W. Commerce St., #2010
Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

# CERTIFICATE OF SERVICE

I certify that on November 9, 2026, I served a true and correct copy of this motion by email on the following counsel for the Movant, Gwendolyn Laura Ulijasz at:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP
- Sara A. Boucher (saboucher@beermannlaw.com), Beermann LLP
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Terra Aguirre (terra@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Rosa Gutierrez (rgutierrez@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date:

- I emailed a copy to the courtroom deputy at mvl_settings@txnb.uscourts.gov. Counsel of record will also receive electronic notice through the Court's CM/ECF system upon docketing.
- I placed the original, ink-signed paper filing in overnight delivery to the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, for delivery on November 10, 2026.

Jason M McKemie

Jason Emory McKemie