Jonathan D. Steele (admitted pro hac vice)
Illinois ARDC No. 6308171
BEERMANN LLP
161 N. Clark Street, Suite 3000
Chicago, Illinois 60601
Telephone: 312.621.9700
jsteele@beermannlaw.com

Richard G. Dafoe
Texas Bar No. 05309500
WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
Telephone: 214.979.7427
rdafoe@wslawpc.com

Counsel for Movant Gwendolyn Ulijasz

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-30161-mvl7 |
| | § | |
| JASON EMORY McKEMIE, | § | CHAPTER 7 |
| | § | |
| Debtor. | § | Hearing: November 18, 2026, |
| | § | 9:30 a.m. |
| | | (Stay Motion, ECF No. 110) |

**MOVANT GWENDOLYN ULIJASZ'S APPLICATION FOR ORDER SHORTENING TIME AND REQUEST FOR EXPEDITED CONSIDERATION OF HER WEBEX MOTION**

TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:

1. Gwendolyn Ulijasz ("Movant") asks the Court, for cause under Fed. R. Bankr. P. 9006(c)(1) and 9006(d), to shorten the notice period for her Motion for Leave to Give Any Testimony at the November 18, 2026 Hearing by WebEx Videoconference (the "WebEx Motion"), filed with this Application, and to decide it not later than Monday, November 16,

2026. Form BTXN 146 is submitted with this Application, and Movant will notify the courtroom deputy by email upon filing, as the Court's procedures require.

2. The relief is urgent and cannot wait the ordinary notice period. The WebEx Motion concerns the manner in which Movant would give any testimony at the hearing set for November 18, 2026 on her Motion for Relief from the Automatic Stay (ECF No. 110). Movant lives in San Antonio, approximately 275 miles from the courthouse. She was treated at the hospital on November 10, 2026, is scheduled to return for further treatment on the afternoon of November 17, and has since been advised by her treating provider not to fly until she is reassessed. Movant seeks an advance determination of the manner of her participation so that the medical circumstances can be addressed without disrupting the November 18 hearing. The Debtor has asked the Court to rule on an expedited basis on his motion to compel her in-person appearance, which presents the same question from the other side. And neither the 21-day negative-notice period of Local Bankruptcy Rule 9007-1 nor the Court's customary notice period for a hearing setting can run before November 18.

3. The Debtor agrees that his motion to compel, his November 10, 2026 opposition to remote testimony, and the WebEx Motion should be considered and decided together on or before Monday, November 16, 2026, and he asks for a ruling on the papers. He has stated that the opposition is his response to the WebEx Motion and that he will serve any supplement by 5:00 p.m. Central Time on Friday, November 13, 2026. Movant asks the Court to adopt that schedule and joins in the request for a ruling on the written submissions, or at a hearing if the Court determines that one is necessary.

4. This Application and the WebEx Motion are being served on the Debtor, who represents himself, by email at jmckemie@mckemie.net and by first-class United States mail at

his address of record on the Court's docket, 539 W. Commerce St., #2010, Dallas, Texas 75208, and on the Chapter 7 Trustee, the United States Trustee, and all other parties receiving electronic notice through the Court's CM/ECF system. Movant will file and serve a notice of hearing promptly upon receiving any setting from the Court. That notice will be sufficient because the WebEx Motion presents a single procedural question that the Debtor has raised in his own motion.

5. The Debtor announced on Saturday, November 7, 2026 that he would ask the Court to compel Movant's in-person appearance, and he served his motion on November 10, 2026. Movant notified the Debtor and the Chapter 7 Trustee of this request by email the same day, and this Application is made on the next business day after that service. Movant's hospital treatment and subsequent advice against air travel arose after the in-person hearing was set and provide an additional basis for the present request. Movant does not intend to offer testimony at the November 18 hearing; she seeks this ruling so that the manner of any testimony the Court permits or requires is settled in advance.

Respectfully submitted,

BEERMANN LLP

By: /s/ Jonathan D. Steele
Jonathan D. Steele (admitted pro hac vice)
Illinois ARDC No. 6308171
161 N. Clark Street, Suite 3000
Chicago, Illinois 60601
Telephone: 312.621.9700
jsteele@beermannlaw.com

Local counsel: Richard G. Dafoe (Texas Bar No. 05309500)
Waddell Serafino Geary Rechner Jenevein, P.C.,
Dallas, Texas

COUNSEL FOR MOVANT GWENDOLYN ULIJASZ

**CERTIFICATE OF CONFERENCE**

On November 7, 2026, the Debtor, who represents himself, emailed the undersigned and Movant's local counsel, Richard G. Dafoe, stating that he intended to file a motion to compel Movant's in-person appearance at the November 18, 2026 hearing and asking whether Movant opposed that relief. The undersigned responded by email the same day that Movant opposes it. On November 10, 2026, the undersigned emailed the Debtor and the Chapter 7 Trustee, Areya Holder Aurzada, asking for their positions on the relief requested in the WebEx Motion under the proposed safeguards, on shortening the notice period with a response deadline of November 13, 2026 at 5:00 p.m. Central Time, and on a decision by November 16, 2026 on the written submissions or at a WebEx hearing, and asking for a response by 9:00 a.m. Central Time on November 12, 2026. The Debtor responded by email on November 10, 2026. He opposes the WebEx Motion; he agrees that his motion to compel, his opposition, and the WebEx Motion should be considered and decided together on or before November 16, 2026; and he does not agree that a hearing is needed and asks for a ruling on the papers. His response is set out in full in the certificate of conference to the WebEx Motion. No response had been received from the Chapter 7 Trustee when this Application was filed. The undersigned learned of the medical circumstances described in Movant's declaration on November 11, 2026. The Debtor and the Chapter 7 Trustee receive the declaration describing them with this Application and the WebEx Motion, and the Debtor's stated deadline of 5:00 p.m. Central Time on November 13, 2026 for any supplement allows him to address them. The undersigned will advise the Court promptly of any position received.

/s/ Jonathan D. Steele
Jonathan D. Steele

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2026, a true and correct copy of this Application was served (a) on the Debtor, Jason Emory McKemie, pro se, by email at jmckemie@mckemie.net and by first-class United States mail at his address of record on the Court's docket, 539 W. Commerce St., #2010, Dallas, Texas 75208; and (b) on the Chapter 7 Trustee, Areya Holder Aurzada, the United States Trustee, and all other parties receiving electronic notice in this case, through the Court's CM/ECF system.

/s/ Jonathan D. Steele
Jonathan D. Steele