FILED
NOV 12 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. **26-30161-mvl7** |
| **JASON EMORY McKEMIE,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

# DEBTOR'S OPPOSITION TO ANY REQUEST THAT THE MOVANT APPEAR OR TESTIFY BY WEBEX OR OTHER REMOTE MEANS AT THE NOVEMBER 18, 2026, EVIDENTIARY HEARING ON ECF 110 AND ECF 97

(Filed in support of the Debtor's Motion to Compel Movant's In-Person Appearance and Testimony)

Debtor, **Jason Emory McKemie**, pro se, opposes any request by Movant Gwendolyn Laura Ulijasz to appear or testify at the November 18, 2026 evidentiary hearing by WebEx or any other remote means, and states:

## I. WHY THIS OPPOSITION IS FILED NOW

a. The Debtor files only on paper, by overnight delivery. The Clerk's office is closed November 11, 2026. The Debtor has asked that any response to his Motion to Compel be due November 12, 2026. A paper reply to a response filed that day would not reach the Clerk before the ruling dates the Debtor has requested. This opposition is therefore filed now, so that it is before the Court when any request for remote appearance or remote testimony is made.

## II. THE RECORD

a. The setting. On October 6, 2026, the Court stated on the record that these matters were being set for an in-person an in-person evidentiary hearing and set ECF 110 and ECF 97 for November 18, 2026, at 9:30 a.m. (ECF 128).

b. The Movant's own notice. On October 7, 2026, the Movant's counsel served a Notice of Final Hearing on ECF 110 stating that the hearing ***"will be conducted in-person at 1100 Commerce St., Courtroom of Honorable Judge Michelle Larson, Dallas, Texas 75242."*** [Exhibit 1]

c. No request to change the setting. Thirty-five days have passed since October 6. The Movant has served no motion under Fed. R. Civ. P. 43(a) and no request to change the in-person setting, and to the Debtor's knowledge has filed none.

d. Counsel's statement. On November 7, 2026, the Movant's counsel, Jonathan D. Steele, wrote that ***"[t]he mode of appearance at the November 18 hearing is governed by the Court's orders and***

***procedures, and Ms. Ulijasz will comply with whatever the Court directs."*** He stated no reason she cannot attend in person. [Exhibit 2]

e. Notice of a WebEx motion. On November 10, 2026, at 11:24 a.m., the Movant's counsel wrote that on Thursday, November 12, 2026, the Movant "will file a motion for leave to give by WebEx any testimony the Court permits or requires from her at that hearing." The email lists proposed safeguards. It states no reason the Movant cannot appear in person. [Exhibit 8]

f. The Movant is a called witness. The Debtor's Witness List for the November 18 hearing was served on November 10, 2026 and delivered to the Clerk on November 10, 2026. It designates ***"Gwendolyn Laura Ulijasz - Adverse witness. The Debtor seeks to call Ms. Ulijasz for in-person testimony."*** [Exhibit 3]

g. Only the Movant can give this testimony. ECF 110 is the Movant's motion. The only sworn evidence offered in support of it is her own September 10, 2026 declaration. The Debtor disputes material facts stated in that declaration, including in paragraphs 4, 10, 11, 12, 13, and 14. Those paragraphs state what she herself did, saw, and relied on. No other witness can testify to them.

## III. NO COURT HAS FOUND THAT THE DEBTOR POSES A DANGER TO THE MOVANT

a. The Debtor is non-violent. The Debtor has never been charged with, arrested for, or convicted of a violent crime in his life. He has never attended, and has never been ordered to attend, an anger-management course or any similar program.

b. The Movant's own words. On December 15, 2024, three days before she applied for a protective order, the Movant wrote to the Debtor: "I'm going to call the cops and tell them you are non violent but you are harassing me." [Exhibit 7]

c. The Movant's protective order was denied. On January 7, 2025, after a contested hearing, the state court ruled: "Petitioner's application for a Final Protective Order is DENIED." The same ruling states: "Respondent's request for Temporary Orders to award him the exclusive use and possession of the marital residence at 5609 Lafoy is GRANTED," and "Petitioner shall have exclusive access to the 5609 LaFoy residence on 1/8/25 at 8am until 12pm to pick up additional personal items. Respondent shall not be present at that residence between 7:45am and 12:15pm." (DF-24-18010, Associate Judge's Report, January 7, 2025) [Exhibit 6]

d. Sworn statements. Thirty-three declarants have stated under penalty of perjury, in sworn statements filed in the state court, that the Debtor is not a violent person. [Exhibit 5] See also the character reference of Christina Segura. [Exhibit 4]

e. The Movant's false police reports produced no charge. The Movant's false police reports and calls to the Dallas and San Antonio police departments concerning the Debtor are listed in Exhibit 9. No police department has arrested or charged the Debtor on any of them, and the Debtor has not been convicted of any offense alleged in them. [Exhibit 9; Exhibit 10, Declaration ¶ 3]

f. The detective's words. On May 21, 2025, Detective Vidal of the San Antonio Police Department, badge 2225, told the Debtor in a recorded call: "Right now the facts are not pointing towards any criminal action," and "it's leading to the fact that these are frivolous cases, and I need to make sure that we're not using a lot of manpower resources investigating a case that's not there." He said he would need to "let myself, other detectives, the DA's office know that these could be frivolous." [Exhibit 10]

g. A claim of danger is not good cause. No court has found that the Debtor poses a danger to the Movant. A request for remote testimony resting on such a claim would rest on an allegation the state court heard at a contested hearing and denied.

## IV. AS STATED IN THE DEBTOR'S FILINGS OF NOVEMBER 10, 2026

a. As stated in the Debtor's Advance Notice to the Court and Motion to Compel Movant's In-Person Appearance and Testimony (the "Motion to Compel"), paragraph 12: ***"What this motion asks: nothing new. The Court set an in-person evidentiary hearing. The Movant noticed it as one. No party has moved to change it. The Movant has filed no motion under Fed. R. Civ. P. 43(a), and her counsel's response states no reason she cannot attend. The Debtor asks the Court to put in writing, before November 18, what it said on the record on October 6."***

b. As stated in the Motion to Compel, paragraph 13: ***"If it's too late to keep the setting, it's too late to change it." And "If eleven days is too little time for the Debtor to ask the Court to keep its own setting, then ten days, or five, or the morning of the hearing is too little time for the Movant to ask the Court to change it. A request to keep an existing setting requires no new showing. A request to change it requires a motion, 'good cause in compelling circumstances,' and 'appropriate safeguards.'"*** *Fed. R. Civ. P. 43(a)."*

c. As stated in the Motion to Compel, paragraph 83: ***"The Movant has filed no motion under Rule 43(a) and has stated no cause. Counsel's November 7 response identifies none. Any request now would come on less notice than counsel says is inadequate (Section II) and would rest on circumstances foreseeable since October 6. The Debtor objects now to any remote appearance or remote testimony by the Movant, and to any request for either made without notice to him."***

d. As stated in the Debtor's Motion for Expedited Consideration, paragraph 6: ***"If the Movant appears remotely or not at all on November 18 without a prior ruling, the evidentiary hearing on her own motion either proceeds on untested testimony or is continued. Either result rewards the Movant for not seeking leave."***

e. As stated in the Motion for Expedited Consideration, paragraph 8: ***"The Movant has known since October 6, 2026, nearly five weeks, that the Court set November 18 as an in-person evidentiary hearing; her own counsel noticed it as in person on October 7. In that time she has filed nothing asking the Court to change the setting."***

## V. THE RULE

a. Fed. R. Bankr. P. 9014(d) provides: ***"A witness's testimony on a disputed material factual issue must be taken in the same manner as testimony in an adversary proceeding."*** Fed. R. Bankr. P. 9017 makes Fed. R. Civ. P. 43 applicable in a bankruptcy case. Fed. R. Civ. P. 43(a) provides: ***"At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise. For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location."***

b. The 1996 Advisory Committee Note to Rule 43(a) states: ***"The importance of presenting live testimony in court cannot be forgotten. The opportunity to judge the demeanor of a witness face-to-face is accorded great value in our tradition."*** It states that ***"[t]ransmission cannot be justified merely by showing that it is inconvenient for the witness to attend the trial"***; that ***"[a] party who could reasonably foresee the circumstances offered to justify transmission of testimony will have special difficulty in showing good cause and the compelling nature of the circumstances"***; and that ***"[n]otice of a desire to transmit testimony from a different location should be given as soon as the reasons are known."***

## VI. SUMMARY OF THE GROUNDS ON WHICH ANY REQUEST FOR REMOTE APPEARANCE OR TESTIMONY SHOULD BE DENIED

a. The setting is the Court's own. The Court set an in-person evidentiary hearing on October 6, 2026 (ECF 128). No order has changed it.

b. The Movant noticed the hearing as in-person. Her counsel's October 7, 2026 Notice of Final Hearing states that it "will be conducted in-person."

c. No motion has been made. Rule 43(a) permits remote testimony only on a showing made to the Court. The Movant has served no motion and stated no cause in thirty-five days.

d. The burden is the Movant's and it is not met. In-person testimony is the rule. Remote testimony requires "good cause in compelling circumstances" and "appropriate safeguards." None has been shown.

e. Nothing was unforeseeable. The Movant has known of the in-person setting since October 6, 2026. A party who could foresee the circumstances "will have special difficulty in showing good cause."

f. No timely notice was given. The Note requires notice "as soon as the reasons are known." None has been given.

g. Inconvenience is not cause. The Movant's declaration states that she resides in San Antonio, Texas. Travel to Dallas is inconvenience, which the Note states does not justify remote testimony.

h. The facts are disputed and the Movant is the only witness to them. Rule 9014(d) requires her testimony on disputed material facts to be taken as at trial. She is the Movant, her declaration is the

only sworn evidence supporting ECF 110, and the Debtor has designated her as an adverse witness to be called in person.

i. Counsel's own position forecloses a late request. Counsel stated on November 7, 2026 that eleven days was not adequate notice of the Motion to Compel. A request to change the setting made after that date comes on less notice.

j. There is no prejudice to the Movant. She is ordered to do only what the Court's setting and her own notice already require, and what her counsel wrote that she will do: "comply with whatever the Court directs."

k. No safety ground exists. The Movant's application for a protective order was denied after a contested hearing, the Debtor has never been charged with or convicted of a violent crime, and the Movant wrote that he is "non violent."

## VII. RELIEF REQUESTED

a. The Debtor asks the Court to:

   i. DENY any request by the Movant to appear or to testify at the November 18, 2026 hearing by WebEx or any other remote means;

   ii. ORDER that the Movant appear in person at 9:30 a.m. on November 18, 2026, remain present for the duration of the hearing, and submit to cross-examination by the Debtor, as stated in the proposed order submitted with the Motion to Compel;

   iii. ORDER that no declaration and no remote testimony of the Movant be received in place of her in-person testimony on any disputed material fact; and

   iv. enter its ruling in writing before November 18, 2026.

## EXHIBITS:

- Exhibit 1 - Movant's Notice of Final Hearing on ECF 110, served October 7, 2026 (2 pages)
- Exhibit 2 - Email of Jonathan D. Steele, November 7, 2026, 6:12 p.m., with the Debtor's conferral email (2 pages)
- Exhibit 3 - Debtor's Witness List for the November 18, 2026 hearing (2 pages)
- Exhibit 4 - Character Reference of Christina Segura
- Exhibit 5 – 33 Sworn Declaration's stating that the Debtor is non-violent

- Exhibit 6 – Protective Order Denial and Temporary Order's Granting the Debtor Exclusive Possession of the Marital Residence and its Content's
- Exhibit 7 – Text messages between the Debtor and the Movant, December 15, 2024
- Exhibit 8 – Email of Jonathan D. Steele, November 10, 2026, 11:24 a.m., giving notice of the Movant's WebEx motion (2 pages)
- Exhibit 9 – Summary of the Movant's police reports and calls concerning the Debtor (1 page)
- Exhibit 10 – Declaration of Jason Emory McKemie and transcript of May 21, 2025 recorded call with Detective Vidal, San Antonio Police Department

Dated: November 10, 2026

Respectfully submitted,

**Jason Emory McKemie**
Debtor, pro se
539 W. Commerce St., #2010, Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2026, I served a true and correct copy of this opposition by email on the following counsel for the Movant, Gwendolyn Laura Ulijasz at:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP
- Sara A. Boucher (saboucher@beermannlaw.com), Beermann LLP
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Terra Aguirre (terra@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date:

- I emailed a copy to the courtroom deputy at mvl_settings@txnb.uscourts.gov. Counsel of record will also receive electronic notice through the Court's CM/ECF system upon docketing.
- I placed the original, ink-signed paper filing in overnight delivery to the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, for delivery on the Court's next business day, November 12, 2026.

Jason Emory McKemie

**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 26-30161-mvl-7** |
| | § | |
| **Jason Emory McKemie** | § | **Chapter 7** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF FINAL HEARING ECF 110**

PLEASE TAKE NOTICE that the Final Hearing on the Motion of Gwendolyn Laura Ulijasz for (I) Annulment of the Automatic Stay under 11 U.S.C. § 362(d) To the Extent the Stay Applied to the June 26, 2026 Final Decree of Divorce , (II) A determination, For Purposes of § 362, That the Stay Did Not Apply to the Decree's Dissolution Provisions or to Property that was not Property of the Estate, and (III) Alternatively, Modification of the Stay to Permit the State Court to Complete the Division of Property; and Application for Order Shortening Time and Expediated Hearing will be held on **November 18, 2026 at 9:30 a.m.** The hearing will be conducted in-person at 1100 Commerce St., Courtroom of Honorable Judge Michelle Larson, Dallas, Texas 75242.

Respectfully submitted,

/s/ Richard G. Dafoe
Richard G. Dafoe
State Bar No. 05309500
Waddell Serafino Geary
Rechner Jenevein, P.C.
Dallas, Texas 75201
214-979-7427- Telephone
214-979-7402 – Facsimile
rdafoe@wslawpc.com

**ATTORNEYS FOR
GWENDOLYN LAURA ULIJASZ**

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 7th day of October 2026, to the parties requesting notice either electronically or by U.S. first class mail, Debtors' counsel and the U.S. Trustee.

Jason Emory McKemie
539 W. Commerce St., #2010
Dallas, Texas 75208
jmckemie@mckemie.net
***Pro Se***

Areya Holder Aurzada, Chapter 7 Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, Texas 75001-2105
areya@holderlawc.com

The Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Loriann A. Martinez
Quilling, Selander, Lownds, Winslett & Moser, P.C.
lmartinez@qslwm.com
***Counsel for InTouch Credit Union***

/s/ Richard G. Dafoe
Richard G. Dafoe

**EXHIBIT 2**

**From:** **Jonathan Steele** JSteele@beermannlaw.com
**Subject:** Re: Conferral — Motion to Compel In-Person Appearance, Case No. 26-30161-MVL-7 (Nov. 18 Hearing)
**Date:** November 7, 2026 at 6:12 PM
**To:** Jason McKemie jmckemie@mckemie.net
**Cc:** rdafoe rdafoe@wslawpc.com, rebecca rebecca@armstronglawtexas.com, Terra Aguirre terra@armstronglawtexas.com, Rosa Gutierrez rgutierrez@beermannlaw.com, Sara A. Boucher saboucher@beermannlaw.com, lauren lauren@armstronglawtexas.com

Mr. McKemie,

Ms. Ulijasz opposes the relief requested.

The mode of appearance at the November 18 hearing is governed by the Court's orders and procedures, and Ms. Ulijasz will comply with whatever the Court directs. The Debtor is not entitled to dictate how a creditor appears. Separately, an email sent on a Saturday evening eleven days before the hearing is not adequate notice of a motion that cannot be heard on regular notice before November 18. If you seek expedited consideration, we will respond on whatever schedule the Court sets.

Please reflect this response and its date in your certificate of conference.

**Jonathan D. Steele** I Divorce and Family Law Partner
161 N Clark St., Suite 3000 I Chicago, IL 60601
Tel: 312.621.9700 I Fax: 312.621.0909
Mobile: 872.888.6069

2275 Half Day Rd., Suite 350 I Bannockburn, IL 60015
Tel: 847.681.9600 I Fax: 847.681.0909
jsteele@beermannlaw.com I www.beermannlaw.com

To message me securely, click here.
To send me files securely, click here.
To meet with me now, click here.
To schedule a meeting with me, click here.

**Jonathan Steele** I Divorce and Family Law Partner

161 N Clark St., Suite 3000 I Chicago, IL 60601
Tel: 312.621.9700 I Fax: 312.621.0909

2275 Half Day Rd., Suite 350 I Bannockburn, IL 60015
Tel: 847.681.9600 I Fax: 847.681.0909

jsteele@beermannlaw.com I www.beermannlaw.com

BEERMANN LLP EST. 1958

BEST PLACES TO WORK
CRAIN'S CHICAGO BUSINESS • 2026

**EXHIBIT 2**

On Nov 7, 2026, at 6:00 PM, Jason McKemie <jmckemie@mckemie.net> wrote:

External sender <jmckemie@mckemie.net>
Make sure you trust this sender before taking any actions.

Counsel,

I am filing a Motion to Compel the Movant's In-Person Appearance and related relief concerning the November 18, 2026 hearing. Please advise whether you have any opposition to the relief requested.

Jason McKemie
(214) 519-8958
jmckemie@mckemie.net

**CONFIDENTIAL E-MAIL** This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.
**CONFIDENTIAL E-MAIL** This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

**EXHIBIT 3**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. **26-30161-mvl7** |
| **JASON EMORY McKEMIE,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**DEBTOR'S WITNESS LIST FOR THE NOVEMBER 18, 2026 EVIDENTIARY HEARING**

**TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:**

Jason Emory McKemie, Debtor, identifies the following witnesses for the November 18, 2026 evidentiary hearing at 9:30 a.m. Central on the Debtor's motion to authorize ***Rule 2004 subpoenas (ECF 97)*** and Gwendolyn Laura Ulijasz's ***Motion for Annulment and Related Stay Relief (ECF 110).***

1. **Gwendolyn Laura Ulijasz** — Adverse witness. The Debtor seeks to call Ms. Ulijasz for in-person testimony.

2. **Dane Patching** — Fact witness.

The Debtor will file his separate exhibit list and designated exhibits and exchange them with opposing parties no later than Friday, November 13, 2026.

Dated: November 9, 2026.

Respectfully submitted,

Jason McKemie

Jason Emory McKemie
539 W. Commerce St., #2010
Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

**EXHIBIT 3**

# CERTIFICATE OF SERVICE

I certify that on November 9, 2026, I served a true and correct copy of this motion by email on the following counsel for the Movant, Gwendolyn Laura Ulijasz at:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP
- Sara A. Boucher (saboucher@beermannlaw.com), Beermann LLP
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Terra Aguirre (terra@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Rosa Gutierrez (rgutierrez@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date:

- I emailed a copy to the courtroom deputy at mvl_settings@txnb.uscourts.gov. Counsel of record will also receive electronic notice through the Court's CM/ECF system upon docketing.
- I placed the original, ink-signed paper filing in overnight delivery to the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, for delivery on November 10, 2026.

Jason McKemie

Jason Emory McKemie

**EXHIBIT 4**

**CAUSE NO. DF-24-18010** IN THE DISTRICT COURT

IN THE MATTER OF THE MARRIAGE OF

**JASON MCKEMIE** **254TH** JUDICIAL DISTRICT
AND
**GWEN ULIJASZ (MCKEMIE)** DALLAS COUNTY, TEXAS

**DECLARATION OF CHRISTINA SEGURA
IN SUPPORT OF JASON MCKEMIE**

My name is Christina Segura, and my date of birth is December 24, 1974. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and they are true and correct to the best of my knowledge.

I've known Jason McKemie for nearly ten years—we met as neighbors in Victory Park, and years later when a townhome opened up next door to us, we became neighbors for a second time. He's been a steady friend through many seasons of life, including standing by me and my husband during my cancer treatment. That's the kind of person Jason is—loyal, present, and committed to the people he loves.

I'm speaking out now because I've never seen someone endure such unspeakable cruelty, with such quiet dignity. But that strength is wearing thin. He is unraveling under the weight of what's been done to him. And those of us who know him—those who traveled across the country to stand by at Gwen and Jason's sides at their wedding—see this clearly. We watched Gwen arrive from out of state, claiming to flee a dangerous ex. We believed her. We welcomed her. And now, she's fleeing again while leaving behind another man in ruins. The pattern is impossible to ignore. There is no mystery of what has transpired. It's not just misconduct—it's brazen criminality, executed without fear of consequence.

Jason is loyal to a fault, emotionally open in ways most men are not, and forgiving even when it costs him. I've never seen him act with violence, manipulation, or control. He bends until he breaks—and even then, he looks for peace. He is not a threat. He is not unstable. He was isolated, financially dismantled, and emotionally discarded by someone he adored—and still, he kept trying to do the right thing.

In early 2023, Gwen told us her ex was stalking her and trying to kill her. She was in court over it several times. We believed her. Jason did everything to protect her—he enrolled them in a government protection program and supported her both professionally and legally. But in hindsight, it looks less like fear and more like control. She uses narratives of victimhood to influence others and manipulate legal outcomes. Watching Jason go from her protector to her alleged abuser has been surreal.

When we learned that Gwen had hired a three-person armed security team to escort her back to their home, we were floored. Not a single person in our circle—those of us who have known Jason for years—believes for one second that he is the abuser in that relationship.

This wasn't fear. It was choreography. A performance, staged for legal effect. And it's disturbing to watch, because it's so egregious, so calculated, and so obvious—yet we're forced to stand by as it unfolds. It feels helpless and surreal, like watching someone light a match and call it self-defense.



Copy from re:SearchTX

**EXHIBIT 4**

What she's doing is not reactive—it's intentional. It is cruel. It is wrong on a scale that is hard to convey. And the only conclusion left is the one no one wants to say out loud: she appears to enjoy causing harm. There is no other explanation that fits what we're witnessing.

I saw the toll this took on Jason in late 2024. He told me Gwen had stopped her psychiatric medications before their Costa Rica trip but promised to resume after. She didn't. On November 16, we were supposed to attend a concert together. Gwen didn't come. Jason arrived alone. He appeared hollowed out. He broke down that night. He confided that she had forbidden him from talking about her meds, and he was still trying to honor her wishes, even as it tore him apart. He feared what she might do, and what she might accuse him of. He looked like someone trying to hold up a collapsing roof with his bare hands.

That happened here is tragic. Jason gave everything he had for a shared future—and ended up crushed under the weight of it. Her success now is the direct result of their shared efforts since 2023 and now she has taken that very success and ruthlessly weaponized it against him. That can't be undone— That cannot be undone. But this Court can stop the bleeding and restore his footing before it's too late.

And here's the real question: how is a man like Jason—honest, restrained, principled—supposed to win against someone who honors no rules? Someone with limitless financial resources who has systematically dismantled a man financially to make him defenseless. Gwen doesn't just break them—she exploits them. Jason is still trying to fight fair while she burns down the ring. That's not justice. That's how you erase someone. That's the slow destruction of a good man.

Jason is honest and self-sacrificing. My fear is that he won't ask this Court for what he truly needs—and he certainly won't ask for what it would take to make this fight fair. That's not who he is. But I hope the Court sees what it will take and that you give it to him. I pray that you will this for what it is.

What's been done to him is unspeakable. He's been hospitalized. His health has crumbled under stress and lack of sleep. There is no sum that can make what he's been through right. No ruling can undo what's been done. But this Court can stop the damage from going any further.

If this Court is weighing what's fair, I hope you will grant Jason the emergency relief that he requires, not just what he asks for, but what he needs to survive, even more rebuild. Jason is in crisis and I believe with everything in me that he will rise again if this court can give him that chance.

**My name is Christina Segura. My date of birth is [], and my address is 4617 Lester Dr, Dallas, TX 75219. I declare under penalty of perjury that the foregoing is true and correct.**

**Executed in Dallas County, State of TX, on the 2 day of July, 2025.**

**Christina Segura**



Copy from re:SearchTX

**EXHIBIT 4**

**Affidavit of Witness Statement**

**Elizabeth Bender**

**Re: McKemie v. Ulijasz-McKemie | Cause No. DF-24-18010**

**254th Judicial District Court, Dallas County, Texas**

To the Court:

My name is Elizabeth Bender, and I served as the officiant in the wedding of Jason McKemie and Gwendolyn Ulijasz-McKemie. I've known Jason personally for nearly a decade, and during their relationship, I spent regular time with both him and Gwen — as a friend, a confidant, and someone they trusted.

Jason has always been someone who takes personal responsibility seriously. He's hardworking, honest, and deeply self-reflective. He owns his mistakes, gives more than he receives, and puts others before himself. If I needed help, I know without hesitation Jason would show up. That's who he is.

When he began pursuing a startup venture in 2023, I remember how emotionally conflicted he was. Jason is not someone who is comfortable being financially dependent. He expressed to me several times how difficult it was to go without income for such an extended period. He didn't want to be a burden — he just wanted to contribute. But he also trusted Gwen. And I witnessed that trust in real time.

Gwen was not simply supportive of Jason's decision to build a startup — she was the one who actively encouraged it. She assured him that she could carry things financially in the short term, and made it clear that it was important to her emotionally for Jason to focus on building the company. When Jason later received interest from AT&T for a stable W-2 position — something that would have provided him immediate income and full benefits — Gwen told him outright that she didn't want him to take it. She said it would hurt her to see him return to that kind of job. She insisted that he stay on the entrepreneurial path.

I had many conversations with Jason during that period. I saw him wrestle with the pressure to produce income while trying to honor what Gwen wanted. His choice wasn't about avoidance — it was about commitment. He chose to sacrifice security out of love and trust. That stood out to me.

Around the time they moved in together and consolidated finances in August–September of 2023, there was a visible shift. Gwen proposed they make a joint investment to mark the beginning of their new life together — an investment of $50,000 into her brother's company. I remember Jason telling me how powerful that



Copy from re:SearchTX

**EXHIBIT 4**

moment was for him. He was feeling vulnerable and financially exposed, and this gesture her idea made him feel seen, like they were a team. I remember thinking that it was a smart and symbolic move, one that would help him feel more secure as they built something together. I thought, wow, I really want to get to know her more. And I did.

To me, it seemed like a pivotal moment in their marriage. Gwen's framing of the investment was very clear: "This is our money. We're doing this together." And Jason took that seriously. He believed in the partnership. I admired that about him.

Later, when I learned that Gwen had characterized the marriage as a six-month marriage as she reportedly did in the January 7, 2025, hearing I was genuinely shocked. That statement doesn't reflect the reality I witnessed. Their relationship and commitment stretched far beyond that, and I was present for meaningful milestones long before that six-month window. I have no idea who that version of Gwen is who would deny what I clearly saw.

In my view, Jason made his decisions in good faith, based on what Gwen was encouraging and eventually insisting he do. He trusted her, and I saw that trust firsthand.

I offer this statement because I want to make clear that Jason didn't step away from the workforce lightly. He did it out of love and belief in a shared vision. I know how hard that was for him, and how much faith it took to make those choices.

**Respectfully,**

**Elizabeth Bender**
2140 Medical Center Dr #458
Dallas, TX 75219

(214) 566-5499

**Signed this <u>18</u> day of <u>June 2025</u>.**



Copy from re:SearchTX

EXHIBIT 4

# SWORN AFFAIDAVITS: CHARACTER REFERENCES FOR JASON E MCKEMIE

| | Document Status | Signed Document | Name | # Years Known Jason | Date | Signature |
|---|---|---|---|---|---|---|
| Jul 7, 2025 08:09 | Completed | 2/mckemie_char_reference_06.2025_ddfb594a0819f0e7.pdf | Joseph Lewis | 5 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6277029412879590658/6277029412879590658_signature_7.png |
| Jul 7, 2025 07:02 | Completed | 3/mckemie_char_reference_06.2025_47ed656fa795da4f.pdf | Eric Ferguson | 1 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276989307258436369/6276989307258436369_signature_7.png |
| Jul 7, 2025 02:44 | Completed | 1/mckemie_char_reference_06.2025_c5f4dc35e869d0b3.pdf | Barbara Krings hargraves | 48 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276834445812685477/6276834445812685477_signature_7.png |
| Jul 7, 2025 01:31 | Completed | 7/mckemie_char_reference_06.2025_75b728b62eca5ec9.pdf | CODY DOWLING | 30 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276790644023630701/6276790644023630701_signature_7.png |
| Jul 6, 2025 23:06 | Completed | 9/mckemie_char_reference_06.2025_aaa1a9f9ed5e3a6f.pdf | Carrie McKemie | 30 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276703938849835715/6276703938849835715_signature_7.png |
| Jul 6, 2025 21:47 | Completed | 5/mckemie_char_reference_06.2025_32127344ba6491a6.pdf | Karen McKemie | 48 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276656499256949877/6276656499256949877_signature_7.png |
| Jul 6, 2025 19:08 | Completed | 7/mckemie_char_reference_06.2025_4aea0b4bf6e778f1.pdf | Elena Grahmann | 13 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276561134027214816/6276561134027214816_signature_7.png |
| Jul 6, 2025 18:45 | Completed | 7/mckemie_char_reference_06.2025_d30f9837523c1e6d.pdf | Phillip Sprinkle | 9 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276547114971383591/6276547114971383591_signature_7.png |
| Jul 6, 2025 18:01 | Completed | 8/mckemie_char_reference_06.2025_4d22e1d7da5fe3ed.pdf | Andrew McKemie | 48 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276520607672270070/6276520607672270070_signature_7.png |
| Jul 6, 2025 17:07 | Completed | 4/mckemie_char_reference_06.2025_2d30cb14569bc5e0.pdf | Eric Ferguson | 2 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276488612919792502/6276488612919792502_signature_7.png |
| Jul 6, 2025 15:54 | Completed | 4/mckemie_char_reference_06.2025_9cf7dbe425e0867e.pdf | Kyle Kessell | 6 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276444426319278596/6276444426319278596_signature_7.png |
| Jul 6, 2025 15:33 | Completed | 3/mckemie_char_reference_06.2025_f9d6a6a18c17827f.pdf | Daniel Meyers | 9 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276432245637299627/6276432245637299627_signature_7.png |
| Jul 6, 2025 15:27 | Completed | 0/mckemie_char_reference_06.2025_f3de0c35be53c110.pdf | Elizabeth Bender | 9 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276428750837581537/6276428750837581537_signature_7.png |
| Jul 6, 2025 15:27 | Completed | 1/mckemie_char_reference_06.2025_da2f560c094082e3.pdf | Dustin Gaspari | 28 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276428582372902979/6276428582372902979_signature_7.png |
| Jul 6, 2025 15:16 | Completed | 2/mckemie_char_reference_06.2025_36728a5916dbb5cf.pdf | Richard Roberts | 35 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276421965311907882/6276421965311907882_signature_7.png |
| Jul 6, 2025 15:09 | Completed | 3/mckemie_char_reference_06.2025_d2639e832c541c75.pdf | jason fort | 40 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276417472822531484/6276417472822531484_signature_7.png |
| Jul 6, 2025 07:49 | Completed | 7/mckemie_char_reference_06.2025_b1b619758c6316ed.pdf | Daniel grahmann | 30 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276153986214372917/6276153986214372917_signature_7.png |
| Jul 5, 2025 20:38 | Completed | 6/mckemie_char_reference_06.2025_ec584ee37accbfc5.pdf | Stuart Grant | 7 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275751341523023878/6275751341523023878_signature_7.png |
| Jul 5, 2025 20:33 | Completed | 3/mckemie_char_reference_06.2025_9304a747f9f6a132.pdf | Michael Smith | 25 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275748158076518846/6275748158076518846_signature_7.png |
| Jul 5, 2025 14:14 | Completed | 1/mckemie_char_reference_06.2025_91429bd8429ba7e6.pdf | Ron Nations | 6 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275520933421666292/6275520933421666292_signature_7.png |
| Jul 5, 2025 12:00 | Completed | 2/mckemie_char_reference_06.2025_3d612faf3b86939f.pdf | Stephen Maris | 28 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275440194011743607/6275440194011743607_signature_7.png |
| Jul 4, 2025 23:35 | Completed | 4/mckemie_char_reference_06.2025_83fa9e1a79a73d90.pdf | Joel Helgeson | 8 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274993113714598162/6274993113714598162_signature_7.png |
| Jul 4, 2025 23:16 | Completed | 2/mckemie_char_reference_06.2025_0aeb5f7c0d061a98.pdf | Douglas Beard | 9 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274981620125534173/6274981620125534173_signature_7.png |
| Jul 4, 2025 22:39 | Completed | 5/mckemie_char_reference_06.2025_baca594889970568.pdf | Rachel Eddy | 7 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274959921747676223/6274959921747676223_signature_7.png |
| Jul 4, 2025 22:30 | Completed | 2/mckemie_char_reference_06.2025_b4cccd74193c8e54.pdf | James McKemie | 48 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274954147104552038/6274954147104552038_signature_7.png |
| Jul 4, 2025 22:25 | Completed | 0/mckemie_char_reference_06.2025_9cf3b6e9a9bc3bef.pdf | Maria Camacho | 3 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274951423348201251/6274951423348201251_signature_7.png |
| Jul 4, 2025 22:20 | Completed | 1/mckemie_char_reference_06.2025_3fae6bb02ab4ae49.pdf | manuel Pacheco | 3 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274948517713472047/6274948517713472047_signature_7.png |
| Jul 4, 2025 21:53 | Completed | 9/mckemie_char_reference_06.2025_644d6fe1a898b31b.pdf | James Elder | 7 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274932340823692323/6274932340823692323_signature_7.png |
| Jul 4, 2025 21:36 | Completed | 9/mckemie_char_reference_06.2025_e13f0a08db4d3f5a.pdf | Michael Limos | 28 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274921863928714700/6274921863928714700_signature_7.png |



Copy from re:SearchTX

**Jotform** SIGN

**EXHIBIT 4**
**Audit Trail**

| | |
|---|---|
| **TITLE** | Character Reference for Jason E McKemie |
| **DOCUMENT ID** | 251868398837075 |
| **DOCUMENT PAGES** | 1 |
| **STATUS** | COMPLETED |
| **TIME ZONE** | America/Chicago |

**DOCUMENT HISTORY**

| | | |
|---|---|---|
| Signed | Jul 06, 2025 09:47 PM | Signed by (Karen.mckemie@sonicautomotive.com) IP: 2601:281:880:3570:7997:1d0e:c4 |



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Eric Ferguson, and I have known **Jason McKemie** for 3 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric Ferguson

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Stephen Maris, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Stephen Maris

07/05/2025
DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is manuel Pacheco, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/04/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. **DB-24-18010**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** <br> **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Elena Grahmann, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EGrahmann (signature) 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Andrew McKemie, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Andrew McKemie    07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| GWENDOLYN ULIJASZ-MCKEMIE<br>&<br>JASON MCKEMIE | §<br>§<br>§ | 254th JUDICIAL DISTRICT<br><br>DALLAS COUNTY, TEXAS |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Maria Camacho, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Maria J Camacho

07/04/2025
DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Kyle Kessell, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF**<br>**THE MARRIAGE OF** | §<br>§<br>§ | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE**<br>**&**<br>**JASON MCKEMIE** | §<br>§<br>§ | **254th JUDICIAL DISTRICT**<br><br>**DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Eric Ferguson, and I have known **Jason McKemie** for 1 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric J. Ferguson                07/07/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is CODY DOWLING, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/07/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Joel Helgeson, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/04/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is James Elder, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/04/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. **DB-24-18010**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is John McKemie, and I have known **Jason McKemie** for 49 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

John Edward McKemie    07/07/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| GWENDOLYN ULIJASZ-MCKEMIE<br>&<br>JASON MCKEMIE | §<br>§<br>§ | 254th JUDICIAL DISTRICT<br><br>DALLAS COUNTY, TEXAS |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Michael Smith, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/05/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Richard Roberts, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Ron Nations, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/05/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Karen McKemie, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

K L McKemie [signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. **DB-24-18010**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Carrie McKemie, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| | § | |
| | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Daniel grahmann, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Daniel Grahmann

07/06/2025
DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| GWENDOLYN ULIJASZ-MCKEMIE<br>&<br>JASON MCKEMIE | §<br>§<br>§ | 254th JUDICIAL DISTRICT<br><br>DALLAS COUNTY, TEXAS |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is James McKemie, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

07/04/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF**<br>**THE MARRIAGE OF** | §<br>§<br>§ | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE**<br>**&**<br>**JASON MCKEMIE** | §<br>§<br>§ | **254th JUDICIAL DISTRICT**<br><br>**DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Rachel Eddy, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Rachel Eddy 07/04/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** |
| | | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Lynn McKemie, and I have known **Jason McKemie** for 49 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Lynn McKemie                07/07/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Barbara Krings hargraves, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/07/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Phillip Sprinkle, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is jason fort, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Jason Fort

07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § § § | **IN THE DISTRICT COURT** |
| **GWENDOLYN ULIJASZ-MCKEMIE & JASON MCKEMIE** | § § § | **254th JUDICIAL DISTRICT** **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Dustin Gaspari, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. **DB-24-18010**

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Joseph Lewis, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Joseph E Lewis 07/07/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Daniel Meyers, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/08/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Michael Limos, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/04/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Stuart Grant, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Stuart T Grant

07/05/2025
DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

## CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Elizabeth Bender, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

**EXHIBIT 4**

NO. DB-24-18010

| | | |
|---|---|---|
| **IN THE MATTER OF THE MARRIAGE OF** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **GWENDOLYN ULIJASZ-MCKEMIE** | § | **254th JUDICIAL DISTRICT** |
| **&** | § | |
| **JASON MCKEMIE** | § | **DALLAS COUNTY, TEXAS** |

# CHARACTER REFERENCE ON BEHALF OF JASON E MCKEMIE

**TO THE HONORABLE JUDGE PRESIDING:**

I am over the age of 18, of sound mind, and competent to make this statement voluntarily and without coercion.

My name is Daniel Meyers, and I have known **Jason McKemie** for 5 years.

Throughout that time, I have known Jason to be a calm, rational, and deeply responsible individual. He is a loyal friend—someone who treats others with respect, patience, and genuine kindness. I have never once seen him act out in anger, hostility, or aggression towards.

In all the years I've known him, I have never witnessed Jason raise his voice in a hostile way, act in a controlling manner, or make threats of any kind. I have never known him to engage in physical conflict or exhibit behavior that suggests emotional volatility or instability.

Jason is respected not only by me but by a wide circle of friends and acquaintances. He carries himself with integrity and emotional steadiness, even under pressure or in challenging situations.

I was shocked to learn about the allegations that have been made against him. In no way do I believe them to be true. They do not align with the person I know, nor do they reflect his values or character. Jason adored his wife, and it is inconceivable to me that he would ever be the aggressor in that relationship—or in any relationship.

Jason is someone who seeks peace over conflict, understanding over control, and fairness over manipulation. He gives far more than he takes and consistently chooses empathy over ego. He does not deserve to be portrayed in a way that contradicts everything he has consistently shown me—and many others—to be true of his character.

I strongly encourage the Court to examine the full scope of the evidence, because the narrative being presented does not reflect the reality of who Jason McKemie is.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[signature] 07/06/2025

DATE



Copy from re:SearchTX

# EXHIBIT 5

Sworn declarations of thirty-three declarants, filed in the state court (DF-24-18010, pleading 171, Ex. A), each made under penalty of perjury, attesting to the Debtor's character as a non-violent person.

Offered to show that the Debtor is non-violent and that no claim of danger supports remote testimony by the Movant.

to Debtor's Opposition to Any Request That the Movant Appear or Testify by WebEx or Other Remote Means at the November 18, 2026 Evidentiary Hearing — In re Jason Emory McKemie, Case No. 26-30161-mvl7

**EXHIBIT 5**

In re Jason Emory McKemie, Case No. 26-30161-mvl7 (Bankr. N.D. Tex.)

# EXHIBIT N

Sworn declarations (DF-24-18010, pleading 171, Ex. A): index of declarants, and declarations of Elizabeth Bender, Christina Segura, and Dane Patching.

**Contents:**

- Index of sworn character-reference declarations, July 4-8, 2025 (DF-24-18010, pleading 171, Ex. A)
- Declaration of Elizabeth Bender, officiant of the June 2024 ceremonial wedding
- Declaration of Christina Segura
- Declaration of Dane Patching

*to Debtor's Advance Notice to the Court of Anticipated Safety-Based Allegations and False Danger Narrative, and Motion to Compel Movant's In-Person Appearance and Testimony at the November 18, 2026 Evidentiary Hearing on ECF 110 and ECF 97*

EXHIBIT 5

# SWORN AFFAIDAVITS: CHARACTER REFERENCES FOR JASON E MCKEMIE

| | Document Status | Signed Document | Name | # Years Known Jason | Date | Signature |
|---|---|---|---|---|---|---|
| Jul 7, 2025 08:09 | Completed | 2/mckemie_char_reference_06.2025_ddfb594a0819f0e2.pdf | Joseph Lewis | 5 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6277029412879590658/6277029412879590658_signature_7.png |
| Jul 7, 2025 07:02 | Completed | 3/mckemie_char_reference_06.2025_47ed656fa795da4f.pdf | Eric Ferguson | 1 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276989307258436369/6276989307258436369_signature_7.png |
| Jul 7, 2025 02:44 | Completed | 1/mckemie_char_reference_06.2025_c5f4dc35e869d0b3.pdf | Barbara Krings hargraves | 48 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276834445812685477/6276834445812685477_signature_7.png |
| Jul 7, 2025 01:31 | Completed | 7/mckemie_char_reference_06.2025_7bb72f062eca5ec9.pdf | CODY DOWLING | 30 | Jul 7, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276790644023630701/6276790644023630701_signature_7.png |
| Jul 6, 2025 23:06 | Completed | 9/mckemie_char_reference_06.2025_aaa1a9f9e5e3a6f.pdf | Carrie McKemie | 30 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276703938849835715/6276703938849835715_signature_7.png |
| Jul 6, 2025 21:47 | Completed | 5/mckemie_char_reference_06.2025_37177344ba6491a6.pdf | Karen McKemie | 48 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276656499256949877/6276656499256949877_signature_7.png |
| Jul 6, 2025 19:08 | Completed | 2/mckemie_char_reference_06.2025_4aea0b4bf6e778f1.pdf | Elena Grahmann | 13 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276561134027214816/6276561134027214816_signature_7.png |
| Jul 6, 2025 18:45 | Completed | 7/mckemie_char_reference_06.2025_d30f98375 23c1e6d.pdf | Phillip Sprinkle | 9 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276547114971383591/6276547114971383591_signature_7.png |
| Jul 6, 2025 18:01 | Completed | 8/mckemie_char_reference_06.2025_4d22e1d7da5fe3ed.pdf | Andrew McKemie | 48 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276520607672270070/6276520607672270070_signature_7.png |
| Jul 6, 2025 17:07 | Completed | 4/mckemie_char_reference_06.2025_2d30cb14569bc5e0.pdf | Eric Ferguson | 2 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276488612919792502/6276488612919792502_signature_7.png |
| Jul 6, 2025 15:54 | Completed | 4/mckemie_char_reference_06.2025_9cf7dbe425e08a7e.pdf | Kyle Kessell | 6 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276444426319278596/6276444426319278596_signature_7.png |
| Jul 6, 2025 15:33 | Completed | 3/mckemie_char_reference_06.2025_f9d6a6a18c17827f.pdf | Daniel Meyers | 9 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276432245637299627/6276432245637299627_signature_7.png |
| Jul 6, 2025 15:27 | Completed | 0/mckemie_char_reference_06.2025_13de0c35be53c110.pdf | Elizabeth Bender | 9 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276428750837581537/6276428750837581537_signature_7.png |
| Jul 6, 2025 15:27 | Completed | 1/mckemie_char_reference_06.2025_da2f560c094082e3.pdf | Dustin Gaspari | 28 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276428582372902979/6276428582372902979_signature_7.png |
| Jul 6, 2025 15:16 | Completed | 2/mckemie_char_reference_06.2025_36728a5916dbb5c1.pdf | Richard Roberts | 35 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276421965311907882/6276421965311907882_signature_7.png |
| Jul 6, 2025 15:09 | Completed | 3/mckemie_char_reference_06.2025_d7639e832c541c75.pdf | Jason fort | 40 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276417472822531484/6276417472822531484_signature_7.png |
| Jul 6, 2025 07:49 | Completed | 7/mckemie_char_reference_06.2025_b1b619758c6316ed.pdf | Daniel grahmann | 30 | Jul 6, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6276153986214372917/6276153986214372917_signature_7.png |
| Jul 5, 2025 20:38 | Completed | 6/mckemie_char_reference_06.2025_ec584ee37accbfc5.pdf | Stuart Grant | 7 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275751341523073878/6275751341523073878_signature_7.png |
| Jul 5, 2025 20:33 | Completed | 3/mckemie_char_reference_06.2025_9304a747f916a137.pdf | Michael Smith | 25 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275748158076518846/6275748158076518846_signature_7.png |
| Jul 5, 2025 14:14 | Completed | 1/mckemie_char_reference_06.2025_91429bd8429ba7e5.pdf | Ron Nations | 6 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275520933421666292/6275520933421666292_signature_7.png |
| Jul 5, 2025 12:00 | Completed | 2/mckemie_char_reference_06.2025_3d617faf3b86939f.pdf | Stephen Maris | 28 | Jul 5, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6275440194011743607/6275440194011743607_signature_7.png |
| Jul 4, 2025 23:35 | Completed | 4/mckemie_char_reference_06.2025_83fa5e1a79a73d90.pdf | Joel Helgeson | 8 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274993113714598162/6274993113714598162_signature_7.png |
| Jul 4, 2025 23:16 | Completed | 2/mckemie_char_reference_06.2025_0aeb5f7c0d06a98.pdf | Douglas Beard | 9 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274981620125534173/6274981620125534173_signature_7.png |
| Jul 4, 2025 22:39 | Completed | 5/mckemie_char_reference_06.2025_baca594f889970568.pdf | Rachel Eddy | 7 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274959921747676723/6274959921747676723_signature_7.png |
| Jul 4, 2025 22:30 | Completed | 2/mckemie_char_reference_06.2025_b4cccd74193c8e54.pdf | James McKemie | 48 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274954147104552038/6274954147104552038_signature_7.png |
| Jul 4, 2025 22:25 | Completed | 0/mckemie_char_reference_06.2025_9cf3b6e9a9bc3bef.pdf | Maria Camacho | 3 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274951423348201251/6274951423348201251_signature_7.png |
| Jul 4, 2025 22:20 | Completed | 1/mckemie_char_reference_06.2025_31ae6bb02ab4ae49.pdf | manuel Pacheco | 3 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274948517713472047/6274948517713472047_signature_7.png |
| Jul 4, 2025 21:53 | Completed | 7/mckemie_char_reference_06.2025_644d6fe1a898b31b.pdf | James Elder | 7 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274932340823692323/6274932340823692323_signature_7.png |
| Jul 4, 2025 21:36 | Completed | 9/mckemie_char_reference_06.2025_e13f0a08db4d3f6a.pdf | Michael Limos | 28 | Jul 4, 2025 | https://www.jotform.com/uploads/mckemie76/251848613317056/6274921863928714700/6274921863928714700_signature_7.png |

**EXHIBIT 5**

Character Reference from the Officiant of June 2024 Ceremonial Wedding

**Affidavit of Witness Statement**

**Elizabeth Bender**

**Re: McKemie v. Ulijasz-McKemie | Cause No. DF-24-18010**

**254th Judicial District Court, Dallas County, Texas**

To the Court:

My name is Elizabeth Bender, and I served as the officiant in the wedding of Jason McKemie and Gwendolyn Ulijasz-McKemie. I've known Jason personally for over a decade, and during their relationship, I spent time with both him and Gwen — as a friend, a confidant, and someone they trusted.

Jason has always been someone who takes personal responsibility seriously. He's hardworking, honest, and deeply self-reflective. He owns his mistakes, gives more than he receives, and puts others before himself. If I needed help, I know without hesitation Jason would show up. That's who he is.

When he began pursuing a startup venture in 2023, I remember how emotionally conflicted he was. Jason is not someone who is comfortable being financially dependent. He expressed to me several times how difficult it was to go without income for such an extended period. He didn't want to be a burden — he just wanted to contribute. But he also trusted Gwen. And I witnessed that trust in real time.

Gwen was not simply supportive of Jason's decision to build a startup — she was the one who actively encouraged it. She assured him that she could carry things financially in the short term, and made it clear that it was important to her emotionally for Jason to focus on building the company. When Jason later received interest from AT&T for a stable W-2 position — something that would have provided him immediate income and full benefits — Gwen told him outright that she didn't want him to take it. She said it would hurt her to see him return to that kind of job. She insisted that he stay on the entrepreneurial path.

I had many conversations with Jason during that period. I saw him wrestle with the pressure to produce income while trying to honor what Gwen wanted. His choice wasn't about avoidance — it was about commitment. He chose to sacrifice security out of love and trust.

Around the time they moved in together and consolidated finances in August–September of 2023, there was a visible shift. Gwen proposed they make a joint investment to mark the beginning of their new life together — an investment of $50,000 into her brother's company. I remember Jason telling me how powerful that moment was for him. He was feeling vulnerable and financially exposed, and this gesture — her idea — made him feel seen, like they were a team. I remember thinking that it was a smart move, one that would help him feel more secure as they built something together. I thought, wow, I really want to get to know her more. And I did.

To me, it seemed like a pivotal moment in their relationship. Gwen's framing of the investment was very clear: "This is our money. We're doing this together." And Jason took that seriously. He believed in the partnership. I admired that about him.

**EXHIBIT 5**

Later, when I learned that Gwen had characterized the marriage as a six-month marriage — as she reportedly did in the January 7, 2025, hearing — I was shocked. That statement doesn't reflect the reality I witnessed. Their relationship and commitment stretched far beyond that, and I was present for meaningful milestones long before that six-month window. I have no idea who that version of Gwen is.

In my view, Jason made his decisions in good faith, based on what Gwen was encouraging — and eventually insisting — he do. He trusted her, and I saw that trust firsthand.

I offer this statement because I want to make clear that Jason didn't step away from the workforce lightly. He did it out of love and belief in a shared vision. I know how hard that was for him, and how much faith it took to make those choices.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed in Dallas County, State of Texas, on June 22nd, 2025.**

Elizabeth Bender

**Elizabeth Bender**
2140 Medical Center Dr #4058
Dallas, TX 75219
(214) 566-5499

**EXHIBIT 5**

**CAUSE NO. DF-24-18010** IN THE DISTRICT COURT
IN THE MATTER OF THE MARRIAGE OF

**JASON MCKEMIE** **254TH** JUDICIAL DISTRICT
AND
**GWEN ULIJASZ (MCKEMIE)** DALLAS COUNTY, TEXAS

**DECLARATION OF CHRISTINA SEGURA**
**IN SUPPORT OF JASON MCKEMIE**

My name is Christina Segura, and my date of birth is December 24, 1974. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts stated herein, and they are true and correct to the best of my knowledge.

I've known Jason McKemie for nearly ten years—we met as neighbors in Victory Park, and years later when a townhome opened up next door to us, we became neighbors for a second time. He's been a steady friend through many seasons of life, including standing by me and my husband during my cancer treatment. That's the kind of person Jason is—loyal, present, and committed to the people he loves.

I'm speaking out now because I've never seen someone endure such unspeakable cruelty, with such quiet dignity. But that strength is wearing thin. He is unraveling under the weight of what's been done to him. And those of us who know him—those who traveled across the country to stand by at Gwen and Jason's sides at their wedding—see this clearly. We watched Gwen arrive from out of state, claiming to flee a dangerous ex. We believed her. We welcomed her. And now, she's fleeing again while leaving behind another man in ruins. The pattern is impossible to ignore. There is no mystery of what has transpired. It's not just misconduct—it's brazen criminality, executed without fear of consequence.

Jason is loyal to a fault, emotionally open in ways most men are not, and forgiving even when it costs him. I've never seen him act with violence, manipulation, or control. He bends until he breaks—and even then, he looks for peace. He is not a threat. He is not unstable. He was isolated, financially dismantled, and emotionally discarded by someone he adored—and still, he kept trying to do the right thing.

In early 2023, Gwen told us her ex was stalking her and trying to kill her. She was in court over it several times. We believed her. Jason did everything to protect her—he enrolled them in a government protection program and supported her both professionally and legally. But in hindsight, it looks less like fear and more like control. She uses narratives of victimhood to influence others and manipulate legal outcomes. Watching Jason go from her protector to her alleged abuser has been surreal.

When we learned that Gwen had hired a three-person armed security team to escort her back to their home, we were floored. Not a single person in our circle—those of us who have known Jason for years—believes for one second that he is the abuser in that relationship.

This wasn't fear. It was choreography. A performance, staged for legal effect. And it's disturbing to watch, because it's so egregious, so calculated, and so obvious— yet we're forced to stand by as it unfolds. It feels helpless and surreal, like watching someone light a match and call it self-defense.

**EXHIBIT 5**

What she's doing is not reactive—it's intentional. It is cruel. It is wrong on a scale that is hard to convey. And the only conclusion left is the one no one wants to say out loud: she appears to enjoy causing harm. There is no other explanation that fits what we're witnessing.

I saw the toll this took on Jason in late 2024. He told me Gwen had stopped her psychiatric medications before their Costa Rica trip but promised to resume after. She didn't. On November 16, we were supposed to attend a concert together. Gwen didn't come. Jason arrived alone. He appeared hollowed out. He broke down that night. He confided that she had forbidden him from talking about her meds, and he was still trying to honor her wishes, even as it tore him apart. He feared what she might do, and what she might accuse him of. He looked like someone trying to hold up a collapsing roof with his bare hands.

That happened here is tragic. Jason gave everything he had for a shared future—and ended up crushed under the weight of it. Her success now is the direct result of their shared efforts since 2023 and now she has taken that very success and ruthlessly weaponized it against him. That can't be undone-- - That cannot be undone. But this Court can stop the bleeding—and restore his footing before it's too late.

And here's the real question: how is a man like Jason—honest, restrained, principled—supposed to win against someone who honors no rules? Someone with limitless financial resources who has systematically dismantled a man financially to make him defenseless. Gwen doesn't just break them—she exploits them. Jason is still trying to fight fair while she burns down the ring. That's not justice. That's how you erase someone. That's the slow destruction of a good man.

Jason is honest and self-sacrificing. My fear is that he won't ask this Court for what he truly needs—and he certainly won't ask for what it would take to make this fight fair. That's not who he is. But I hope the Court sees what it will take and that you give it to him. I pray that you will this for what it is.

What's been done to him is unspeakable. He's been hospitalized. His health has crumbled under stress and lack of sleep. There is no sum that can make what he's been through right. No ruling can undo what's been done. But this Court can stop the damage from going any further.

If this Court is weighing what's fair, I hope you will grant Jason the emergency relief that he requires, not just what he asks for, but what he needs to survive, even more rebuild. Jason is in crisis—and I believe with everything in me that he will rise again if this court can give him that chance.

**My name is Christina Segura. My date of birth is [|], and my address is 4617 Lester Dr, Dallas, TX 75219. I declare under penalty of perjury that the foregoing is true and correct.**

**Executed in Dallas County, State of TX, on the 2 day of July, 2025.**

**Christina Segura**

**EXHIBIT 5**

NO. **DF-24-18010**

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| GWENDOLYN ULIJASZ-MCKEMIE<br>&<br>JASON MCKEMIE | §<br>§<br>§ | 301ST JUDICIAL DISTRICT<br><br>DALLAS COUNTY, TEXAS |

# DECLARATION OF DANE PATCHING
## IN SUPPORT OF EMERGENCY PROTECTIVE RELIEF

My name is **Dane Patching**. My date of birth is **August 26, 1985**. I am over eighteen years old, competent to make this declaration, and have personal knowledge of the facts stated below. I live with my wife, Christina Segura, at **4617 Lester Dr., Dallas, Texas 75219**. I am not a party to this case. **The facts stated in this declaration are true and correct to the best of my knowledge.**

## I. Witness Background and Basis for Personal Knowledge

1. I have known Jason McKemie for just under nine years. We first met while living in the same apartment community in Victory Park and became friends through a shared interest in music. A few years later, Jason again became my neighbor when he rented a townhome next door to me and my wife, Christina. **I observed Jason on a near-daily basis for more than two years during our friendship.**

2. Across the years I have known him, Jason has been **calm, rational, kind, intelligent, and steady under pressure.** I have never known him to pick fights, threaten others, or behave in an abusive, antagonistic, possessive, or physically violent manner. I have seen him face serious personal challenges, and I have also seen him support my wife and me during difficult periods, including my wife's battle with cancer. **Jason consistently works to de-escalate conflict rather than create it.**

## II. April 16, 2026 Attempted Eviction and Property Destruction

3. On **April 16, 2026**, I personally observed the aftermath of an attempted eviction at Jason McKemie's residence located at **5609 La Foy Blvd., Dallas, Texas 75209.**

4. At approximately **6:02 p.m.**, Jason called me. He told me he had just left a court hearing, that an eviction had been attempted at his residence, that his possessions were being moved out of the house, and that he had obtained a court order stopping it. He also told me **he had not been served with notice of the hearing.** He sounded alarmed and said he needed help.

5. My wife was scheduled for chemotherapy the following morning, and I was helping prepare her. After making sure she was settled, I went to Jason's residence as quickly as I could. I arrived not long after Jason returned.

6. When I arrived, I saw property piled in the front and back areas of the residence. **The condition did not resemble a careful move-out, normal storage effort, or any effort to preserve property.** Items were in piles, garbage bags, wardrobe boxes, and loose groupings. The only boxes I observed were wardrobe boxes, and those were not being used for clothing. Large trash bags were used for many other items.

7. Breakable were not packed nor even removed from the furniture prior to moving. The large majority of items were placed into large trash bags and stacked and disgarded into a pile, or weren't packed at all were left loose on the lawn or the driveway. I observed safes, computer equipment, household items, broken glass, crystal, and other fragile items scattered outside. I also saw a black buffet or cabinet that had been moved with china and

being left behind. Plastic wrap and packing materials were not utilized with any furniture nor items in the back as they were with the items unloaded from the truck as pictured. All other property was treated, at best, as disposable. **Much of it, including high-value property, appeared damaged, commingled with trash, or placed in and around trash receptacles.** The scene was destructive, disorderly, and reflected a careless disregard for Jason's property. I left at approximately 9:00-9:15p.m. to return home and assist my wife before her chemotherapy the following morning.

## III. Relevant Background and Pattern Observed

18. What I observed on April 16, 2026, did not occur in isolation. Christina and I were introduced to Gwendolyn Ulijasz in early 2023. We spent time with Jason and Gwen throughout their relationship and marriage, and we

**EXHIBIT 5**

crystal still inside it. **Those contents were broken.**

8. **In my opinion, this was not a move—it was a teardown.** The condition of the property reflects a complete disregard for preservation and is consistent with conduct that would foreseeably cause considerable damage. Items were not simply mishandled or disorganized; they were left in a state that does not occur during any normal packing or removal process.

9. While Jason was in the front area, a vehicle repeatedly circled the house. Jason and I both observed it. Jason told me he had seen that vehicle during the divorce proceedings previously. I saw the vehicle pass multiple times, slow down, and appear to monitor what we were doing. It appeared to be a late-model blue Lexus sedan driven by a white male in his forties or fifties.

10. Jason and I worked to move items into the garage to preserve what we could. The property was disorganized, intermixed, placed into garbage bags, and much of it was broken. Items appeared mixed from different rooms and areas of the house. **This did not appear accidental or orderly.**

11. Numerous items had been placed near the trash. I told Jason the boxes near the trash should be checked. When we checked, we found a large box behind the trash cans containing a **50-inch television and other electronics or high-value items.** Inside a large box by the trash receptacle were several bags of garbage.

12. The placement of valuable electronics near or inside trash areas was shocking to me. Jason later found one a **MacBook Pro laptop stuffed inside a discarded frozen pizza box, inside a large black trash bag.**

13. Security cameras in and around the house were not simply removed from their mounts; **they were forcibly ripped off, leaving wires exposed.** Several power cables had been pulled out with enough force that the prongs were broken off.

14. Based on what I observed, **I do not see any reasonable way to conclude that this was a careful or lawful preservation of property.** There was no apparent organization or effort to protect the property. Items were intermixed in a manner inconsistent with a normal move or any attempt to safeguard belongings.

15. When I entered the house, I immediately noticed Jason's large television still mounted on the wall. Other furniture and office equipment also remained inside, including mounted televisions, computer monitors, his desk, and his filing cabinet full of documents and other items. The upstairs appeared to have been cleared out except for Jason's clothing, which remained unpacked and hanging on rods as well as in built in drawers.

16. Jason provided me with photographs he took after returning to the residence. **Those photographs are consistent with what I personally observed that evening,** including property piled outside, broken glass and crystal, disorganized electronics and computer equipment, valuable property near trash areas, and large televisions and monitors still mounted and left inside the home.

17. I was shocked by what I observed. In my opinion, there was no meaningful effort to preserve any of the property

**EXHIBIT 5**

traveled to Wisconsin for four days to attend their ceremonial wedding at her sister Pamela Woodman's lakehouse in Mauston, Wisconsin.

19. When we first met Gwen, we understood that she had relocated to Texas because of safety concerns involving a former spouse. Jason discussed those concerns with me, and I observed him take deliberate steps to protect her privacy, including avoiding social media and limiting public visibility regarding their whereabouts and marriage. This was a noticeable change from Jason's prior online presence. **Based on what I observed, these appeared to be the intentional actions of a dedicated spouse genuinely concerned for her safety.**

20. On or around October-November 2024, Jason became very distressed while discussing significant behavioral changes involving Gwendolyn. He told us she had discontinued psychiatric medication before a trip to Costa Rica and that her behavior had escalated each month afterward. The changes he described sounded extreme and abusive. Jason appeared scared and overwhelmed. By the time they separated, we had been discussing those changes for well over a month. **From what we personally observed, Jason was the person in fear at that time, not Gwendolyn.**

21. Jason later informed us that he had found documentation showing a pattern of protective-order filings and that he had paid a legal retainer. The next thing we learned was that **Gwendolyn had reported his legal retainer as fraud and stated it was an accident; while simultaneously filing for a protective order.**

22. The past sixteen months have been difficult to watch. Jason has not been allowed to stabilize. He has struggled to maintain access to medical care and prescriptions, he appears exhausted and has been under immense financial strain, and he's endured repeated hospitalizations. **We have also discussed the psychological strain of the constant police reports in both Dallas and San Antonio**; and specifically him being mirandized for something when he wasn't even in the same city when the alledged event occurred.

23. At the same time, Gwendolyn appears to have retained the benefits of the sacrifices they made together while leaving Jason with the debt, instability, medical consequences, and burden of the home. **For those of us who knew both Jason and Gwendolyn, the victim narrative presented upon arrival and repeated upon departure is materially consistent in a way that demands examination.**

24. Based on the Jason I have known for nearly nine years, including extended periods of near-daily contact, **I do not believe he committed the abusive conduct Gwendolyn has accused him of. Jason is not dangerous, threatening, abusive, hostile, or physically violent.**

**UNSWORN DECLARATION**

My name is **Dane Patching**, my date of birth is **August 26, 1985**, and my address is **4617 Lester Drive, Dallas, Texas 75219**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Dallas County, State of Texas**, on the **23rd day of April, 2026**.

**Dane Patching**
Phone: (214) 394-8071
Email: d.s.patching@gmail.com

**EXHIBIT 6**

In re Jason Emory McKemie, Case No. 26-30161-mvl7 (Bankr. N.D. Tex.)

# EXHIBIT L

Order of January 7, 2025 denying protective order, DF-24-18010 (pleading 036, Associate Judge's Report).

**Contents:**

- DF-24-18010, pleading 036, Associate Judge's Report, January 7, 2025

*to Debtor's Advance Notice to the Court of Anticipated Safety-Based Allegations and False Danger Narrative, and Motion to Compel Movant's In-Person Appearance and Testimony at the November 18, 2026 Evidentiary Hearing on ECF 110 and ECF 97*

**EXHIBIT 6**

CAUSE NO. DF 24-18010

IN THE MATTER OF: McKemie

IN THE 254th FAMILY DISTRICT COURT OF DALLAS COUNTY, TEXAS

**ASSOCIATE JUDGE'S REPORT** *(Divorce/SAPCR)*

*Temporary* X *Final* __

Pursuant to an Order of Referral, a hearing in this matter has been held by a duly appointed Associate Judge as authorized by Chapter 201, Texas Family Code. The parties are hereby given notice of the findings and recommendations contained herein and of their right to be heard by a District Judge upon compliance with the terms of Chapter 201, Texas Family Code. A copy of this Report has been given to each party or the party's attorney who appeared at the hearing.

__ AGREEMENT __ DEFAULT X CONTESTED HEARING __ Reporter/Interpreter Present ______

APPEARANCES: Husband/Father: Jason McKemie and Attorney: Brant Webb

Wife/Mother: Gwendolyn McKemie and Attorney: Pro Se

Other: ______ and Attorney: ______

Petitioner's application for a protective order, and application for a restraining order were set today, as well as Respondent's request for Temporary Orders. Petitioner's attorney filed a motion to withdraw as counsel for Petitioner. The Motion was GRANTED. Petitioner proceeded to represent herself for the hearing. The Court now makes the following ruling:

Petitioner's application for a Final Protective Order is DENIED. But Petitioner's application for INJUNCTIONS is GRANTED as mutual injunctions. Specifically items 1-34 set out on pages 4-6 of the AMENDED APPLICATION FOR TEMPORARY RESTRAINING ORDER filed on 12/20/2024 are GRANTED as mutual, except for item number 31, which is DENIED.

Respondent's request for Temporary Orders to award him the exclusive use and possession of the marital residence at 5609 LaFoy is GRANTED. Each is awarded the vehicle in his/her possession. IT IS ORDERED that each party shall pay for their own residence and vehicle in his/her possession.

Respondent's request for temporary spousal maintenance and for interim Attorney's fees is DENIED. Petitioner shall have exclusive access to the 5609 LaFoy residence on 1/8/25 at 8am until 12pm to pick up additional personal items. Respondent shall not be present at that residence between 7:45am and 12:15pm.

The parties are ORDERED mediate with an agreed upon mediator by 3/7/2025 and shall exchange inventories by 2/7/2025.

Any relief not granted herein is DENIED. Dallas County Standing Orders remain in full force and effect.

Attorney for X Husband/Father __ Wife/Mother ______ will reduce this Report to written Order and submit to other side and Court within fourteen (14) days. X Orders require proof of submission to other attorney OR signature of all __ attorneys or __ parties for entry.

1/7/2025
Date

Lorna Bedard
Associate Judge

62 of 127

Ten Pyck2015

**EXHIBIT 7**

In re Jason Emory McKemie, Case No. 26-30161-mvl7 (Bankr. N.D. Tex.)

Text messages between the Debtor and the Movant, Gwendolyn Laura Ulijasz, December 5 through December 16, 2024 (54 pages).

**The Movant's statement, "I'm going to call the cops and tell them you are non violent but you are harassing me," appears on page 47 of this exhibit.**

to Debtor's Opposition to Any Request That the Movant Appear or Testify by WebEx or Other Remote Means at the November 18, 2026 Evidentiary Hearing on ECF 110 and ECF 97

EXHIBIT 7

# GWEN (Left Side) JASON (Right Side)

iMessage
Dec 3, 2024 at 7:45 PM

I just got a text for a blink code

I assume that was you

Yeah. Katie going nuts. I'm not going to answer the door.

Can't see camera view out there

Were you able to get logged into blink?

I'm checking now

There's no one out front and there's no packages

Ok I see the Outside tab now. Thanks

OK, good.

I need to change the batteries in one of the cameras when I get home. It's the one to the little backyard area.

All the others should be working

IMG_6741.PNG
PNG Image · 198 KB

Do you think you can speak to your family. It's not a big deal - they probably don't remember we are paying.

I need to call my hosting provider and see how I can consolidate all of that. Part of that is gonna be canceling email addresses for Jim's kids that I don't think that they ever used. When those services were set up, they were very inexpensive and I was just covering them however, overtime they have increased in cost significantly.

So I need to do some homework before approaching them about paying their portion. I would basically drill down to what those costs are and say if they want to continue having those, then I would need them to help pitch in.

Some of those costs are also the domain names that we purchased in your name to keep Chris from being able to buy them. As well as the domain names that I just registered for silvercare.tech

However, those costs were approximately only about $20 per year for silver tech. And about the $30-40 per year for your domain names.

Tell you family they need to h

**EXHIBIT 7**

and how to do so this week or I will. It's not your job to manage all this. I do not need my own email handle.

I don't need domain names in my name. I never did. He can make up a million variations and we can't buy them all - there's no point.

Hi jason. Yes, it was disappointing to open all the packages up. The toiletries , lightbulbs , 1 bag dog treats and 1 Pam I'll set aside. You can also let me know which charger is for Raina.

The coffee maker would have been something I could have gotten you for Christmas. I guess let's keep it.

We will send the rest back. Please send you Amazon log in and I'll handle it.

I can't do this anymore. You were manic about the Black Friday sales while in ER. It was insanity on top of insanity. Let's talk about how we can look together at what you're buying before you buy it.

Goodnight and rest easy.

Honey. There is no intention in keeping everything there. And I don't think you realize how cheap we got those dog treats and how much money we saved. Many of those things were going back.

When I saw the ability to save up to 60% on these items, it didn't hurt to grab them to go through them with you and return what we didn't need.

Some of those were also Christmas presents that I was able to get for pennies on the dollar as well as a couple of them were free gifts where if you bought a power supply, you received another item as a free gift.

Please breathe easy and give me a chance to explain and show you what the total cost was. I can assure you it is nothing like you were imagining.

I will handle the returns. Please do not do that because you do not know what goes with what to complete the presents. There is also a box in the back of my car of stuff that is already ready to return, but it needs to be returned in a certain way as there are two different packages. I will take care of them this weekend. I promise you that.

And I can show you how much money this will save us.

I love you and I hope you don't end our night like this.

There is no rush to return those. I will take care of it this weekend.

And once again, there are gifts in there that I am giving to others that I was able to get for really and inexpensive. I did not want us to have an expensive Christmas.

EXHIBIT 7

Also, there was nothing purchased [illegible]
Those were purchased over a period of 1-2 weeks at different times when those sales came up

And that coffee maker there was only one return of. There was not an option to wait and order it later.

Please call me tonight, baby

The majority of that stuff is bathroom stuff, coffee, stuff for Katie, a new charger because we've lost two that will work with your phone case, two free gifts that came from a charger. Which again was 50 to 60% off.

I know you have had concerns about my spending patterns in the past, but please understand that this was to save money, not waste money. And to provide a nice Christmas present for you and Raina, and so that we wouldn't have to buy anything new to go with my new replacement phone or yours if you upgrade yours at twice the price.

Honey, I love you. And I need you right now. I need you to hear what I have to say because I promise you that there was thought put into those purchases and what the total cost would be and how it would benefit us. There was also only a couple things on your card and everything else went on mine; that way they could be discussed before you spent any money on them.

I asked that you just talk through these with me so I can explain and I promise you'll understand better. And anything else as I said, we'll be returned.

But the opportunity never present itself to sit down and talk to you about those things. I'm returning a few items is very easy.

I really hope to hear from you tonight

Jason I need you to take responsibility for yourself.
This rhetoric about how I'm unavailable to talk is deflection and total bullshit. I don't want to hear that anymore. I listen to you for hours on all sorts of topics. I won't accept that excuse.
Please do not use the words "I love you " to side skirts an argument. It's manipulative to insert it into an argument and a gross abuse of those words. It makes them cheaper every time you use them in that way.
The gifts we need I highlighted in yellow on the excel sheet. I don't think anyone wants a charger for Christmas. Did you ask the boys what they would like for Christmas like you said ? Is anything in that pile of shit for them.
I'm going to bed. It may sound like I'm angry and I am, but mostly I'm just tired of all this.
I have to get a post nup Jason - it's just out of control. I really have no choice. I'll connect with MetLife legal in the morning.
Please call the insurance company and again, take some responsibility to help ensure I don't have. $40k hospital bill on my hands tomorrow. I've b[illegible]

once.
Good night.

EXHIBIT 7

Gwen you are grossly overreacting, I ordered multiple chargers to find out that those others did not work for YOUR needs as they would not fit your phone, and they are being returned. Only one of those is being kept for you, and another for me.

The ones I ordered would not fit your phone. The cables and charging station are for you and Raina and one item is for my phone which I was going to be replacing today.

The rest is coffee stuff for Katie and stuff for the bathroom, which we have been needing, which was ridiculously cheap.

I think I deserve a chance to explain those purchases. Those were on my card and I am responsible for returning them.

You do not realize how much money we saved on stuff we pay for every month for treats for Katie and other things.

And I do love you and I just wish you would give me a chance to talk to you about it before jumping to conclusions on actions you need to take against me or to protect you without understanding what those purchase for, why which ones are going back or going back, or even what the cost was, or even with the savings will be

I'm only asking for a basic conversation that doesn't result with this type of response. And anything that was purchased that is not needed that wasn't already going back will be going back, unless it is something needed for my new phone because I am still having to watch mine to receive your text messages.

And I am taking steps in those ways that you've brought to my attention. I'm also scheduled to be completing my assessments tomorrow with the Sachs institute. Regardless, those things purchased, were made in rational decisions.

I really want to hear your voice tonight, babe.

I probably saved us a couple hundred dollars in stuff for the house over the next few months. Which paid for nor only gifts, buy other stuff we were going to need. But none of that gets considered with this type of response.

I do love you and I just wish you would have a conversation with me.

It would be helpful if you could send me screenshots of the final cards we received for insurance in the morning. I just wanna ensure that they are exactly what we received before.

**EXHIBIT 7**

You mentioned that you got new cards yesterday. I'm in the process of needing those now if there's been any updates. Can you please send me images of those please?

They are the same as what I printed for you. Sorry jason I'm not trying to be short I'm in the middle of stuff

That's all i needed to know. Thx

Good luck

Dec 4, 2024 at 10:08 AM

Thanks jason. Hey , we are not in a fight bc il not fighting. I can't do that anymore. That said im very concerned about your reply. It's not sober and you continue to deny the impact of all this ordering and the returns.

People do not sit down and talk about different chargers and returns in that way. It's a problem. They address their hospital insurance in the first few days as a matter of priority , not on the day of release and at the repeated request of their spouse.

Updates:

- Was able to get injection for my back scheduled for tomorrow here in Bryan, prior to traveling back

- I scheduled an Uber from Waco to Dallas for a noon pickup a Friday. So I would be home by 1:15-1:45pm Friday

- I have been in contact with the hospital registration who is in coordination with Surest, and Im awaiting confirmation of benefits which i have made clear i need prior to release (it does not appear like I have a lot of control over that, but I am certainly putting all the pressure on them)

- 3 of the seven medications they have me on are not in stock at the pharmacy, and two are non-transferable. So after my dad picks me up in about an hour and a half, I hope to be able to know where I need to go to get each one of these.

- I am only getting about a week of medication from the hospital here, which obviously isn't enough. I've been told that my doctor performing the procedure tomorrow can prescribe longer.

- I am coordinating the calling of my medication's to other pharmacies so that I can have all my medication's prior to coming back.

- Dr. Virasmie does not appear to be with Taylor anymore. Which leaves me the choices of Kong or Mohan. I have chosen Mohan and I'm scheduling an E visit as well as an in person meeting for next week.



~~I told me that she's gonna~~

EXHIBIT 7

get someone with medical registration me, but she told me that this is largely handled after discharge which I told her I'm not comfortable with.

There is more to come

All good news and great plan.

Thanks jason. Hey , we are not in a fight bc il not fighting. I can't do that anymore. That said im very concerned about your reply. It's not sober and you continue to deny the impact of all this ordering and the returns. ...

Gwen, before you left, on multiple times, I asked you to wait and go through those with me.

You do not understand what they are for, which ones are going back and the cost savings that they will realized for us. You told me you would give me that opportunity and you would wait until I got back.

There are new things I need for my new phone, there are gifts in there, we saved easily $120-$140 on items for Katie & house hold items, and those that we don't want are going back.

The only purchase is in there for me is for a cable for my new phone, one replacement battery back up, and one for you.

There were different deals posted each day, as they improved. I got the better deal and will be returning the others.

The only spending beyond that was for a coffee maker that was $55.

And once again, that charge was on my card. Everything delivered during that sale we were gonna go through together. We did not have a chance to do that prior to me leaving.

I was never manic about Black Friday sales in the ER. Im fact nothing whatsoever was ever ordered on the hospital.

I did repeatedly bro g it yo to you so that we could a void this type of response. I only desire for rational conversations, and working together in deciding what we needed and what we didn't. But those conversations are incredibly difficult to have even if we have time.

I researched body washes that I specifically I thought that you would like and appreciate. I tried to make Reyna's Christmas gift something special, immediately usable, and done so away were also prepared both you and I for new phones at literally a third of the cost. Which was probably about 50 bucks total. I don't feel any appreciation for those efforts, or the cost savings that they realized.

Every new iPhone from the model 14 on does not use the ... nor has the same power

rating, it will require new accessories.

EXHIBIT 7

those for pennies on the dollar.

This is not a fight and I am not mad at you, but I begged you to let me get home and us talk about this so that you could understand those purchases, and I can assure you, they will make sense.

I know this is a sensitive topic, buy i assure you that these decisions were made rationally.

Where I am hurt regarding your response and not following through with what i asked of you and we agreed upon, I am still not angry with you. The insults and accusations that I'm acting like an attic or without merit or context as you lack any understanding of what was purchased, why it was purchased, why we needed it, or the savings that were made. And once again, those were on my card so that we could discuss each of them prior to you paying anything on them.

My decision were to save money by taking advantage of big discounts. They were not emotional impulses.

Regardless of all this, I love you dearly and I hope you are having a good day.

They are trying to rush me out of here, so I am buried trying to get all this insurance stuff settled. For some reason, their health system now shows me on an HMO.

I know you have a lot on your plate and I am taking care of this.

When we talk, I will be happy to hear from you and I will not bring any of this up. As I said, previously, I would like to go through those things with you individually upon when I get home. Which will be Friday midday.

I am also completing my Sachs institute assessments, as well as I have an interview for a company that was scheduled for today, which I reached out to you and was kind enough to reschedule it for Monday.

I love you dearly, and I hope you can breathe and relax, and even give me a little bit of trust right now.

It would mean a lot to me to hear your voice today to hear your love and support, but if you're incapable of that, then do not stress, because I can manage this on my own

I just received confirmation that they do not have me set up under United healthcare choice plus PPO for billing for the hospital stay.

The billing office is based in the Philippines. I am calling them now for confirmation as well.

**EXHIBIT 7**

I just called and spoke to Surest PPO. They say that they do have my account number and group number active, however, that the policy has not been fully transferred over nor have they received any billing from Saint Joseph therefore they are unable to provide me with any type of total at this time.

They did however, tell me that when they receive the claim that it will be processed through the United healthcare choice plus PPO Surest plan, and that we
And have to seek reimbursement.

I am now shifting to work on the prescription benefits

Gwen, in response to your second paragraph, I think it is clearly evident in my priorities have been 100% on insurance and not on chargers. I only addressed those because of how hurt I am at this emotional response created to something that you do not understand, and have not given me the opportunity to explain as you promised me you would.

I please ask that you stop lecturing me on my priorities when those have bean aggressively prioritized since 7am this morning.

I am not creating nor perpetuating arguments. That's no desire of mine.

Updates:

- confirmed that United healthcare choice PPO is being billed directly for all of my services here. Surest states that my account is still in transition, and that they do not have insight into billing details yet. As well as they have no ability to provide me that inside at this time. However, they did confirm that this will most definitely be processed through our insurance plan and that we will be billed only our co-pay amounts and not a full bill.

- I was able to get scheduled for my shot in my back here in Brian tomorrow, so that will be done prior to my return

- I have coordinated a ride to Waco with my dad and will be bringing an Uber from Waco to Dallas Friday. I will also be checking with Stewart to see if he could possibly pick me up as an option as well

- I was able to get all prescriptions transferred to a pharmacy that has them all in stock. They are being processed through Caremark, and my total for all prescriptions is $32.48. There are two over-the-counter medication's that will be a little more.

- despite repeated to attempts I was denied in home care, and will be continuing with outpatient care. This is not a concern of mine anymore, as I have regained a great deal of mobility.

EXHIBIT 7

- My progress has been dramatically i... 7 AM and I'm showered and I'm ready fo. the day.

- I will be discharged within the next 45 minutes.

- I am now calling to finalize my appointment time for my shot my back tomorrow.

So everything is coming together here

Again, I hope you're having a good day. I know you have a lot on your plate and I want you to stay focused on that, please breathe and relax and know that I am on top of every element of this here.

I'm really slammed and past a RFI deadline. I will respond a bit later. Hope you are doing ok

No problem. Get your stuff done.

Long story short everything's going well here

I love you

All the insurance stuff is looking good

My only request is that you release any stress other than what you need to be focused on for your work.

Everything else we can discuss when I get home. I assure you it is not what you're thinking.

Just focus on your work, baby.

Good luck today, baby

You're a rockstar, stay focused and show them how incredible I know you to be

I believe you have my Aggie ring, but I'm just confirming

I do. It's safe and waiting for you. I have not had time to read texts , but pls be safe and slow in moving yourself out of the hospital jason. Take help.

I am out of the hospital and we are picking up meds. I'll be home shortly.

No problem on the texts. All that can be talked about later.

Love you

I just called and spoke to Surest PPO. They say that they do have my account number and group number active, however, that the policy has not been fully transferred over nor have they received any billing from Saint Jose...

EXHIBIT 7

I mistyped. WE WILL NOT HAVE TO . ... IN FULL & SEEK REIMBURSEMENT. I want that to be very clear.

Love you.

I know you have every reason to be concerned, and I am aware and I apologize for all those past mistakes once again, and I am taking steps to correct those problems made in the past. I wanna assure you that that what is taking place now is not what has taken place in the past.

I love you and best wishes on your RFI. I miss you so much. And I'm so proud of you and all of your hard work.

Hope your day has been productive

I also have been able to potentially to secure a ride to Waco with Ron Nations son, lightning the load on my parents.

Everything is looking good here, babe. Please don't stress.

I love you, so much

P.S. - my dad will be taking me to Waco on Friday, and Stuart will be picking me up and bringing me to Dallas. So my transport home will not cost anything.

I'm very grateful for my friends and their graciousness

Dec 4, 2024 at 4:24 PM

You don't have to worry about re-reading all these. I'll send you a summary. It's a lot of updates I want to simplify for you as I have been on calls throughout yesterday afternoon, all through today, and I am still working on it.

Is now a good time to call and see how you're doing ? I do not want to take about Amazon or chargers pls.

*talk

Sure

Yeah, I told you the same thing. I'm a previous text my love.

Ok. I have no doubt you may have - I can't read all those texts. Calling you to see how you are doing ...

Can you give me six minutes?

I'm trying to call one more doctor before it hits five

Sure ! Why don't you call me when you're ready.

OK, thanks babe

**EXHIBIT 7**

Listen Now: The killing of the UnitedHealthcare CEO was a targeted attack, authorities say
one.npr.org

The killing of the UnitedHealthcare CEO was a targeted attack, authorities say
Speaking of UHC ... crazy and awful

Yeah, I watched that on the news today and I'm watching it right now. He was actually assassinated. They even use the silencer

They even used to silenced handgun, which is military piece of equipment, not authorized for civilian use

The Christmas list you sent me was the one that I already had.

I'm looking for that spreadsheet that you had added some notes to. Let me know if you can find it.

Thanks babe

Oh sorry yes. That is not the right thing.

I went in complete my check in for my doctors appointment and despite prior approval through Zocdoc, it didn't quote me my co-pay. It quoted me a higher rate. So I'm having to start over.

Insurance is a fucking nightmare today

McKemie-Ulijasz Christma Open in App



Sending more properly when I get in front of a laptop
Hardcopy was on your desk and on the fridge

Dec 4, 2024 at 10:03 PM

Can I call you to say goodnight ?

Dec 5, 2024 at 4:47 AM

Good morning Jason. Hope you have a good one today and good luck with progress on those stairs ☺ Say hi to your dad for me as well and Kit . tl

**EXHIBIT 7**

Dec 5, 2024 at 11:41 AM

Good Morning My Love. Thank you for the sweet text. I miss you so much.

How did your morning appointment go?

Great. Easy. I'm not his throat to choke anymore how are you feeling

Jumping on call. One more after .... Ashley is totally avoiding me. I know she's in the Dallas office today and I've been pinging her . I am smirking. I will stop now

I bet she is. I can she your smirk now and it makes me smile.

I don't want you to worry about me, but I am in a lot of pain. It's excruciating. The doctor that committed to give me my injection today is not doing it.

I've called his office three times starting at 8:15 and I've been on the phone for the past hour

They won't even see me today. They said my only option was cash pay and the seek reimbursement which they're saying might be $2000.

They said once the insurance kicks in that the rate would be $750 paid by insurance and the other 1250 would be refunded

After an hour of trying to work with them, I communicated that a mimmobilized and I have no choice. They told me he couldn't see me today and it would be next week.

I'm trying to work through it all and I'm on the phone with three different doctors trying to figure this out . I don't even have enough pain medication to last me through Saturday. In the pain medication's, aren't doing anything to really help. I'm in desperate need of this injection.

I'm working as hard as I can baby and I'm trying to do it all through insurance .

I'm just having a really hard time today

On top of that's my dads trying to help and is continually running in circles making it extremely more difficult.

On phone

Ok. I'm so sorry jason. My god. I am really so sorry. I know it's so bad.
With you.

**EXHIBIT 7**

I can take a call anytime the rest of the day. If I don't pick up it's only bc I'm in the parking garage or whatever.

Hi Jason, that was Ashley that I ran into on the way out the door. She was trying to pretend like she had been looking for me. What a dumb dumb. I am texting because I wanted to let you know that there are strange charges coming through on a daily basis again from Apple Pay. It's been about $700 in the last eight weeks and it's almost daily. Let me send you the details and together we can figure out if we have to cancel our cards again.

Sent with Siri

Thank you so much for letting me know. I'll look into it.

I think I have an idea what might be going on there. I signed up for a subscription for an AI service trial that if not canceled would convert to a monthly membership. I canceled my old AI app service and was going to use this one. However, when it converted, they build me for an annual plan. I submitted a request over a week ago, explaining the situation and requesting a refund. However, I didn't receive a response to that. I submitted another request maybe two or three days ago and I informed them that if they didn't get a resolve that I was just gonna calculate my credit card for a reversal.

I'm on it and I will follow up on it later today. If it's not resolved by tomorrow, I'll escalate to the credit card.

Thank you so much for letting me know

Thanks for handling it. But honestly I think something is wrong here. Why would they charge more than once a day and all different weird amounts
I'll send you the charges.

I agree that that's what I'm looking into

Dec 5, 2024 at 3:24 PM

Hey love,

- My shot is confirmed for Saturday, I have confirmed that with the doctor's office as well as with our insurance.

- I have an e-visit with my new PCP at 3:30pm today

- Thanks for letting me know about the Apple charges.

Regarding those: those charges are being made through Apple as an intermediary, so your credit card number was never directly released to entitiy(s) making charges. I've already removed the link btw Apple & our card, so no further charges can be made.

I'm reviewing the charges now. Some are annual subscriptions like $99 for Apple TV and $200 (billed by an AI app named Poe.

EXHIBIT 7

And then there's quite a bunch of smal sorting out too.

I've stopped any further charges and am getting refunds for anything i see not right. If anything remains unresolved, we will then handle by reporting them to your credit card once I've finished sorting it out.

Just want you to know that I've got this and I'll let you know if there's anything I need your help with.

Hope you're having a good afternoon and I'll talk to you a little bit later

Love ya

Ok. $1600 has been billed via Apple Pay since August 18th.
I had $0 for the entire year up until then.
$1226 has been charged in the last month. Basically almost $1000 in 4 weeks is unaccounted for.

Hey, I just got off the call with my doctor there. Do you have a sec?

Sure

I've removed my visa from Apple Pay.
I'm now checking HSA to see if $ was stolen out of that account. That we won't have any help with.

Let me know when you've done the same for the HSA and visa.

Sending a sheet that shows which purchases were mine. Enter in which were yours when I send.

I will call chase tonight and dispute the remainder.

Ok.

I am working through it. I am making calls to insurance and doctor to make sure everything is in order for tomorrow and then I will be back on it.

The cards have been removed from my Apple Pay as well.

Once again, the 4005 Visa card was set up as default card for anything billed through Apple Pay. There is no link to any other card. So it would not be possible that there are any charges on the HSA card. However, it doesn't hurt to check.

I'm working through this as fast as I can. I just gotta get this doctor stuff done first.

Dec 5, 2024 at 6:31 PM

FYI - not only did I remove the Visa and the HSA card, I've also removed all my others as well.

EXHIBIT 7

There are charges that I don't recogniz
many that I do recognize.

These charges are coming from various sources so it's taking me hopping around to identify each one.

But I am working through it.

My aunt just arrived and we are visiting for a minute and about to have dinner.

Here's a summary of charges i have put together so far broken out in what i recognize and what i don't.

These charges were previously billed to my credit card, which I had oversight on. And had the ability to catch them.

Once we moved under this family model, my insight into the Visa card stopped. So I'm glad you caught this.

I'm going to visit with family, then eat dinner, rest my back for a little bit, and then I'm gonna get back on this.



I didn't know if you're aware, but it looks like your notifications have been silenced all day.

IMG_6852.jpg
JPEG Image · 86 KB

Dec 5, 2024 at 9:02 PM

Thinking of you 🤍

How was your night?

I've been visiting with my dad. And honey, it is breaking my heart. His memory is so bad that as soon as we stop talking about a topic, he brings it back up like it's brand new. We literally have gone in a circle about what time we need to leave in the morning no less than 10 times in a row.



I really don't know how my

mom is doing it.

EXHIBIT 7

Makes me really sad. Just a minute ago he told me that we needed to go to Waco tomorrow once again, and I just told him that was right and that I had to go to the bathroom so that I could step away for a minute to take a breath and not cry.

I'm so sad to hear it jason. I'm so sorry. Honey. I want to discuss a different plan with you that would involve me coming down Saturday and bringing you back Sunday.
I will explain.

That's not possible. I have a doctors appointment tomorrow in Dallas at 1:30 PM. I have my injections on Saturday in the afternoon.

There's no options for these here

Fuck. Ok. Calling you ... jason you can't make it to Wisconsin next Friday. It won't work.

Doctor is most important obviously. Calling you

I don't know what is going on right now. If this has to do with those charges, I am working through those.

I am more than happy to have a rational conversation about whatever this is when I get home, but I am not getting into something like this tonight

No it doesn't have to do with charges

There are things I need to discuss with you too. But I will save them till I get home so that we can talk in person.

There's no way you can make it through the airports and fly in 7 days. Even if you feel fine it's too risky . I'll have to go alone next week or we can ask Pam to move Christmas to Christmas. It can't wait until you get home.
I'm trying to make sure we have Christmas together .

Honey, nothing is gonna mess up your Christmas.

The epidural shot that I'm getting in my back builds in strength over 2 to 4 days. It lasts between 3 to 6 months on average, but can last up to a year in some patients.

By Tuesday to Wednesday, I will be off pain medications.

I will, however, continue steroids to reduce the inflammation. However, those have no impact on my cognitive ability or anything otherwise.

In no way would I allow Pam to postpone Christmas. That is not happening.

[illegible] go, then of course I would

EXHIBIT 7

~~have you go without me. I don't wanna~~ Christmas.

But from what I've been told by the doctors as well as by the pain management doctor, my back should not be bothering me by mid next week

She doesn't care. She would rather we just come for Christmas bc she's having it anyway whether we are there on real Christmas or not.
What everyone does care about is if you try to come and we all end up trying to find a hospital in middle of nowhere Mauston.

I can't fly out with you. I leave Tuesday for a biz trip and go straight to Chicago Wednesday night.

Dec 6, 2024 at 7:50 AM

Morning Puddin 🤍

I hope you slept well and are feeling rested.

I got up at six cause I wanted to spend the morning with my dad.

Just want to tell you that I love you, and that I'm really excited to see you today. I really missed you and your voice and especially your laugh.

Have a great day, baby

Dec 6, 2024 at 9:43 AM

Hey , did realize I have yet to say hello. good morning and hope your coffee with your dad was a good cup o Joe

Thanks honey. Hope your day's off to a good start.

Dec 6, 2024 at 1:43 PM

You look great. Hope you feel good too

Seems like it

Thanks baby. You look stunning today. And I love you so much.

I'm pulling in here. Best of luck on all your calls. You got this babe. You're a warrior, and I'm so proud of you.

Dec 6, 2024 at 4:20 PM

Hey babe, are you gonna call or can I give you a ring?

Runnnjng

Ok

**EXHIBIT 7**

Enjoy your fun

Nothing urgent

20 mins ?

Yeah, sure. No rush

Screenshot 2024-12-06 at 4.55.16 PM.jpeg
JPEG Image · 247 KB

Dec 6, 2024 at 7:05 PM

On my way home. Omg I love that appointment. It's the only nap I ever take now and I love it on Friday.

I'm so glad you enjoyed it

I'll see you soon

Dec 6, 2024 at 10:36 PM

Almost almost done. I'll be right there. I promise.

Dec 7, 2024 at 12:43 PM

How is it going ? I'm going to call you to see how you're doing. You don't have to pick up if you don't want to.

Running a few errands. I'm here and totally available if you need me, Jason.

Hey babe.

Thanks for the text. That was really sweet and thoughtful & it really meant a lot to me. It gave me a huge feeling of relief, and made me feel peaceful, and you texted at the perfect time.

I'm finishing up here and I'll give you a ring when I'm on my way back.

Shouldn't be long

Love you, babe

Hi... ok ! Thx for the update

I'm at the tailor , literally next to Braum's and right behind our house. I'll be here about a half hour. Let me know if you need help and I can easily just finish here tomorrow. Ok ??

Hey babe, I'm almost home

EXHIBIT 7

When you get done with the Taylor , a while or do you have more errands or appointments today?

No pressure or anything just let me know if you'll be free like 4 to 7 or something roughly like that

I need to do about 2-3 hours of work. I can do it when I get home or after 7?
Paying and leaving in a minute...

OK cool. I'll see you in just a little bit.

Dec 8, 2024 at 1:34 PM




There's only 1 thing on this whole tree that doesn't resonate hugely. Sending along as you had interest. Xoxo

Thx

Really appreciate it

Dec 8, 2024 at 6:01 PM

It breaks my heart , truly , to hear you say you don't matter to me. You matter more than anyone in my life and so does this relationship.
I am late and haven't yet found the place. I can always communicate better. I only wanted to be on time.

Dec 8, 2024 at 7:38 AM

**EXHIBIT 7**





Oh. My god.

That's freaking hysterical



Thank you for agreeing to take the steps that I've asked. That really means a lot to me.

I'm sorry our exchanged this morning wasn't a healthy one. And I apologize for becoming frustrated. I acknowledge my words, tone and volume were not appropriate.

I accept responsibility for my part

Hope you have a good day

Calling me a cuntbag is not okay. This has happened many time. Thank you for your apology. I'd like to not be called bitch , cunt, and cuntbag names any more. Thank you.

When you say this has been happening many times that is outright false.

That is not a word that comes to my m

**EXHIBIT 7**

I have ever used previously

I did previously state how your behaviors are presented to me. And your words were that I was calling you a "Cunt Bag". Which I never did.

I simply repeated your words back to you when you were dismissive, when you refuse to acknowledge your treatment of me yesterday, and you, when you treated me with indifference and dismissiveness. Those were your words, not mine.

However, I do agree with you, that that was inappropriate, rude, and hurtful.

so once again, I will own my part and take responsibility for my words and actions. It's the healthy thing to do, for me and us

You have my deepest apologies for using that word

Dec 9, 2024 at 2:20 PM

Hey ! Have a great call ☺

Thanks!

That's very kind of you.

Dec 9, 2024 at 3:54 PM

Taking Katie for a spin around the block before my 4:30

Hold one Dec

Dec 9, 2024 at 5:34 PM

Leaving in like 7-10 mins for yoga . Planning on 7:15 chatting. I'll be up real late tonight for work stuff and packing . Just fyi

I love those ideas for Dominique! I also think that if we don't find something at a reasonable cost pretty quickly she isn't somebody. I want to spend a lot of time on :-) we just go with the cozy earth pajamas. Thanks so much for all those great ideas.

Sent with Siri

Sorry, I butt dialed ya

But you give me a call whenever you're done

Hope you enjoyed yoga

Dec 9, 2024 at 7:59 PM

You win Gwen

get your stuff done tonight.

Good luck.

**EXHIBIT 7**

That is best.

Where would you like Katie to stay?

We can't go on like this. It's awful for both of us. I don't know what to do jason. I really don't. Let's say for arguments sake I need to take hormones. Do you really think that's going solve everything? It's not. I had the same concern when you told me I needed to get back on SSRIs, and go to in person meetings , and then get a real sponsor. It's bigger than that.

So what should we do . We cannot not have every day like this.

Dec 9, 2024 at 9:51 PM

Gwen,

Thank you for listening. I've been carrying this a long time a very long time.

Well, I appreciate your kind words, I simply don't believe you.

Maybe you are sad, but it's definitely not because I expressed the truth, which is that:

- you don't love me anymore

- you've given up on us

- you hate everything about me

And that I have no choice but to find a way to stop loving you.

I say this with all due respect that your words are meaningless to me now.

It's up to you to show me. Prove it.

I hope you get your stuff done

Good night

Dec 10, 2024 at 12:08 AM

I'm in bed . Just letting you know. I'm having some trouble focusing and will get up early tomorrow.

Understood. Sleep tight.

Dec 10, 2024 at 5:15 AM

About your Meeting those morning:





a the terminal before your

EXHIBIT 7

flight with Kenneth & the USAA accour
long time to get to this, and i'm sure people in that meeting will likely not respond favorable to Kenneth's message & directions. (If (Kenneth) clearly conveys those things which he told you he would.)

There might be some fallout. It won't fix everything. And Ashley and Steve might continue to run interference. But try not to worry about that. I'm certain you will shape your words in a very strategic & professional way.

So, whatever the outcome is, just rest assured that any hurdles or obstacles which might follow this meeting have nothing to do with you. No matter how perfectly you convey your message, those outcomes would've still been there.

IMO, This meeting is a critical piece for you to be able to deliver upon your objectives.

So congrats, and I'm proud of you, for all the steps it took to make this meeting happen.

So again, just take a deep breath, and be yourself. You're gonna do great. You're an amazing businesswoman, so just breathe deep and be yourself and you're gonna do fantastic.

I would really love to know if it went well or not. I do care, and I do desire to know how it goes so I would love it if you could send me a text msg, or even something as simple as or .

But no pressure at all. I know you'll be moving fast this morning.

Take care of yourself Gwen. I am sending you vibes of support and peace, as well as my deepest wishes for this to be a really productive meeting.

Have a great trip and I'll talk to you soon.

P.S. - FYI, this might be a good one to get on PLAUD. That way when you draft your announcement email you can make sure that Kenneth's message is precisely conveyed in the words he uses.
PLAUD might also help you stay focused & present, without having to write everything down in an airport. Just a thought.

I'll do my best. I'm pretty sleepless and puked. I have turned it over.

It would be nice to know what your surgery is. I'll be in the air right when you go in.

I can totally relate. I couldn't fall asleep till around 5:30. I don't want either of us to feel the way we do this morning.

I gotta be out the door in 20 minutes, so I'm rushing as well as I'm trying to coordinate someone to be there when I
hink I got it covered.

**EXHIBIT 7**

Thanks for asking, and I'll message you when possible

Dec 10, 2024 at 10:08 AM

Jason , Liz pinged me and asked about your surgery. I don't know what is going on.

Jason you have used a serious health situation to manipulate me this morning and gain attention and sympathy. You are my husband and I am your wife. In a functional relationship you would have told me what was going on , instead of taunted me to ask you differently while I was walking out the door.

We don't need to talk tonight but we do need to talk. This is not okay. I don't even know where you are or the seriousness. I don't know if Katie has a backup plan in case a delay happened.

I understand Barry will pick you up. I've given Liz the door code in case you are delayed and she needs someone. We need to talk.

The first thing to note is that there is a discussion about surgery today, but nothing was confirmed until I have 8:15 AM this morning.

Gwen, I mentioned over and over that I was having surgery this week. I have tried to communicate the details to you repetitively what is going on, but you did not want to hear it. I even said, "if you really me care about me, then please ask about my surgery." Your reply was a sarcastic remark,: "Have you asked me about my CPTSD?" And you had no desire to hear anymore.

It is not my responsibility to tie you down and force you to listen to me. I asked you for 30 seconds or less than three times in the last two days. I had everything written out to share with you, and when I initially asked for 30 seconds you said "I have yoga in 30 minutes and it's important that you're early, so I don't have time." Then I convey that it's important and it would only take a second, and you replied "it's never 30 seconds I gotta go".

You are not a victim here. The fact that you do not have a reply for Liz is not my fault. I tried desperately, many times, to share that information with you, and you made it clear that you had no time nor interest in hearing it.

So I'm focusing on myself, just like you asked. I have another local emergency contact. I have someone that's gonna be waiting for me in the waiting room. I have a ride, confirmed home. I've taken care of everything. There's nothing for you worry about.

You are not a victim here. You were never manipulated. That's not only untrue. It's ridiculous to suggest such a thing.

If you feel embarrassed or irritated that you don't know to ask yourself what you

EXHIBIT 7

could've done different to not be in thi: me, after my repeated attempts to try to share it with you over days, even more directly asking you to listen to what I have to share about my surgery, is absurd and lacks any self-awareness whatsoever. The truth is, I don't think you really do care about knowing the details of what's going on with me today. I think you're just embarrassed that you don't know how to respond to these texts. And that that embarrassment is the only thing that you're upset about, so you'll attack and blame me for it.

And yes, Katie has back up plans. Every detail has been taken care of.

I never did anything to gain sympathy from you. I didn't even have confirmation of the details until just before you were walking out the door.

You also had every ability to ask me about the surgery this morning when I brought it up. I could've told you it and 30 to 45 seconds, but you walked out the door.

Take responsibility Gwen. Whatever feelings you are having are your own. Quit paying narratives like you're some victim.

You're right that they are is a major problem. I've been saying that for months. And it's one that can be easily addressed and would have an incredibly beautiful result.

You are not a victim

There's nothing I could've done more

Where I made many many attempts to share with you the possibility of this, I didn't have confirmation till this morning

Everything is under control. Just focus on your work.

As you instructed me, I'm focusing on me , please do the same

There is absolutely nothing for you to do. I am taking care of me. I do not need your help, but I wanted you to be aware which is why I tried so many times. I even got so frustrated. I teared up, of which you mocked me for it.

Like we said last night, let's take these few days and focus solely on ourselves giving each other time to calm down, focus on those tasks in front of us, process through any hurt, and come together this weekend in a loving way.

Hope your meeting went well

Dec 10, 2024 at 2:17 PM

Hi , thanks and I'm glad you're surgery did also

**EXHIBIT 7**

Hi jason. I'm really tired and I bet you are as well. I'm at the courtyard Marriott in the Med Center in San Antonio , room 342.
I'm also really sad about us. Just in general. It feels different than other times.
I'm lights out. Goodnight.

We have every ability to change things.

Goodnight Gwen.

Dec 11, 2024 at 7:00 AM

Morning babe

I hope you slept well, I know you had to be tired.

I'm sorry that you weren't in the loop on the surgery details. I want you to know that after I thought about it, despite my attempts to communicate it, I should've found a way to get you those details so that you knew every detail was taken care of. Because it was. So I'm sorry if that made your morning stressful, there was no intention of that whatsoever.

I also want you to know that I wasn't trying to avoid you yesterday afternoon. I knew you were gonna have a heavy day, and my day turned out a lot longer than I expected it would as well.

I actually got some really great news yesterday and I wanted to call you so bad. It was crazy hard not to. But I thought it would be best wanted to honor our commitment to each other to breathe and give each other some space, possibly touch base at night, and come together to make it a beautiful weekend.

Yesterday afternoon, I got a call from Sennheiser!! I spoke to an HR director they've invited me to interview for the Dir of channel mgmt role over the southwest. I was absolutely elated. She said they liked the "energy" of my bio and résumé. Maybe it was the links??

I was hoping to tell you last night, but when I got your text that you were sad and that it was lights out for you, I didn't want to force it or steal some of the joy from the moment if you weren't in a place to share that with me. And, I hope you received my reply to your text as one of Love and Hope, because that's how I meant it. We do have every ability to change things. And I believe we can.

I never should've said that I should start trying to stop loving you. I was really hurting when I said that, but that's the last thing I ever wanna do. I love you with every part of me, and we can get through this. Some of the most difficult of times can yield the most powerful partnerships. And that's what I want for us.

I want you to know that I'm in a place of peace. I actually pretty damn good this morning, despite not sleeping

**EXHIBIT 7**

I'm not hurt. I'm not mad. And I don't need you to give me any assurances of our love. That can come overtime. I just can't wait to see you, and if you're up for it, I would love to give you a big hug if you're still coming back through Dallas today???

This morning, I have my initial consultation with an ADHD therapist that was formally at the Sachs Institute. He's in private practice now. I'm curious to see what he has to say, and I hope I like him.

Later this afternoon at 4 PM, I have my second interview, which is the follow up from Monday's interview, of which I had to finish several assessments for last night, which kept me up later than usual. They were not easy questions.

Oh yeah, I wanted you to know that I took care of Dominque's gift and I think she'll love it. I had to move fast and not only did I snatch it, I got a great deal on it. Looking forward to showing it to you.

I've also scheduled a pick up for today for the gun case that I've been wanting to give your dad. I think he will love it and I'm excited to give it to him. I really do like your dad a lot.

And lastly, I put together a really special night for us on Thursday night. I started putting it together Monday night after we talked and you said taking care of the hotel would be helpful. Don't worry, we don't have to be anywhere at any certain time or anything. Whenever we get to the hotel will work. It's all arranged.

Anyway, just know that I love you Gwen.

You're my Puddin'

Have a good morning and talk to you soon

Oh, and let me know if/when you'll be coming through Big D

That's terrific. Truly I'm so happy for you.
Jason the impact of how we function has been huge. I've seen it in how tired I am this morning from the emotional roller coaster we put ourselves on together and the insanity of how we are functioning.
I am exhausted and totally unprepared for my meetings again today. For me, I am actually 'not making it ' in this job , in large part bc of the situation we have created for ourselves at home. I don't have the ability to take care of myself and show up.
I'm land at 3:45 and I'm not sure I'm going to Chicago. I'm too far behind on prepping for meeting that matter internally to announce and assert my presence in the client relationship. Basically my week has fallen apart
We are not having Christmas this weekend. Carol broke her ankle , and honestly I am just able to show with you as a couple right now. I am defeated and devastated.

I cancelled the flights. I need

**EXHIBIT 7**

anyway to work from WI and take a break. The breathing room yesterday was not breathing room. It was a tornado or chaos and I'm concerned about my day and my health.

Pam is aware we are not coming bc there are issues with us. No one else knows anything nor will they. I need a break - like I said before.

You can mail the gifts. I've told everyone with enthusiasm and at length how creative they are and how loving and wonderful it is that you searched and thought and choose them.

I'm devastated too. The impact on me has been immeasurable as well. So I can totally relate. I'm sorry to hear about Carol's ankle. \

I'm going to focus on taking an hour to prepare what I can and try to skate through in a shitty way this morning and helpfully clean it up when I come in January.

*hopefully.
I won't be answering calls or texts. I need to try to focus with the time I have left, which I was unable to do yesterday. See you at the house later.

Ok. Good luck

Dec 11, 2024 at 1:26 PM

Hi , I have additional meetings that came onboard. I have to take as many as I can get. I'll be taking 1 more night and coming home tomorrow . I should be back at the house by 6:30.
If I have the energy I may go straight to my women's meeting 7-8pm.

Dec 11, 2024 at 3:08 PM

OK babe. Hope your meetings go well.

Thinking of you

Dec 11, 2024 at 7:00 PM

I'm at AA mtg. Maybe we can talk later tonight ?

Sure. I am going to run an errand here in a bit. Have a good meeting.

Maybe 9:30? Just picking up some dinner

On phone. 1 sec

Dec 12, 2024 at 9:03 AM

Hi jason. Hope you are as ok

EXHIBIT 7

I made a commitment to you to be with you and your family for Christmas , and I love them and you very much. I would be heartbroken not to be with you - and also i don't want to pretend things are okay in front of them. Somehow that seems equally heartbreaking and at risk for failure. I don't see a clear right path.

Can you let me know your feelings? I'm not sure how you're viewing the holiday right now , but can you let me know your thoughts - just in brief , and sometime today - so I can plan how much to pack etc.

I fucking hate this. I had to ask. Thank you for any insight on your thoughts.

10:03
◂ Zoom
5G

72166

Chase Fraud: We declined $30,870.30 with card ending 4005 at PAYPAL *HALCYON1992.

Was this you? Reply YES or NO.

If yes, you will not be charged unless the purchase is attempted again. If no, we will close your current card and send you a new one that you should receive in 5 to 7 business days. Msg & data rates may apply.

Chase Fraud: Thank you, we will close your card and send you a new one that you should receive in 5 to 7 business days.

If you recognize all the other charges, you don't need to do anything else.

If you see other charges that aren't yours, please call us using the number on the back of your card.

In a client mtg. The meta was fraud I guess

IMG_6779.PNG
PNG Image · 215 KB

Hi, can you pls tell me in light of the fraud charges if this was you. I assume yes.

Jason , pls pls let me know for certain that the retainer charge $5250 to Webb law w

**EXHIBIT 7**

Yes. That's was me

Met with an attorney yesterday and I'm following guidance.

Jason we need to talk please. I had to cancel that and American Airlines as fraud. I don't know what is going on.

If you want an attorney ok but I can't have fraud and then you're not answering me on these other charges.

All you had to do is ask me about the American Airlines. That was days ago. I noticed when you left for your trip that I didn't have a ticket to Madison so I got one because we were supposed to be going together. I thought we forgot to get one so I bought one since there was only one ticket left

Well that charge just came through today. So I didn't know.

Yeah, I would appreciate it if you would re-authorize the retainer for the attorney. I do want an attorney and that's the retainer.

Well, I definitely did not do an American Airlines today.

Ok. Thx for letting me know. The visa is cancelled bc of fraud that came through again via apple pay and pay pal. There was like $80k and 3 separate charges pending that we caught and declined.
We have to stay in open communication.

That was when you left and I thought we just didn't get me one yet.

When you told me P over I canceled the ticket

When you told me the trip was over, I canceled the ticket and we got a credit back. You can see that those came yesterday here.

American Airlines — Yesterday
Trip Cancellation
...American Airlines home] <http://link.i...

American Airlines — Yesterday
Your Trip Credit
...American Airlines home] <http://link.i...

I wasn't not responding to you. I was tied up talking to an attorney.

The credit back on American is yours and stays in your name. It would be easier if we can talk

**EXHIBIT 7**

I just want to know what you want. I would assume from $5K that's a divorce and not a post nup.

I have a half hour meeting starting.

I'm sure I could transfer a credit. Definitely wasn't any intention of trying to get an American Airlines credit.

It covers either potential outcome.

But that is correct that is their divorce retainer

$80,000 was definitely not attempted to be secured. Nothing remotely like that.

We can talk whenever you get a break.

I'm concerned about your health insurance coverage.

I see you drained the joint checking account. Okay. I'm not going to get upset about it. I know you probably got that advice and it would have been the first thing done

I'm concerned about bouncing bills.

I will call you in 2 mins if that is ok.

yeah, let's talk. Whole thing sucks. Just let me know when you can.

12:08 5G

Good afternoon

December 12, 2024

Snapshot 1 min read

credit score

Accounts

Bank accounts (2)

SAPPHIRE CHECKING (...3898)

$10,442.76

Available balance

TOTAL CHECKING (...6893)

$2,018.80

Available balance

Credit cards (1)

Sapphire Reserve (

[redacted]

EXHIBIT 7

$5k we need for rent. $5k I need bc Accenture pulls all my business expenses straight out of my checking account . They do not pay my corp Amex card directly. You can look that policy up a Glassdoor forum or something if you need confirmation or I'll send a screenshot
Also our debt left on Sofi loan that we used for paying the wedding is pulled from my personal checking accoun. $2800 a month.

If you want me to prepay January rent right now , if that would make you feel safer I will do it . You can let me know.

Just focus on your work right now and what you gotta do. We'll figure it out.

Ok. Ok. On the Apple Pay - something is really wrong. Somehow the new chase card had new fraud start immediately. For now can we pls not attach any card to Apple Pay. Idk what is going on there.

Your mom's ring and necklace she gave to me would absolutely go back to you. It is so important to me that they do. I just wanted to let you know that if it comes to that.

There should not be any of those coming through. I don't even have that card in my phone.

Thank you. Just really try to focus on your work right now. I'm just trying to catch my breath.

I will behave this way on all matters no matter what happens. I cannot live with myself if I'm vindictive. I just have to do the next right thing as a person trying to keep integrity.

Please please talk to me jason. Ok ?

I am packing up quickly here in the room and heading out soon.

Ok. Sounds good.

$82 on eBay ? That was the other o wasn't sure

Dominique's gift

Ok thx. That charge already had gone through, so unlike the attorney retainer and the airline ticket. They said that I could call them back and let them know about that one this afternoon. Thank you.

Sure. If you see anything else, just let me know.

Idk if I should pack for two weeks or not? I think yes ? I
guess I'll just do that so long

EXHIBIT 7

guess I'll just do that so long as we are spinning a little and
we can talk tomorrow or this weekend.
Or if you have a decision already for Christmas you can let me know.

Sorry for all the texts I'll just shut up now.

I just got this

I'm sorry,I don't know how to answer your question. My heart and mind her in two different places.

I understand. Same.

Gwen, I shouldn't have committed to leave the house today. I'm broken. Physically, mentally, and emotionally. My back is in so much pain. I'm really having a tough time. And I've been told not to leave the house as well.

You are more than welcome to come here, shower, change clothes, get a suitcase together, and whatever else you might need. Katie's here and I know she's dying to see you. But my request would be that you could find a hotel for tonight. I'm really hurting and I just need to lay down and be still and try to relax. I'm about to run over to the CVS because my doctor just called me and some more pain meds.

And you're more than welcome to take Katie if you want to. She's missed you a ton. So I know she'd love a night with you. And if you need me to come grab her tomorrow or something like that to watch her whether it's one week or two weeks, that's totally fine too. I love her and I'd take real good care of her. But she's definitely your dog. So it's whatever you want for her.

I'm sure this sucks to hear after traveling all week. But I am absolutely destroyed, and I'm so wrecked mentally and emotionally. I just need to follow instructions right now. Stuart's even driving by here in a little bit check on me.

I hate doing this. But honestly, I don't have the energy, or even really the ability to get in a car and ride somewhere with my back like this. The only reason I'm driving across the street CVS is for those meds.

I hope you have a safe flight and sorry about this

Dec 12, 2024 at 6:27 PM

Ok I understand. I don't know I can manage a hotel jason. I have to work tonight and be packed to leave by noon. I just honestly don't know I can turn myself around fast enough. I will see what I can do. On the hotel - we really have no money jason. My next paycheck is spoken for. It's all just going on a credit card.
Again let me see what I can do.

Hey, just do what you Gotta do and come here when you gotta come here. It will all work out.

EXHIBIT 7

Text Message • SMS

Ok I understand. I don't know I can manage a hotel jason. I have to work tonight and be packed to leave by noon. I just honestly don't know I can turn myself around fast enough. I will see what I can do. On the hotel - we really have no money jason. My next paycheck is spoken for. It's all just going on a credit card.
Again let me see what I can do.

iMessage

I definitely can sleep on the floor in my office. With a hotel - I won't be done prepping work stuff , printing some materials , until late, and I have a 8am meeting. I understand you can't leave.
I'm really truly sorry you are in pain jason. I am. I won't approach you to talk.

That won't be necessary.

Thank you

It will be OK and you don't have to avoid me or anything. It's not like that. I'm not angry. Definitely not vengeful or anything like that. Actually, I'm pretty embarrassed about the whole thing and...

I'm, I'm just really sorry I made your day so fucked

Ok. Well I will give you a lot of space. I don't mind sleeping on the air mattress. I think I know where it is.
I assume Stuart has some idea about what's going on , yes ? Just want to be aware

Found out I can have you on my healthcare through cobra for 6 months. In case.

That's really kind of you. But don't worry about that right now. Just focus on your work, all that shit will work out.

Stuart knows that we're having a tough time

Ok

Dec 12, 2024 at 8:46 PM

I'm just packing for WI up here. Just letting you know. It'll take me another 30-45 mins or so. Then I'll just be working. I'll sleep in my office. It's fine.

Dec 12, 2024 at 11:07 PM

I came upstairs to get my pillow & saw that you had gotten yours.

I'm sleeping on the couch. I already have my CPAP do

97 of 127

EXHIBIT 7

Go on up to bed when you're able to wrap up.

Jason ... I'm really concerned about you sleeping on the couch with your back. I'm up at 6:00am and I don't want to wake you. Pls sleep in the bed. But it's up to you.

I'm sure. It's all yours. Might make your morning faster too.

Dec 13, 2024 at 1:01 PM

Send the link and I'll do it in the next 30 mins

Thank you Gwen for agreeing to make this payment today. I don't feel safe or even Informed of various options, including those you've suggested.

I want you to know that it really meant a lot to me yesterday when you were so understanding about everything, and told me that if that's what I needed to feel comfortable; that you would immediately make that payment.

I feel lost, hurt, confused, and financially isolated. I sincerely appreciate you making this payment for a retainer. I just want to get some guidance as well as options, and it's my desire to find something that would work for both of us which provides some avenue for us to work together to heal and regain each other's trust. But also want a retainer made. They can provide assistance and guidance in whatever may be needed, for whatever various come.

Once again, I asked for a reduction of retainer and they dropped it from $5750 down to $5000

Please list my name on the form so they know it's from me.

LawPay
secure.lawpay.com

Please send me a screenshot of the receipt when complete

Also have an email on drafting to cover a number of little details that we have in been able to have time to talk about some various other little things that need to be taken care of. I'll try to get out here shortly.

Despite all of this, I do hope you have a good trip. I hope that you're able to get some rest, get caught up with work, spend time with family, etc.

So what's the plan for you early next week you said that you're going to Madison you were gonna be staying there a week and you were really excited about it but now you're going on Monday to New York for this gala that Ashlee dumped on you.

...ally suck. I know you're

EXHIBIT 7

and by the way, that's gonna really suc
really looking forward to spending time having to ditch family to go do that he's gonna be kind of a bummer.

I was just curious what you're playing was after that. Are you going back to Madison after that are you cutting Madison short going to New York and then come back here?

Ok. I'm just sitting here a minute. Sick. Give me like 2 mins pls.

Ok. Doing now.


1:25

WEBB FAMILY LAW FIRM, P.C.

Payment Receipt $5,000.00

Payment Summary

I can relate Gwen. I've been destroyed over this, completely devastated.

Hearing that you told your mother that, really felt like a dagger right in the heart. I am deeply sad and quite literally blowing my eyes out right now.

I just wanted to talk to this attorney and see what options there are and get some guidance. And I'm looking for things with a potentially positive outcomes, but I also want to understand all potential outcome so I'm not caught off guard anymore. It's just tearing me apart to hear these things as a surprise.

Again, just thanks for making the payment. I want to be on this appointment.

Thank you. Have a good trip.

I just don't think you have any idea how bad this hurts for me right now. How sad it makes me. And how much I freaking miss you.

Anyway, travel safe

Edited

I was typing a reply but I actually really feel car sick from that ride. I'm going to check

minutes.

**EXHIBIT 7**

I don't have an attorney. I won't have one until Monday maybe Tuesday. I can't manage my job and find an attorney. Also my work email is fucked bc apparently Accenture has one of their global servers down. It's been for the last day. So yes I need my Mac. Like 20% of the company is affected which is insane that it's still going on.




Here's proof. I freaking have to ask Ashley for people's cell phone numbers.

I understand that and that's fine. We don't have to have one on the same day.

I did find one, and I have had an initial consultation and then a 30 minute discussion.

Today will supposedly have a little more time to explore Various options, what they look like, what they entail, etc.

The thing I like about him is, he's not someone that appears in any way like motivated to get people divorced. He actually asked a lot of questions regarding options that were geared towards giving the marriage the best shot possible before other options. I'm not making any interpretations of what your thoughts are in that matter, nor am I making decisions on what those things may be.

But for me, and where my heart is at, such an approach feels mature, healthy, and hopeful. And my God I need that so bad right now.

I also want you to know that I'm not meeting with this attorney to be nasty or anything like that. I don't wanna do anything destructive.
The reason I have so hurt right now, it's because I know all too well for the moment parents are involved, especially elderly parents, damage control becomes almost impossible

They never forget it

The irony is is I'm telling my mom this morning how I'm so proud of how hard you're attacking this new job you're

bout our serious problems.

**EXHIBIT 7**

Where I was on the fence, I do not think it's a good idea for you to join my family for Christmas this year. I only would've felt comfortable with that would be on the contingency that we not taint family perceptions until we had an opportunity to discuss various options with an attorney, as well as discuss if there was an opportunity for couples therapy or something like that.

Since we're way past that, it's just gonna make Christmas really fucking awkward

Dec 13, 2024 at 2:47 PM

I'm on board and just reading all of this.

Maybe I needed to hear that today. Actually no, I definitely needed to hear that today.

Hopefulness, and optimism, are making things so much harder on me. They have done nothing other than provide false hope. And false hope his only lead to exponentially more painful experiences and disappointments.

I'm not saying this to hurt you and I'm not saying this to blame you. But I seriously got to fucking wake up, and I think I finally did.

You quit on us a while back. At least trying. And I know that made you sad as it should. It will make both of us sad naturally. And I think that sadness has manifested in all of this rage, hatefulness, cruelty, excuses, and victim syndrome.

And beyond the behavior, the LIES AND MANIPULATION have reached a level that I truly do not know who you are as a person anymore. I told you I was gonna forgive you for those and move forward because I wanted us to try a healthy path.

Well, I think that should change now. You asked for proof, I'm just gonna start sending it all over. And why don't I take a card out of your playbook and just do it the most destructive way possible and include family.

See the difference between you and me, is that I wouldn't do it so consider yourself really lucky. And I wouldn't include family not to protect you, I would not include family because I i'm not a self-serving person seeking emotional validation out of the elderly for their own comfort.

For a woman that has an excuse and a rationality for absolutely everything; it ain't gonna work this time. And you're gonna have no choice but to do some serious fucking self reflecting.

I hate speaking that way. I'm not proud of myself right now. And I'm certain that an amends will be warranted one day, but it ain't today.

**EXHIBIT 7**

I read the above. I'm getting off the plane and Pam is picking me up with the kids in the car. I am not ignoring you. I want to be present for my family.

I've not been able to read through everything - just some things.

I wanted to let you know , bc of what you have endured in the past with Jennifer , that under no circumstances will I reach out to your friends or family or anyone you know.

I'm thinking through what you may want to know ...

I called Liz about 3-4 weeks back and I was desperate and hysterical. The word hysterical does apply there. This was when I could not understand about the hygiene situation or why we were not making plans with your friends and at home all the time.

It was different than the soft couple questions I asked your mom. I told your mom nothing. I just asked about the late night habits and how I could
Help us be on time or whatever.

Liz didn't betray your trust Jason. She listened and asked how she could
Help. I told her a week or so later when she texted me to check in that it wouldn't be a good idea for her and I to talk. I told her that if you needed her and tried to connect that I wanted to make sure you felt safe to do so. Ask her.

Pam is here and I'm with the kids now.

Dec 13, 2024 at 8:37 PM

Cool. Thanks for letting me know.

Dec 13, 2024 at 8:57 PM
You started sharing location with .

It says I stopped sharing location with you. I didn't do that. Just wanted to let you know.
My mom and dad and Tom and Carol asked about your parents and how they are . Everyone asked about your back and wanted to know how you are doing.

Dec 14, 2024 at 7:27 AM



**EXHIBIT 7**

Just letting you know when people reach out



Just sending you what I've communicated after she checked in again.



Here. This was shitty of me.
Im looking for other shitty texts in the spirit of being honest .

3 of 4 times in the last 4-5 months when either I thought you needed an ambulance (like when you were saying you were blind and walking in circles ) , or we actually called one ... it was drug -related. It happened again the night before last. You were fucked up so much on your meds that you couldn't understand what I was saying to you at one point.

Your behavior and treatment of yourself makes me sad and frustrated. At times I have absolutely not handled it in the right way.

I have grown frustrated with how your choices affect me . I think I owe it to you to express how much resentment I hold around the Costa situation and the fatigue I felt from it in its entirety , ending with your back issues at that time, and then the massive amount of returns when we arrived home.

EXHIBIT 7

when you overbought for Costa and then brought all the tech stuff and all that shit we didn't need from Walmart up the stairs - I kept asking you if we could leave some of it in the car. No. The. I asked you then if I could please please help with the suitcases. No.

Everything snowballs. I'm tired jason. When you don't take care of yourself it affects everyone around you.

That said I deeply regret sending the text above. The truth is that I now understand that we don't know if that caused the issue you have today. It caused an issue with your back then , but it was unfair of me to say something as if I knew 100% when I didnt. It was disloyal to you as my husband and judgmental of your lifestyle. However you want to live you absolutely have the right to live. I have no right to judge and certainly not to spray my opinion on it to my family. It was wrong of me and I deeply regret it.

Dec 14, 2024 at 8:45 PM

Hey jason. Are you ok ? It looks like you have yet to open my text. Can you please let me know ? All I'm looking for is to hear you're ok. That's all ... pls ?

Dec 15, 2024 at 2:59 AM

Gwen

Talked to Forrest & Gil, as well as the Fire Dept, and now the police. Please communicate to any other people which you have called or texted that I am totally fine and Katie is as well.

Your notifications have been silenced, and I turned off read receipts.



She's totally fine! For you to check on me would be odd so I bet your panic was probably over her. So rest assured she is totally fine.

I am processing through everything that has taken place over the past 5 months or so. And especially what's happened over the past few days.





:iously beat me down, and

**EXHIBIT 7**

lled to me so much, that it's really hard that in such a short amount of time.

There was nothing I could ever do that was good enough. Absolutely everything I did was wrong. And you brutally punished me almost daily for mistakes that happened 5 months to a year ago.

There was no amount of apologies that were good enough. It didn't matter that that mistakes never occurred again, there were no words, texts or letters that I could write taking ownership of those mistakes, listing out all the ways that I knew that mistake had affected you, nor tears that I could cry to you in shame and guilt that would satiate your need to punish me for them.

That night on the couch when we had that beautiful connecting conversation I told you that nothing gets to me more than when I come to you over and over telling you we need do something by a certain date and you blow me off and blow me off and then it comes down to the event or holiday and it turns to absolute chaos trying to make everything come together, and then, you attack me for the chaos you created.

The Christmas presents this year were the same thing all over again. And even when I am able to hit home run after home run at the last second trying to make sure your family has a great Christmas, you never apologized for putting us in that situation again, never said thanks for pulling those things together at the last second, you won't even LOOK at what the gifts were.

Your words and treatment of me has been nothing less than wicked. Creating absolute chaos constantly and then blaming me for it. Screaming at me and constantly telling me I have Autism, Asperger's or OCD so much that I went and completed assessments for each of those just to prove to you that I didn't suffer from any such disorder.

You are constantly dumping stuff on me to handle, and I will make a list of them and I'll work my ass off knocking each one by one, and then when I come to you asking for 30 seconds to look at the list so I can catch you up on where I am at, you won't give me 30 seconds of time to go over the list. And then after refusing to even look at what all has been done, you yell at me saying "what the hell have you done all day, what are you doing for me for all this time". I can't win.

The lengths and efforts I have made in taking better control over my ADHD doesn't matter to you.

After learning of the numerous product issues w/ ATI recently from my meeting with AcuteCare, to then coming up with a new concept and putting those things in place so that I could generate income quickly, while at the same time applying for W2 jobs constantly in an attempt to bring in money as quickly as possible didn't matter to you.

When I got back from Bryan after being Hospitalized for ... asked how I was doing, and

you made sure I wouldn't have any cha **EXHIBIT 7**
for even 30 min by dumping so much shit on me to do that I would be going all day. And then you would refuse to talk to me or even look at a list of everything done.

I came to you 7 times trying to tell you the details of my back surgery, and you would not listen. You did not care. I told you 3 times over 4 days that it was no longer a procedure, it was a surgery, and that I wanted to go over the details with you, and you would not listen. You never had time. And after I take care of every last detail involved to make sure I, and Katie, are completely taken care of; and that my back surgery in no way could affect your day in any way; and then you send me a scathing text ripping into me when I am coming out of surgery saying I MANIPULATED you that morning for sympathy by telling you it was a surgery right before you left after you had been told 3 times over 4 days that it was a surgery and refused to hear the details.

I pay a retainer for a family law attorney, you text me asking if it was a legitimate charge, I confirm it is, and you then report that charge as fraud? I get calling to cancel the card to stop charges you might be unaware of, but that transaction was processed and completed already, and I told you it was legitimate, but you still reported it as fraud anyway.

Being so cruel to me in the morning, screaming at me as I am opening my eyes so much that I literally have to begin writing you letters at night and putting them in the bathroom and on your nightstand begging you to please just give me 20min in the morning before you start attacking me. That you could do it after that, but to just to grant me those 20 minutes. WTF!

You have refused to go through, or even ask about, the household expenses and groceries that have gone on my credit cards for months so they're climbing, while at the same time I am trying to stretch my cash so long that I go sell plasma to cover an expense because I would rather do that for 3 hours than to ask you for money.

Changing my schedule so that we can go to bed together at the same time each night doesn't matter to you.

I could go on and on.

You're absolutely right. There's something very very wrong.

I have begged you to get your serotonin checked for 5 months. I have written letters and poured my heart out in tears absolutely begging you to get your meds checked after coming off them so rapidly and communicating to you that no amount of yoga, aa, al anon, etc. is making any improvement with it. But you won't do it. You absolutely refuse and punish me for suggesting it.

I love you so goddamn much that I have tried and tried and
...anding. But I can't take this

anymore.

**EXHIBIT 7**

I feel broken now. I feel worthless. And my heart is so incredibly sad and broken because I miss my wife so desperately much.

I need time to process this further.

Please give me that.

I had a freaking pants attack last time I saw you. I literally felt like I could not get enough oxygen. I literally thought I was gonna have to call the paramedics. And where you did bring me a cup of water and an alprozolam from my office, it was still clear that you did not care in the least.

I come to you crying and telling you it's obvious that you hate me. That you hate absolutely everything about me. And then you start speaking quietly and calmly in a soft sweet voice telling me how it makes you so sad to hear me say that, and that nothing means more to you than me and this relationship?

You then viciously attack me again the best day where I tell you that this is how I know that you hate me so much. Only to leave for yoga without saying a word but turn around and text me 15 min later from yoga saying again that nothing means more to you on the world than us???

I just can't make sense of all this. I just know that I can't take this anymore.

I want my wife back so bad. I am broken and lost without her. But you're not her anymore, and you refuse any accountability for any action. There's always an excuse and justification. And you won't take the one step I keep begging you to take, which is just to talk to a doctor and explain what's going on.

I don't know what the point is in even trying to reach you. The one thing you have shown me consistently is that it doesn't matter if I share with you how much these things have and are affecting me, you don't care.

Thanks for the fire department, and the cops tonight. I'm going back to bed again and hopefully you'll stop sending emergency crews over.

Dec 15, 2024 at 11:23 AM

11:23

**EXHIBIT 7**



I reached out to Liz , Barry , and Stuart only.

Im aware.




And I was told by the police I needed to have someone ready to take the dog in a worse case situation. I followed their direction and said the above to Gil. They asked specifically that he wait outside.

I'm relieved you're safe.

Lastly , I thought you were sending an email with some logistics stuff. Let me know if you are still planning on doing that ? I have to make plans to be in San Antonio and was Hoping to not do that in a vacuum and without any communication. Idk when I'm coming back from wl , but I think Wednesday night.
I do have an ask of you , jason : would you be please willing to give me just 3 -4 night alone in the house so we don't have continued problems. I need to get my clothes together. I have tax stuff that I have to reference ... I need some time there.

1 Reply

What situation? The dog is totally fine. She loves me and she's comfortable. You know that I would never do anything to Katie. She is happiest and safest here. She is your dog, and you will have her immediately upon your return. I love this dog. I would never do anything to it and you know that.

You're just doing this to either paint some narrative, or to hurt me, and you're doing it at the cost of Katie's comfort. You're putting her in a new environment that she has never been before when she is literally snuggle up next to me on

**EXHIBIT 7**

I would never do anything to harm this dog nor would I do anything to ever separate you from this dog.

I am not a mean and vindictive person

Jason I never thought you would do anything to her. If you needed to go by ambulance last night , the cops would have brought her to the pound or a shelter. That is why Gil was outside.

Lastly , I thought you were sending an email with some logistics stuff. Let me know if you are still planning on doing that ? I have to make plans to be in San Antonio and was...

Of course I would

Jason I never thought you would do anything to her. If you needed to go by ambulance last night , the cops would have brought her to the pound or a shelter. That is why Gil was outside.

Why would I have gone to the hospital last night?

You can have the house to yourself for months. I will move out to a short term place in San Antonio but I need a few days at the house to get myself together. Without conflict , so I can also work.

I won't take anything but my office stuff to work and my clothes. I'll leave you everything until we can sort things out in the coming months. You can look at everything I'm putting in the car.

Gwen, I'm not trying to lock you out of the house.

And you can have all the cameras on to see what I'm doing. Ok ? I just cannot focus and pack clothes and cannot work with what was happening Thursday night and Friday before I left.

I don't need you to look at everything you're putting in your car. It's not like that Gwen. You act like I'm worry you're going to take things of value out of the home or something like that. I don't care about stuff. That's not what this is about.

I can't function with things like they were on Thursday and Friday either.

**EXHIBIT 7**

I am asking you to pls be gone from Wednesday early evening through Sunday morning. You have many friends and also family where you can go. If you choose to stay in the house, and try to ignite issues or come into my office without knocking when I have the door shut , or otherwise follow me around our home , I'm going to call the cops and tell them you are non violent but you are harassing me.




From your mom this morning. I will respond "thanks for letting me know ." Do pls let me know when you talk to your family. It's a little uncomfortable to be hearing from them and they obviously don't know what is going on. I'll continue to respond simply in that way until you tell me otherwise.

Dec 15, 2024 at 3:43 PM

thanks for letting me know. I will talk to them.

That is a conversation that I was holding off on having, but I can see that it's necessary now.

Your words seem to suggest that I am mentally unstable, that I relapsed, that I'm doing drugs, in a health crisis, or something like that.

I'm not sure if that's more narrative creation, or maybe it's a trauma response or something and you actually believe that.

But that is not reality. I am sober and I am a rational, and I am calm. And both the fire department as well as police department last night were able to confirm that I was in sound mind and sober.

I have no problem with leaving the home for those days. I do not desire conflict. I have never walked into your office when the door was closed since you asked me not to. I didn't follow you around the house like your suggesting on Thursday night, which the cameras will confirm. Not only did I give you space and distance, let's not forget that I was

anic attack. It was not a

**EXHIBIT 7**

medication interaction, as I counted m[illegible] the bottle was still full. Not only that, I even gave you the master bedroom and slept on the couch when my back was killing me so that you would be more comfortable and have easier access to your things in the morning so that I wouldn't be a bother to you.

I am not acting irrationally, I'm not doing anything to be hurtful or mean, I am not harassing you in any way. I'm not trying to prevent you from coming to the house, there's absolutely nothing in this house that has been taken or moved anywhere whatsoever.

I would not do those things and you know that. And you definitely know there's nothing in the world I would ever do to harm Katie, nor would I ever attempt to do anything to prevent her from being with you when you get back. She is your dog. But yes, I will miss her so much.

I can certainly understand that my messages last night had a lot of emotion in them. It's difficult to convey things that have hurt you so deeply in a way that doesn't have emotion. But I was not being irrational nor threatening in any way.

So Gwen, please hear me when I say this.

- Katie is totally fine, she's super happy and comfy right now.

- There is nothing I am removing from this house whatsoever

- I'm not trying to prevent you from coming here

- There's nothing of yours I would prevent you from taking from here nor do I feel a need to watch you when your here

- If you desire for me to not be around you, I would absolutely honor that

- I would not harass you, nor follow you, nor in any way show up here or anywhere else you might be unannounced

Where I know you have a great deal of trauma and CPTSD from men that did these types of things to you in the fast, I am not those men. None of these things are representative of reality or who I am as a person.

So please, let those fears go. I would not do such things.

Ok. There's one thing that would be helpful to keep the calm : Pam asked me on our walk this morning if you still have access to the cameras at my parents house. No one is freaked or being dramatic. Think about if I had access to your parents cameras - they might ask whether I had been removed from that.

Can you please tell me what account ownership you're maintaining and whether you have access? I think it's still linked to your email but I don't remember.

EXHIBIT 7

This is not personal jason - it's a natural question for her to ask right now and a reasonable one.

Dec 15, 2024 at 5:25 PM

Oh yeah, of course. I don't think I do but let me check real quick. That was a Ring account and my Ring app is connected to my parents home now. But I will check to see if there's possibly a username or passwords saved in my phone. If there are, it's not gonna display what that password is, it should just have an indication of the username. If that's there, I'll screen record my phone deleting it. And FYI, the easiest way to block anyone from accessing those cameras is to simply have your sister log into the Ring app and change the password. Here's a screenshot of the steps it takes to do that.

Once again, it sounds as if you were suggesting that I would do something malicious or irrational. That is not who I am nor anything I would ever do. In no way would I bother or harass or do anything whatsoever to you or your family.

IMG_7371.jpg
JPEG Image · 301 KB

Dec 15, 2024 at 7:04 PM

FYI - I do not have any saved password info for your parent's ring account. But again, just have your sister change the password on the ring account and that will secure it further for peace of mind.

Dec 16, 2024 at 7:10 PM

Gwen, per our recorded conversation on Friday you had no intention of cutting me off financially and leaving me without access to funds and only canceled the credit card because you believed the charges were fraud despite me telling you otherwise. Despite your commitment, my account still rests at about $300. Tomorrow I'm undergoing a spinal injection which will require a co-pay. It would be helpful to know if you intend on falling through with our discussion and your commitment on Fridays call. And if so, can you please advise when the replacement card will arrive?

I'll pay the medical center directly. That is disappointing to hear. You took $2300 out of the joint account and moved it to your own. I told you to keep it. I put another $2000 into the joint account. Half is gone. Again, give me their number and I'll pay them directly.

It's disappointing but not surprising that in one of my most vulnerable moments you recc

upping the ante as they say. We can no longer talk on the phone now.

**EXHIBIT 7**

Your most vulnerable moment? You have the ability to go places, to stay in a hotel, to buy groceries, to get medical care, to fill prescription prescriptions, to go enjoy a luxury night in New York for a gala, and that was your most vulnerable moment?

Well, I don't have those capabilities right now. And based on my attorney's advice, as I have no funds to go anywhere else, then I shouldn't. Therefore, if you have to come to the house, you probably wanna make that a one day visit. Because I will be here. My attorney has advised me to not leave this property until we come to some agreement.

In regard to the joint account, there have been no new transactions initiated against the joint account except those that were already scheduled auto pays. Those are recurring expenditures that have been in place for months and are no surprise. The only thing in there that might appear different is roughly $149 in household purchases that we put on a promotion for six payments at 0% interest over six months. Which would equate to about $24 a month. You said that was a good idea and now I know why.

You have locked me out of all finances and left your husband who recently spent six days in a hospital with a spinal injury, which had to undergo a surgery last week, and now has a procedure this week, and another surgery next week with $300 in my checking account after months of bills going on my cards for the house, and not to mention your family's Christmas presents. It's hard to believe that you would ride me so hard about those gifts when you have no intention of even giving them. This was clearly an attempt to drive up my credit card cost while driving down my checking account in an effort to leave me in the worst way possible.

Bravo Gwen. Another notch on your wall.

Edited

And just to make sure that you feel safe when you come, our closest friends will be here too as witnesses

Dec 16, 2024 at 11:28 PM

It would be greatly appreciated if you returned my great grandmother's wedding ring as you said you would. I would appreciate a tracking number once it's mailed.

"Deceiving others is a character defect-even if it is just stretching the truth a bit or cleaning up my motives so others would think well of me. My Higher Power can remove this character defect, but first I have to help myself become willing to receive that help by not practicing deception."

Dec 17, 2024 at 10:04 AM

Gwen, my procedure for today has been postponed so I will be at the house. I ask you to let me know when you plan on not show up unannounced

EXHIBIT 7

coming by. I asked that you do not sh...

That would be greatly appreciated thanks

I won't show up unannounced

What time are you planning on showing up?

also, last time you were at the house, I saw that you disabled the camera in the closet, and I'm now missing my collection of cufflinks as well as a number of watches. If you took those, I ask that you returned them as well as anything else you might've taken of mine. Also do not disable cameras in the home when I am being gracious enough to let you in to get your stuff.

Pffff stop. And the housekeeper wasn't even in there

I will fire juanis. But I it's fair she know what she's accused of.

Since of course I didn't take them - duh- she's being accused of stealing by default. No else else at all has been in the house jason.

Jason I don't feel safe right now showing up at all. Your last text was intimidating and made me feel I would be met with a group of people and harassment. That's not a safe environment to get my things.

I had them after juanis was here last. I do not know who took them, but I do know that you disabled the camera in the closet that night.

You know our friends, and they would never harass you. It's me that doesn't feel safe. I'm the one that had a panic attack last time you were at the house. I need my friends for support at this time. No one would ever do anything to harass you or harm you. That is a gross misrepresentation of who our friends are. And i have put cameras all over to monitor everything because I do not trust you, and you scare me.

I am willing to work out something so that you could retrieve your things and feel safe. I'm not sure what that looks like yet. But I'm working on it.

I might just have all your stuff brought down to the living room so that you can bring in a moving truck into people and just grab it at once

As you know, I was recently hospitalized for six days with a spinal injury. My back is in immense pain, and I cannot be carrying these heavy things down the stairs. So I need to hire help for that. But I've been left pennyless. So I'm trying to figure that out right now.

Dec 17, 2024 at 11:37 AM

EXHIBIT 7

Owen, I did not tell you the truth earlier ... procedure was postponed. I only said that because I wanted to give you the impression i was at home because i had a major fear that you would show up at the house without me there. Especially after turning off the camera in the closet, etc. So, thank you for agreeing not to do that today.

Still through today, we never had a chance to discuss the details regarding my back injury that paralyzed my mid-section for 36 hours. Despite 2 weeks of me trying to share with you the details of my injury, as well as what surgeries and procedures are required to correct it, you still through today have no clue what those details are.

It's odd that despite everything that has happened that it was your unwillingness to listen or care in any way whatsoever about what's going on with my back that seems to have hurt me the most. I guess it's just better to say that that's what hurt me the most at this moment in time.

The night before my surgery I tried to share with you what was going on with my back you screamed in my face "HAVE YOU ASKED ME ABOUT MY PTSD TODAY?" I was in disbelief. Because the difference was your PTSD wasn't having surgery the next day. You refused 7 times to hear any details and then sent me a vicious text the next day for not knowing the when my friends checked in with you on my progress. That's a pain I will carry with me even more than the time you tore up our wedding license in a fit of rage. Speaking of that day when you tore up our wedding license, I remember when you calmed down and I was holding you, and you said that you know this behavior can't continue and for us to make it. I agreed, and you sadly said it's all you know how to do. That crushed me and I prayed it wasn't true.

Everything about this is painful. And I'm in disbelief and shock and I honestly just don't understand what happened. I loved you so much that I would've worked at Whataburger around the corner to keep you in my life until I secured something better. I really thought we had a plan and that we were excited about this endeavor with SilverCare.Tech. Anyway, I digress.

I know we've both done things that hurt the other. So I want you to know that I own my mistakes too. I didn't share that to make you feel guilty. I only shared it because it's something that is weighing heavily on my heart as I'm sitting here in the waiting room in tears over it.

I do appreciate you leaving the joint checking account open so at least my basic living expenses are covered as I work to secure a W2 position as fast as possible to bridge the gap until i get Silvercare.tech generating income.

I just paid the co-pay on our HSA card. Thank you for that and for not shutting down my access to healthcare during this time. I was really surprised the HSA card worked, and I wanna thank you for not cutting that off too. And i sincerely appreciate your offer to cover cobra healthcare for 6 months it until i secure my own health insurance, as well as ... ng temporary I pick up is

unlikely to be able to cover the rent un

EXHIBIT 7

more meaningful. So this has definitely put me in a really bad position. But that's life and I'll have to figure something out.

But once again, thanks for your offer on the healthcare and rent. That offer gave me feeling that maybe, at least on some level you did/do care about me.

I have one more procedure next week. And I really need it as I'm in a great deal of pain. But it should be a lot better after next week.

We will work out something on your stuff. Where I'm frustrated with this situation, you know me, and I'm calm and rational, so we'll figure it out.

Dec 18, 2024 at 12:44 PM

2024.12.16 Revocation of Powers of Attorney - Signed.pdf
PDF Document · 1.3 MB

Emailed to ATI email address and your mckemie.net email as well. You are no longer authorized as of yesterday to transact on any of my accounts.
The joint checking and your Roth IRA remain available to you.

Dec 18, 2024 at 6:21 PM

But you know what, even now, I can still own my part. Can you?

Dec 18, 2024 at 8:01 PM

Hey, do you wanna go this legal direction or do you wanna talk?

We could probably make this a lot easier.

Read

Text Message • SMS
Jan 9, 2025 at 6:47 AM

Good Morning Gwen.

Not sure what time you're getting started today, but I wanted to get this out early.

I recall you mentioning having someone set up your printer today.

Jan 10, 2025 at 8:44 PM

You should've received a password reset for delete me.

Let me know whatever else you need done inside to... e obstructive or anything like

EXHIBIT 7

that. If you want, we can do a Webb c
make the changes for you. That way you can see them
being made.

And moving forward, just text me please. I'm tired of the charades. Let's just start being authentic. It'll be healthier for all of us.

**EXHIBIT 8**

**From:** **Jonathan Steele** JSteele@beermannlaw.com
**Subject:** In re McKemie, No. 26-30161-mvl7: conferral on Movant's WebEx motion (Nov. 18 hearing)
**Date:** November 10, 2026 at 11:24 AM
**To:** jmckemie@mckemie.net, trustee@holderlawpc.com
**Cc:** rdafoe rdafoe@wslawpc.com, Sara A. Boucher saboucher@beermannlaw.com, Rosa Gutierrez rgutierrez@beermannlaw.com

Mr. McKemie and Ms. Holder Aurzada,

On Thursday, November 12, Ms. Ulijasz will file a response opposing the Debtor's motion to compel her in-person appearance at the November 18 hearing. With it she will file a motion for leave to give by WebEx any testimony the Court permits or requires from her at that hearing.

The WebEx motion will ask the Court to rule in advance that any such testimony may be given by WebEx video under safeguards that include: camera on at all times, showing her face and hands; alone in a private room; sworn by the courtroom deputy; only the parties' designated exhibits in front of her; no off-the-record communication while testifying; available by WebEx until excused; and her counsel present in the courtroom.

She will also ask the Court to shorten notice on the WebEx motion, with any response due Friday, November 13 at 5:00 p.m. Central Time, and to decide it together with the Debtor's motion to compel by Monday, November 16, on the papers or at a short WebEx hearing.

Please let me know by 9:00 a.m. Central Time on Thursday, November 12 your position on (a) the WebEx motion and (b) the expedited schedule. I will report any position I receive to the Court.

**Jonathan D. Steele** | Divorce and Family Law Partner
161 N Clark St., Suite 3000 | Chicago, IL 60601
Tel: 312.621.9700 | Fax: 312.621.0909
Mobile: 872.888.6069

2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015
Tel: 847.681.9600 | Fax: 847.681.0909
jsteele@beermannlaw.com www.beermannlaw.com

**CONFIDENTIAL E-MAIL** This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

**Jonathan Steele** | Divorce and Family Law Partner
161 N Clark St., Suite 3000 | Chicago, IL 60601
Tel: 312.621.9700 | Fax: 312.621.0909
2275 Half Day Rd., Suite 350 |

BEERMANN

**EXHIBIT 8**

Bannockburn, IL 60015
Tel: 847.681.9600 | Fax: 847.681.0909

jsteele@beermannlaw.com |
www.beermannlaw.com

LLP
EST. 1958

2026

CRAIN'S CHICAGO BUSINESS 2026

**CONFIDENTIAL E-MAIL** This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

EXHIBIT 9

In re Jason Emory McKemie, Case No. 26-30161-mvl7 — Debtor's Opposition to Remote Testimony — EXHIBIT 9

# SUMMARY OF THE MOVANT'S POLICE REPORTS AND CALLS CONCERNING THE DEBTOR

December 2024 through May 2026. Source: the police reports and dispatch records themselves, obtained by the Debtor.

| Report / call no. | Agency | Date | Allegation made | Disposition shown in the record |
|---|---|---|---|---|
| 190487-2024 | Dallas PD | 2024-12-22 | Alleged protective order violation; alleged spyware/camera/property issues | Completed; Clearance Disposition: Cleared by Exception; Situation Found: Not Applicable; MIR no offense |
| 24-2263829 | Dallas PD / Dallas Fire shared CAD | 2024-12-14 | Welfare check / claimed suicide concern | Closed; NP - No Police Action |
| SAPD24277190 | San Antonio PD | 2024-12-28 | Harassment / alleged tracking device / alleged protective order issue | Report exists; offense code Harassment MB 42.07 PC |
| SAPD25002158 | San Antonio PD | 2025-01-04 | Harassment / second alleged AirTag; dog/water allegation | Report exists; offense code Harassment MB 42.07 PC |
| SAPD25009850 | San Antonio PD | 2025-01-15 | Burglary / Wi-Fi/router/cable allegation | Information Report; no forced entry observed |
| SAPD25041335 | San Antonio PD | 2025-03-01 | Harassment / alleged suitcase AirTag; alleged break-in/hacking | Harassment \| MB \| 42.07 PC; current investigative disposition not shown. |
| SAPD-2025-0288323 | San Antonio PD | 2025-03-01 | Miscellaneous / second call about tracker / added information | Closed; N10-Rec STL Veh or Add Info; CR-Cancel Request for Service; appended to SAPD-2025-0287915. |
| 104950-2025 | Dallas PD | 2025-07-23 | Storage-unit property/theft allegation | Completed; Clearance Disposition: Cleared by Exception / Not Applicable; MIR no offense |
| SAPD26106749 | San Antonio PD | 2026-05-27 | Forgery / alleged HSA impersonation; alleged fraudulent doctor letters; late sexual assault reference not reported | Information Report; officer advised no evidence of criminal intent |
| SAPD26108224 | San Antonio PD | 2026-05-29 | Narcotic Laws dispatch; silver case, alleged marijuana and trackers; coded INFORMATION REPORT | Information Report; property taken to property room |

**RESULT: The Debtor has not been arrested, charged, or convicted on any of these reports. On May 21, 2025, San Antonio Police Detective Vidal (badge 2225) told the Debtor the facts were "not pointing towards any criminal action" on his end and that "these are frivolous cases." (Exhibit 10.)**

**EXHIBIT 10**



# DECLARATION OF JASON EMORY McKEMIE

I, Jason Emory McKemie, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the Debtor in this case. I am over eighteen and competent to make this declaration. The facts stated here are within my personal knowledge.

2. On May 21, 2025, I spoke by telephone with Detective Vidal of the San Antonio Police Department, badge 2225. I was a party to the call and I recorded it. The transcript attached to this declaration is a true and accurate transcript of that recorded call.

3. I have never been arrested for, charged with, or convicted of any offense alleged in any police report or call listed in Exhibit 9. I have never been charged with, arrested for, or convicted of a violent crime in my life.

4. I have never attended, and have never been ordered to attend, an anger-management course or any similar program.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed in **Brazos County, Texas**, on **November 10, 2026.**

Jason McKemie

**Jason Emory McKemie**

**EXHIBIT 10**

# 1747844073056 Detective Vidal

2025-05-21 11:15:01

**00:00:00 Jason McKemie**
So you said that you've got multiple cases in right now.

**00:00:04 Detective Vidal**
Yes, so the case that I'm assigned, I'll give you the case number. I know you're recording, so you can play it back. It's SAPD 25002158. 25002158. Great.

**00:00:24 Jason McKemie**
And what was your name again, Detective.

**00:00:26 Detective Vidal**
Vidal, Vidal. V as in Victor, I-D-A-L, badge 2225. I'm with the San Antonio Police Department Fusion Center. We investigate unlawful installation of tracking devices.

**00:00:41 Jason McKemie**
Okay, great. And just to recap kind of on our discussions, this is Jason McKimmy. I received a call today from San Antonio Police Department saying that they found that there was a stalking report. There was an air tag. No, no. Oh, sorry.

**00:00:56 Detective Vidal**
There was a report for unlawful installation of a tracking device. that I was assigned to, I contacted the victim and she informed me that the AirTag was found. I went ahead and contacted Apple and all the information is, none of the information is linked to you. The information goes back to her email and her phone numbers. So I contacted another detective, was assigned to another one of her cases.

**00:01:27 Detective Vidal**
He also has two AirTags that he has yet to send to Apple to find out who they're linked to. So I'm calling to find out on your side of what your involvement is. And it sounds as though you have no involvement because you had said in the past, she had actually accounts, Apple AirTags that she's familiar with and how to link those to her phone. Is that correct.

**00:01:55 Jason McKemie**
Yes. I mean, when this was set up in December of 2023, I mean, She just had me set that one up for her. So they're not very difficult to set up, though. I don't, you know, but I'm sure she could figure it out. I mean, that one back then, we had that one that was put on her car. But, again, it was only registered to her phone. And you can just take any mobile phone and actually hold it up to it, and it will tell you who it's

**EXHIBIT 10**

registered to. The NFC tag will tell you. But she, yeah, so I don't, yeah, I'm sure she could figure it out.

**00:02:28 Jason McKemie**
It's not very difficult to set them up.

**00:02:31 Detective Vidal**
Well, it's more than that. I have not only who sets it up, but account information and all that, and nothing is linked to it.

**00:02:38 Jason McKemie**
Oh, gotcha, gotcha, all that information as well.

**00:02:40 Detective Vidal**
Yeah, I don't get it either. You're right, you put it up to it, and you determine the last four, the phone number and then the serial number. But I actually have a subpoena to Apple to find out account holder information.

**00:02:54 Jason McKemie**
Gotcha, gotcha.

**00:02:55 Detective Vidal**
That's what I was waiting on, to find out if anybody. else was linked to it, and it's not. So that's why I wanted.

**00:03:04 Jason McKemie**
to hear that. Oh, that's right, because you can have, like, it can be shared between people or something like that. Okay, great. Okay, so you said that there's other, is there anyone I need to contact in regard to these other cases or anything? Yeah, let me.

**00:03:28 Speaker 3**
step by step. I'm looking. I just kind of followed it.

**00:03:40 Detective Vidal**
Oh, no. Erico 210-207-2201.

**00:03:51 Jason McKemie**
Now, she's done this. I've seen her do this with another ex before me, and like, When we had first shot together, she basically had told me that he had abused her and done all these horrible things to her. And she was constantly kind of tracking where he was at, his whereabouts, and was taking court actions against him. And, you know, for a long time, she was asking me to, like, basically, she was saying that we had to hide her address.

**00:04:25 Jason McKemie**
And she had subscribed to a service to kind of hide her address. And, you know, I

**EXHIBIT 10**

had fallen in love with her. We had moved in together. So I thought she was really nervous about some guy that was after her. So I had started spending just hours and hours, like, scraping her information off data brokers and stuff like that. And I ended up getting us registered and admitted to the Texas Address Confidentiality Program just for safety. But once all this, you know, once all this kind of blew up,

**00:04:58 Jason McKemie**
I came to find out that I was going to have to hide her address. I came to find out that. But these men that she's been targeting with these with this malicious litigation, they didn't do any of the things that she said. In fact, I found out that the Cook County, Illinois Department of Children and Family Services actually banned her from making any more reports of child abuse. She actually had her ex's kids taken away for two years. She filed so many child abuse complaints that they came and picked up the kids.

**00:05:31 Jason McKemie**
And since they didn't have anywhere to take them in the city, they actually got put with her mother, which was actually deemed unfit. But the court has such a backlog. He still hasn't gotten his kids back. And when they investigated it, they found out that her allegations were not only baseless, they just flat out didn't happen. And and they ruled her a serial harasser. And apparently she went in there to the DCFS. So irate trying to try to. make someone give her that ability back.

**00:06:02 Jason McKemie**
to file those reports again, and they had to physically remove her under threat of trespassing. So, these are, these false reports, I mean, it goes beyond this. Like, she also, I mean, her weapon weaponization of the legal system is like nothing I've ever seen. She's spending about $120,000 a year on legal costs, and she's spent that for the last three years, and then she does,

**00:06:33 Jason McKemie**
what she does typically work, at least, and, well, I'll back up. Here recently, you know, what happened in December was there was this pattern of lies that I was picking up on, and her behavior had gotten extremely, erratic and volatile. I mean, when she would, explode, there was just no way to settle her down. And she would just ... run through the house, breaking things, tearing things up. And she would go for 15 to 18 minutes until she just collapsed from exhaustion.

**00:07:08 Jason McKemie**
Now, all this started about mid-August. She had come off all of her psychiatric medications. And I didn't.

**00:07:17 Detective Vidal**
The question I'm going to ask.

**EXHIBIT 10**

**00:07:19 Jason McKemie**
Yeah.

**00:07:19 Detective Vidal**
Is she on medication? Is she being diagnosed? Yeah.

**00:07:23 Jason McKemie**
So she does have a diagnosis. That part I know because I've seen life insurance denials that reference that. I do not know exactly what it was. I mean, I've been told by her ex what it is, but, you know, I don't know for certain. So probably.

**00:07:41 Detective Vidal**
Actually, hold on. I'm sorry to pause you. Give me one second.

**00:07:45 Jason McKemie**
Sure.

**00:07:45 Detective Vidal**
Hold on, hold on, hold on.

**00:08:52 Detective Vidal**
Sir, I'm sorry. I just had a complaint. Can I email you the case number right there.

**00:08:59 Jason McKemie**
Yeah, I'm here.

**00:09:00 Detective Vidal**
What is your e-mail.

**00:09:01 Jason McKemie**
It's jmcke, so it's j-m-c-k-e, m as in Michael, i-e, and it's at mcke.net. So it's m-c-k-e-m-i-e.net.

**00:09:18 Detective Vidal**
And I'm just going to put in the subject line the case number.

**00:09:25 Jason McKemie**
Can I press charges for false police reports? I'm so sick of this. I mean, she's wasting so much.

**00:09:34 Detective Vidal**
That's exactly what I was going to get at. You're right. I go with the facts, right? Right now the facts are not pointing towards any criminal action on as far, I'm sorry, any criminal on your end. So that's why I wanted to reach out to you. But I would like for you to e-mail me bullet points, information that you've got, so that way I know this is recorded. But this. This way I have something that I do need to, if I have

**EXHIBIT 10**

to let myself, other detectives, the DA's office know that these could be frivolous, then I have that.

**00:10:11 Detective Vidal**
Right now all I have is a phone call. Does that make sense.

**00:10:14 Jason McKemie**
Yeah, yeah. No, I want to formally press charges because it's like, it seems challenging to get the police to kind of take a false police report, you know, accusation. Seriously, I don't know.

**00:10:29 Detective Vidal**
Well, when you bring it to the whole mental health aspect, that's what we're running into is that when you, that's why our mental health unit could be involved in this too. So if she has, right, so if she has a mental health nexus and we need to get her resources with that, then we can do that. Not putting someone in jail because they truly believe this is happening is hard to do. Now, if we could prove that.

**00:10:57 Jason McKemie**
Oh, no, she's well aware this is not happening. It's not happening.

**00:11:00 Detective Vidal**
You know, I know you know her. I've always thought of this. I've talked to her on the phone, spoke to her on the phone, and then I saw a body cam video of the other detective interviewing her. I called him because he's the first person in this last month that I've known to actually interview her. So my question to him was, what do you think her state of mind was? And he's like, I think she's a little, okay, bottom line is he believes we should make some phone calls. Okay, we'll keep it simple.

**00:11:30 Detective Vidal**
And that's what I'm doing. So that's why I want to try and find out more about her, more about the situation. Look at your side of the story. And in all my years of doing this, usually you would not answer the phone if you did it, or you'd be like, no, I didn't do it. So it's leading to the fact that these are frivolous cases, and I need to make sure that we're not using a lot of manpower resources investigating a case that's not there.

**00:11:58 Jason McKemie**
Like I said in Dallas. The judge shut them down because there were so many of them, and I know that she has weaponized this against her exes, and, I mean, she's had her ex's kids taken away. I mean, from what I – so when I started to witness this, like, erratic behavior of hers, I had set the, like, cameras in the house to kind of record everything because it just felt, like, so volatile. I thought at some point there was going to be something that I needed, you know, some type of protection from.

**EXHIBIT 10**

**00:12:29 Jason McKemie**
And then, you know, I had called a friend of mine that was a private investigator, and I was like, man, can you look into – my wife, something weird is going on. He called me back and said, well, you might have something to worry about here, and I'm like, what are you talking about? He was like, well, she's just got a lot of protective orders. She's had, like, three against her. She's had a bunch. She's filed against others. I think she said, like, eight that she's filed, you know.

**00:12:54 Detective Vidal**
That's what I'm getting at. That's what I need to try. Email me. All of that, especially protective orders. Are y'all divorced yet.

**00:13:01 Jason McKemie**
No, we're going through those proceedings right now. And what she's doing is, like, I've got a pretrial hearing on the 7th, on April 7th, and apparently she's bringing like a – she's trying to bring more accusations against me in the court to accuse me of something else with tracking devices or spyware on her computer or something.

**00:13:23 Detective Vidal**
Right. That's exactly where I need you to let me know what's going on with that. So do you have my contact information? Yeah, I have another victim just walking in.

**00:13:35 Jason McKemie**
Okay, so do this 210-207, that's your number, the 2201, or is that .

**00:13:41 Detective Vidal**
Negative, that's the other detective who's handling the most recent – and call him, it's his office right now.

**00:13:47 Jason McKemie**
Okay. All right, thank you much. All right, bye-bye. Bye.