FILED
NOV 13 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---

**In re:**
**JASON EMORY McKEMIE, Debtor.**

**Case No. 26-30161-mvl7**
**Chapter 7**

---

# ORDER GRANTING DEBTOR'S MOTION FOR RULE 2004 SUBPOENAS [ECF 97] AND OVERRULING OBJECTION [ECF 111]

After considering ECF 97, ECF 111, the reply, the record, and argument, the Court **ORDERS:**

1. ECF 97 is **GRANTED**. ECF 111 is **OVERRULED** except for the redaction and confidentiality protections stated below.
2. The Clerk is authorized to issue subpoenas under Fed. R. Bankr. P. 2004(c) and 9016 and Fed. R. Civ. P. 45 in the forms submitted or later conformed to this Order.
3. The subpoenas may seek the institution-origin account, statement, transfer, linked-account, receiving-account, successor-account, compensation, equity, retirement, vehicle, title, HSA/FSA, eligibility-event, and related records identified in ECF 97.
4. Unless a narrower period is stated in ECF 97, the production period is September 22, 2023 through the present. Earlier records may be obtained where necessary to test a claimed premarital or separate-property source.
5. Production shall be made simultaneously to the Chapter 7 Trustee and Debtor. Counsel for Gwendolyn Laura Ulijasz shall receive the same production unless the parties agree or the Court orders otherwise.
6. Full account numbers, Social Security numbers, dates of birth, and unrelated personal information may be redacted. Account suffixes, linked-account identifiers, transfer data, source and destination fields, eligibility-event source fields, and transaction history shall not be withheld.
7. Health-benefit discovery is limited to eligibility events, source submissions, economic ownership and access, balances, contributions, distributions, reimbursements, card-access events, and beneficiary changes. Diagnosis, treatment, and medical-claim substance are not authorized by this Order.
8. No blanket prohibition is imposed on Debtor's lawful use of produced records in DF-24-18010 or another proceeding. Confidentiality and admissibility remain subject to applicable law and the receiving court's orders.
9. Subpoena recipients shall produce responsive records within twenty-one days after service unless otherwise agreed or ordered.
10. No fee, cost, or sanction is assessed against Debtor in connection with ECF 97 or ECF 111.

**### END OF ORDER ###**

Submitted by:

Respectfully submitted,

Jason Emory McKemie
Debtor, pro se
539 W. Commerce St., #2010
Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

## CERTIFICATE OF SERVICE

I certify that on November 13, 2026 served a true and correct copy of the proposed Rule 2004 Order, including all accompanying attachments and exhibits, by electronic mail on: Richard G. Dafoe, counsel for Gwendolyn Laura Ulijasz, Rdafoe@wslawpc.com; Jonathan D. Steele, counsel for Gwendolyn Laura Ulijasz, jsteele@beermannlaw.com; Sara A. Boucher, counsel for Gwendolyn Laura Ulijasz, saboucher@beermannlaw.com; Areya Holder Aurzada, Chapter 7 Trustee, areya@holderlawpc.com; Office of the United States Trustee, ustpregion06.da.ecf@usdoj.gov; Loriann A. Martinez, counsel for InTouch Credit Union, lmartinez@qslwm.com; Amanda Loughmiller, counsel for InTouch Credit Union, aloughmiller@qslwm.com.

I further certify that on September 29, 2026, I placed the original paper filing in overnight delivery addressed to Clerk, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, requesting filing upon receipt.

Jason Emory McKemie
(214) 519-8958 | jmckemie@mckemie.net

Refiling w/ ink Sig ECF 120-1