FILED
NOV 13 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re Jason Emory McKemie, Debtor
InTouch Credit Union v. Jason Emory McKemie

Case No. 26-30161-mvl7 (Chapter 7)
Adversary No. 26-03034-mvl

# NOTICE OF CORRECTION AND CORRECTED CERTIFICATE OF SERVICE

1. **Corrected email date and time.** I submit this correction in both matters. I prepared the service email on November 9, 2026 and believed it had gone out that day. I later found it still in my Outbox with the large attachments. I compressed and reattached the PDFs and sent the email from jmckemie@mckemie.net at 12:01 a.m. Central Standard Time on November 10, 2026. Exhibit A is a copy of the sent email. The November 9 date in its subject line identifies the packet.

2. **Chapter 7 case.** The corrected email transmission date applies to the following materials in the Chapter 7 case.

   a. ECF 132, 133, 134 and 135 — Form BTXN 146, the motion for expedited consideration, the advance notice and motion to compel in-person testimony, and its declaration and exhibits. The email also included the proposed order on the motion to compel.

   b. ECF 138 and 138-1 — signed refiling of the notice of the state-court ruling and stay violations originally filed at ECF 121, with Exhibits 4, 5, 9 and 11.

   c. ECF 139 and 140 — notice of hearing on the Rule 2004 motion and the Debtor's witness list for the November 18 hearing.

   d. The email also included the signed-refiling packet for the notice of completed surrender and emergency motion originally filed at ECF 118, with Exhibits A–C and the proposed order. This correction identifies that packet by its original ECF reference.

3. **Adversary proceeding.** The corrected email transmission date applies to the signed pretrial packet in the adversary proceeding, including ECF 25–31 (motion for leave, proposed pretrial order, proposed findings and conclusions, pretrial brief, witness and exhibit list, request for limited judicial notice, and evidentiary appendix). The email packet also included the proposed order on the motion for leave. The transmission corrected here is the November email shown in Exhibit A.

4. **Paper filing.** I separately sent the paper originals to the Bankruptcy Clerk by overnight delivery on November 9 for filing. The court-stamped entries identified above as ECF 132–135, 138, 138-1, 139 and 140 in the Chapter 7 case and ECF 25–31 in the adversary proceeding show a filing date of November 10 and an entry date of November 11.

## CORRECTED CERTIFICATE FOR THE NOVEMBER 10 EMAIL

5. **Transmission and recipients.** I certify that at 12:01 a.m. Central Standard Time on November 10, 2026, I sent the email and the PDF copies identified in Exhibit A. The email shows these addressees:
   - **a.** For the Chapter 7 matters involving Gwendolyn Laura Ulijasz, counsel and their offices: Jonathan D. Steele (jsteele@beermannlaw.com), Sara A. Boucher (saboucher@beermannlaw.com), Richard G. Dafoe (rdafoe@wslawpc.com), Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Terra Aguirre (terra@armstronglawtexas.com), Lauren Shaw (lauren@armstronglawtexas.com), and Rosa Gutierrez at rgutierrez@beermannlaw.com.
   - **b.** For InTouch Credit Union in the Chapter 7 case and adversary proceeding: Loriann A. Martinez (lmartinez@qslwm.com) and Amanda Loughmiller (aloughmiller@qslwm.com).
   - **c.** For both matters: Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com), and the Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov). I also copied the courtroom deputy (mvl_settings@txnb.uscourts.gov).
6. **Delivery exception.** The mail system returned a delivery failure for rgutierrez@armstronglawtexas.com. Exhibit A also shows a separate addressee at rgutierrez@beermannlaw.com. The personal email address for Ms. Ulijasz listed as a courtesy recipient in ECF 138 does not appear on the 12:01 a.m. message.
7. **Correction to the record.** I submit this notice for entry on both dockets as the correction to the dates and email addresses stated for this transmission in the earlier certificates.

Date signed: Nov 13 2026 Signature: [signature]

Jason Emory McKemie, Debtor and Defendant
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net

## CERTIFICATE OF SERVICE OF THIS CORRECTION

I certify that on Nov 13 2026 I served this notice and Exhibit A as follows.
Recipient names, service addresses and method for each (list here or attach a signed service list):
See Above

Signature: [signature] Jason Emory McKemie

**EXHIBIT A | NOVEMBER 10 SENT EMAIL | PAGE 1 OF 2**

**From:** jmckemie@mckemie.net
**Subject:** SERVICE - In re McKemie, No. 26-30161-mvl7, and InTouch Credit Union v. McKemie, Adv. No. 26-03034-mvl - Debtor's filings of November 9, 2026
**Date:** November 10, 2026 at 12:01 AM
**To:** jsteele@beermannlaw.com, saboucher@beermannlaw.com, rdafoe@wslawpc.com, rebecca@armstronglawtexas.com, terra@armstronglawtexas.com, rgutierrez@armstronglawtexas.com, rgutierrez@beermannlaw.com, lauren@armstronglawtexas.com, lmartinez@qslwm.com, aloughmiller@qslwm.com, areya@holderlawpc.com, ustpregion06.da.ecf@usdoj.gov, mvl_settings@txnb.uscourts.gov

Counsel, Ms. Holder Aurzada, Office of the United States Trustee, and Courtroom Deputy:

Attached are true and correct copies of the following documents, served on you by this email. The ink-signed paper originals are going to the Clerk, United States Bankruptcy Court, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, by overnight delivery.

MAIN CASE - No. 26-30161-mvl7

1. Form BTXN 146, Motion for Setting and Request for Expedited Hearing; Debtor's Advance Notice to the Court of Anticipated Safety-Based Allegations and False Danger Narrative, and Motion to Compel Movant's In-Person Appearance and Testimony at the November 18, 2026 Evidentiary Hearing on ECF 110 and ECF 97, with Declaration and Exhibits E, F, G, H, I, K, L, N, AF, and AJ (one PDF).

2. Proposed Order Compelling Movant's In-Person Appearance and Testimony at the November 18, 2026 Evidentiary Hearing.

3. Debtor's Motion for Expedited Consideration of His Motion to Compel, with Exhibit A.

4. Debtor's Witness List for the November 18, 2026 Evidentiary Hearing.

5. Notice of Hearing on Debtor's Motion for Order Authorizing Rule 2004 Subpoenas [ECF 97].

6. Debtor's Notice of State-Court Ruling Vacating the June 26, 2026 Property Division Entered in Violation of the Automatic Stay, and Statement of the Stay Violations of Record, re-filed with original signature (ECF 121), with Exhibits 4, 5, 9, and 11.

7. Debtor's Notice of Completed Surrender and Emergency Motion to Confirm Compliance, Terminate and Abate Per-Diem Sanctions, and Determine That No Fees or Costs Are Owed Under Docket No. 103, re-filed with original signature (ECF 118), with Exhibits A-C and Proposed Order (one PDF).

ADVERSARY PROCEEDING - No. 26-03034-mvl (InTouch Credit Union v. McKemie)

8. One PDF containing, in this order, each re-filed with original signature:

a. Defendant's Motion for Leave to File and Exchange Witness and Exhibit Materials Out of Time, and Supporting Brief
b. [Proposed] Order Granting Defendant's Motion for Leave and Accepting Pretrial Materials
c. Defendant's Proposed Pretrial Order
d. Defendant's Proposed Findings of Fact and Conclusions of Law
e. Defendant's Pretrial Brief on the Pleaded Objections to Discharge
f. Defendant's Witness and Exhibit List With Exhibit Index
g. Defendant's Request for Limited Judicial Notice and Identification of Previously Filed Exhibits
h. Evidentiary Appendix to Defendant's Pretrial Submissions and Motion for Leave (Declaration and Exhibits A-E)

Items 1 through 6 are served on counsel for Gwendolyn Laura Ulijasz. Items 7 and 8 are served on counsel for InTouch Credit Union. All items are served on the Chapter 7 Trustee and the Office

of the United States Trustee, with a copy to the courtroom deputy.

Jason Emory McKemie
Debtor and Defendant, pro se
539 W. Commerce St., #2010, Dallas, Texas 75208
(214) 519-8958
jmckemie@mckemie.net

| | |
|---|---|
| **0 - Debtor Witness List - November 18 2026 -...** | **1 - Motion to Compel In-Person ...** |
| **2 - Proposed Order Compelling In-Person...** | **3 - Motion for Expedited ...** |
| **6 - REFILE ECF 121 - Notice of State-Court...** 4 MB | **7 - Notice of Hearing on Rule 2004 Motion (EC...** |
| **A0 - PRINT ALL - Adversary packet (38...** | **B0 - PRINT ALL - ECF 118 packet (21 pp) - ...** |

# CERTIFICATE OF SERVICE

I certify that on November 13, 2026, I served a true and correct copy of this supplement, with its declaration and exhibit and the three updated proposed orders, by email on the following counsel for the Movant, Gwendolyn Laura Ulijasz:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP
- Sara A. Boucher (saboucher@beermannlaw.com), Beermann LLP
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Terra Aguirre (terra@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC
- Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date I emailed a copy to the courtroom deputy at mvl_settings@txnb.uscourts.gov. Counsel of record will also receive electronic notice through the Court's CM/ECF system upon docketing.

The original, ink-signed paper filing was submitted to the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, as follows (one box checked):

[✓] delivered in person to the Clerk's office on November 13, 2026.

[ ] placed in overnight delivery on November 13, 2026, for delivery on the Court's next business day, November 16, 2026.

Jason Emory McKemie