## DECLARATION OF JASON EMORY MCKEMIE UNDER 28 U.S.C. § 1746

1. I am Jason Emory McKemie, the Debtor in Case No. 26-30161-mvl7. I make the following statements from personal knowledge.

2. I appeared at the October 6, 2026 hearing. Paragraph 3 of the Emergency Motion accurately states the hearing exchanges on which I rely, including Mr. Dafoe's complete qualified response about checking with lead counsel. The quotations are my transcription of the hearing recording at the timestamps identified there. The recording controls.

3. I received no report from Movant's counsel that November 18 did not work after the October 6 hearing. I relied on her October 7 Notice of Final Hearing, ECF 128, setting November 18 at 9:30 a.m.

4. On November 13, 2026, I delivered my Supplement in Response to Movant's November 12 Filings to the Clerk.

5. On November 13, 2026, Court staff told me in person that the Court had denied Movant's request to testify by WebEx, that her counsel had stated she could not appear in person on November 18, and that the hearing on ECF 110 was continued to a date on which she would appear in person. I was told that no hearing would be held on November 18.

6. On November 14, 2026, at 6:26 p.m. Central Time, I received an email from Jonathan D. Steele proposing December 1, December 8, and December 18 for the reset of the hearing on ECF 110. His email referred to a November 13 Court email that I have not received. Exhibit A reproduces that November 14 message as included in my November 16 conferral-response compilation, including its sender, recipient information, subject, date, message, and signature block.

7. As of this declaration, I have not been served with an order continuing the November 18 hearing, an order continuing the stay or extending a § 362(e) period, or a paper in which the Chapter 7 Trustee opposes continuation of the stay. I do not have CM/ECF filing access. These statements describe the papers I have received.

8. I prepared for November 18 in reliance on Movant's assent and notice. I had already requested continuation and extension on October 2. Had Movant stated that she would treat the stay as ending on November 10 despite the later agreed hearing, I would have renewed my request for an express ruling before November 10.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026

Jason Emory McKemie

## EXHIBIT A

---

**Email from Jonathan D. Steele to Jason Emory McKemie**

November 14, 2026, 6:26 p.m. Central Time

Conferral on the reset hearing for ECF 110

**From:** Jonathan Steele <jsteele@beermannlaw.com>
**Subject: In re McKemie, 26-30161-mvl7: conferral on reset hearing for ECF 110**
**Date:** November 14, 2026 at 6:26:20 PM CST
To: [illegible]
Cc: [illegible]

Hi Mr. McKemie,

Per the Court's November 13 email, the parties are to confer on the timing of a reset hearing on Ms. Ulijasz's motion for relief from stay (ECF 110) and your pending motions, along with a time estimate.

We are available for an in-person hearing on Tuesday, December 1, Tuesday, December 8, or Friday, December 18. We estimate 90 minutes for all matters.

Please let us know by Wednesday, November 18 which of these dates work for you, or propose alternatives, along with your time estimate, so we can report back to chambers.

Jonathan

Jonathan Steele | Divorce and Family Law Partner
161 N Clark St., Suite 3000 | Chicago, IL 60601
Tel: 312.621.9700 | Fax: 312.621.0909

2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015
Tel: 847.681.9600 | Fax: 847.681.0909
jsteele@beermannlaw.com | www.beermannlaw.com