Respectfully submitted,

Jason Emory McKemie
Debtor, pro se
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net
Dated: November 16, 2026

## CERTIFICATE OF CONFERENCE

The Debtor requested this relief in writing on October 2, 2026 (ECF 122 at 11–12) and on November 13, 2026 (Supplement at 5 and 17). He has received no response from Movant to either request.

Because the Emergency Motion asks for an expedited ruling, the Debtor is requesting the positions of Movant and the Chapter 7 Trustee when he serves it, and he will advise the Court promptly of any position received.

Jason Emory McKemie

## CERTIFICATE OF SERVICE

I certify that on November 17, 2026, a certified copy of this Emergency Motion, the proposed order, and form BTXN 146 are served by email on counsel for Movant Gwendolyn Laura Ulijasz:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date a copy is emailed to the courtroom deputy at mvl_settings@txnb.uscourts.gov. Counsel of record will also receive electronic notice through the Court's CM/ECF system upon docketing.

The original ink-signed copies will be filed with the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242, on November 17, 2026.

Jason Emory McKemie