**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: | § CASE NO. 26-30161-mvl7 |
| JASON EMORY McKEMIE, | § CHAPTER 7 |
| Debtor. | § |

## ORDER GRANTING EXPEDITED CONSIDERATION

The Court has considered the Motion for Expedited Consideration and finds that the pending § 362(e) issue, the continued final hearing, and the need for a prompt determination of the operative stay establish cause to shorten time under Fed. R. Bankr. P. 9006(c). It is ORDERED:

1. The Motion for Expedited Consideration is GRANTED.

2. Any response to the Emergency Motion shall be filed and served within one business day after service of this order. Any reply shall be filed and served within one business day after the response is served.

3. The Court will consider the Emergency Motion promptly after that abbreviated response opportunity. If an evidentiary hearing or further argument is required, the Court will issue a separate expedited setting notice. The Debtor may participate remotely at that hearing using the access information supplied by the Court.

4. The Debtor shall promptly provide this order to Movant's counsel, the Chapter 7 Trustee, and the United States Trustee through a method authorized by the applicable service rules. Any required underlying-motion service remains governed by those rules.

5. This order shortens the response schedule. It does not itself decide whether § 362(e) terminated the stay, grant stay relief to Movant, adjudicate the merits of ECF 110, or award fees or costs against the Debtor.

**### END OF ORDER ###**

Prepared and submitted by:
Jason Emory McKemie
Debtor, pro se
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net