Jonathan D. Steele (admitted pro hac vice)
Illinois ARDC No. 6308171
BEERMANN LLP
161 N. Clark Street, Suite 3000
Chicago, Illinois 60601
Telephone: 312.621.9700
jsteele@beermannlaw.com

Richard G. Dafoe
Texas Bar No. 05309500
WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
Telephone: 214.979.7427
rdafoe@wslawpc.com

Counsel for Movant Gwendolyn Ulijasz

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-30161-mvl7 |
| JASON EMORY McKEMIE, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

**NOTICE OF FINAL HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF NO. 110)**

PLEASE TAKE NOTICE that the Court has set the final evidentiary hearing on the Motion for Relief from the Automatic Stay (ECF No. 110) (the "Motion") filed on September 11, 2026 by Gwendolyn Laura Ulijasz ("Movant"), as follows:

**Date:** Wednesday, January 20, 2027

**Time:** 1:30 p.m. (Central Time)

**Judge:** The Honorable Michelle V. Larson, United States Bankruptcy Judge

**Place:** United States Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 75242

The Court has reserved a half day (three hours) for the hearing. The hearing will be held in person in the courtroom.

Respectfully submitted,

BEERMANN LLP

By: /s/ Jonathan D. Steele
Jonathan D. Steele (admitted pro hac vice)
Illinois ARDC No. 6308171
161 N. Clark Street, Suite 3000
Chicago, Illinois 60601
Telephone: 312.621.9700
jsteele@beermannlaw.com

WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C.

By: /s/ Richard G. Dafoe
Richard G. Dafoe
Texas Bar No. 05309500
1717 Main Street, Suite 2500
Dallas, Texas 75201
Telephone: 214.979.7427
rdafoe@wslawpc.com

COUNSEL FOR MOVANT GWENDOLYN ULIJASZ

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date this Notice was filed, a true and correct copy was served (a) on the Debtor, Jason Emory McKemie, pro se, by email at jmckemie@mckemie.net and by first-class United States mail at his address of record on the Court's docket, 539 W. Commerce St., #2010, Dallas, Texas 75208; and (b) on the Chapter 7 Trustee, Areya Holder Aurzada, the United States Trustee, and all other parties receiving electronic notice in this case, through the Court's CM/ECF system.

/s/ Richard G. Dafoe
Richard G. Dafoe