FILED

NOV 25 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br>**JASON EMORY McKEMIE,**<br>Debtor. | Case No. 26-30161-mvl7<br>Chapter 7 |

## DEBTOR'S AMENDED SCHEDULES A/B AND C

The Debtor amends Schedule A/B (Official Form 106A/B) [ECF 29] and Schedule C (Official Form 106C) [ECF 31] under Fed. R. Bankr. P. 1009(a). Amended Schedule C follows this paper on the Official Form. Part 4 of Schedule A/B is amended as stated below. Every entry on Schedule A/B that is not listed below is unchanged.

## AMENDMENT TO SCHEDULE A/B, PART 4 (FINANCIAL ASSETS)

| Line | Official Form 106A/B item | Amended answer | Current value of the portion I own |
|---|---|---|---|
| 30 | Other amounts someone owes you | Yes. $20,643.56 owed to me by Gwendolyn Laura Ulijasz under Section I (Option B) and Section III of the Order on Emergency Reinstatement of Healthcare signed December 17, 2025 in Cause No. DF-24-18010, 302nd Judicial District Court, Dallas County, Texas (the "Coverage Preservation Judgment"). Unpaid. | $20,643.56 |
| 31 | Interests in insurance policies (health, disability, or life insurance; health savings account (HSA)) | In addition to the policy already listed: (a) my rights as a covered dependent spouse under the Accenture US Group Health Plan (medical, prescription, dental and vision), through the employment of Gwendolyn Laura Ulijasz; (b) my community-property interest in the Accenture health savings account administered by Inspira Financial and held in the name of Gwendolyn Laura Ulijasz. | Unknown. Ms. Ulijasz has stated an HSA opening balance of $8,197.44 on January 1, 2026 (ECF 110 at 30). I have not been able to verify it. |
| 33 | Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment | In addition to the claim already listed: claims against Gwendolyn Laura Ulijasz; against her counsel, past and present, including Sullivan & Cook, Beermann LLP and Armstrong Divorce & Family Law, PLLC; and against Accenture, its employee benefit plans and their administrators and vendors, arising from the termination of my health coverage effective October 31, 2025 on a reported divorce that had not occurred; the failure to restore all terminated benefits, including the health care flexible spending account and dependent life, accidental death and dismemberment, and critical illness coverage; the denial of access to the health savings and flexible spending accounts; and the resulting claim reversals, charges billed back to me, out-of-pocket medical and prescription costs, and injury. These include claims under ERISA, 29 U.S.C. § 1132. A complaint is pending with the U.S. Department of Labor, Employee Benefits Security Administration. | Unknown |

| Line | Official Form 106A/B item | Amended answer | Current value of the portion I own |
|---|---|---|---|
| 34 | Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims | My counterclaims against Gwendolyn Laura Ulijasz pending in Cause No. DF-24-18010. | Unknown |

**DECLARATION**

Under penalty of perjury, I declare that I have read this amendment to Schedule A/B and the amended Schedule C filed with it, and that they are true and correct. 28 U.S.C. § 1746. Executed on November 22, 2026.

Jason Emory McKemie, Debtor

**NOTICE OF AMENDED EXEMPTIONS**

Under N.D. Tex. L.B.R. 1009-1(c), notice is given that the Debtor has amended Schedule C to claim the following property exempt under 11 U.S.C. § 522(b)(3):

| Property | Value | Law |
|---|---|---|
| $20,643.56 owed by Gwendolyn Laura Ulijasz under the December 17, 2025 order in Cause No. DF-24-18010 (Schedule A/B line 30) | $20,643.56 (100%) | Tex. Prop. Code § 42.001(b)(3) |
| Benefits, and claims for benefits, as a covered dependent under the Accenture employee benefit plans (Schedule A/B lines 31 and 33) | Unknown (100%) | Tex. Ins. Code § 1108.051 |
| Community-property interest in the Accenture health savings account (Inspira Financial) held in the name of Gwendolyn Laura Ulijasz (Schedule A/B line 31) | Unknown (100%) | Tex. Prop. Code § 42.0021 |

An objection to these exemptions must be filed within 30 days after this amendment is filed. Fed. R. Bankr. P. 4003(b)(1).

Respectfully submitted,

Jason Emory McKemie
Debtor, pro se
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net

## CERTIFICATE OF SERVICE

I certify that on November ~~22~~ 24 (9am), 2026 I served these Amended Schedules A/B and C and this notice by email on Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP; Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C.; Rebecca L. Armstrong (rebecca@armstronglawtexas.com) and Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC; Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com; trustee@holderlawpc.com); and the Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov), with a copy to the courtroom deputy (mvl_settings@txnb.uscourts.gov). The ink-signed original was sent to the Clerk by overnight delivery on November ~~22~~ 24, 2026 (9am).

Jason Emory McKemie

**Fill in this information to identify your case:**

Debtor 1 JASON EMORY MCKEMIE
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: NORTHERN District of TEXAS

Case number 26-30161-mvl7
(If known)

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sum owed by G. L. Ulijasz under 12/17/2025 order, DF-24-18010<br>Line from *Schedule A/B*: 30 | $ 20,643.56 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(b)(3) |
| Brief description: Benefits and benefit claims as dependent, Accenture plans<br>Line from *Schedule A/B*: 31, 33 | $ Unknown | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code § 1108.051 |
| Brief description: Community interest in Accenture HSA (Inspira), spouse's name<br>Line from *Schedule A/B*: 31 | $ Unknown | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☒ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes