**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: **JASON EMORY McKEMIE,**<br>Debtor. | CASE NO. **26-30161-mvl7** \|<br>*CHAPTER 7* |

## ORDER AUTHORIZING ELECTRONIC FILING BY THE DEBTOR

Upon consideration of Debtor's Motion for Leave to File Electronically and for an Interim Electronic Filing Method, and the record, the Court ORDERS:

**1.** Under Federal Rule of Bankruptcy Procedure 5005(a)(3)(B)(i), Jason Emory McKemie is authorized to file electronically on his own behalf in Case No. 26-30161-mvl7. This authorization concerns this bankruptcy case only.

**2.** Within two business days after entry of this Order, the Clerk shall provide Debtor at jmckemie@mckemie.net the instructions for remote completion of applicable registration, identity-verification, security, and training requirements. Upon completion, the Clerk shall promptly activate the authorized access and associated electronic notices.

**3.** Pending activation, the Clerk shall designate in writing an electronic method through which Debtor may submit signed PDFs for review and docketing and shall identify how filing acceptance will be confirmed. If direct CM/ECF access cannot be implemented, that designated method shall remain available in this case. A submission shall not be represented as filed before the Clerk accepts and enters it under the designated procedure.

**4.** Debtor shall comply with applicable signature, redaction, document-format, security, and service requirements. This Order does not dispense with service required by Rules 7004, 7005, 9014, or 9036, and does not alter any substantive filing deadline.

**5.** This access relief is granted independently of the merits of Debtor's separate case-management motion.

**### End of Order ###**

Submitted by: **Jason Emory McKemie** Debtor, pro se
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net