FILED
NOV 25 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br>**JASON EMORY McKEMIE,**<br>Debtor. | Case No. 26-30161-mvl7<br>Chapter 7 |

## NOTICE OF HEARING ON DEBTOR'S RULE 2004 MOTION [ECF 97]

**PLEASE TAKE NOTICE** that the Court has set a hearing on the Debtor's Motion for Order Authorizing Rule 2004 Subpoenas for Third-Party Financial Records Concerning Assets Identified by the Chapter 7 Trustee for Estate Administration; Authorization for the Clerk to Issue Subpoenas [ECF 97], filed August 21, 2026, as follows:

| | |
|---|---|
| Date | **Tuesday, December 8, 2026** |
| Time | **1:30 p.m. Central Time** |
| Judge | The Honorable Michelle V. Larson, United States Bankruptcy Judge |
| Place | Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242 |
| Format | Hybrid. Parties may attend in the courtroom or by WebEx. |
| WebEx video | https://us-courts.webex.com/meet/larson |
| WebEx telephone | 1.650.479.3207, access code 2301 476 1957 |

The WebEx Hearing Instructions for Judge Larson may be obtained from the Court's hearing dates page for Judge Larson: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

The Debtor will attend by WebEx video.

Respectfully submitted,

Jason Emory McKemie
Debtor, pro se
539 W. Commerce St., #2010, Dallas, TX 75208
(214) 519-8958 | jmckemie@mckemie.net

# CERTIFICATE OF SERVICE

I certify that on **November 24, 2026**, a true copy of this Notice and the proposed order was served by email on counsel for Movant Gwendolyn Laura Ulijasz:

- Jonathan D. Steele (jsteele@beermannlaw.com), Beermann LLP (Chicago)
- Sara Boucher (saboucher@beermannlaw.com), Beermann LLP (Chicago)
- Rosa Gutierrez (rgutierrez@beermannlaw.com), Beermann LLP (Chicago)
- Richard G. Dafoe (rdafoe@wslawpc.com), Waddell Serafino Geary Rechner Jenevein, P.C. (Dallas)
- Rebecca L. Armstrong (rebecca@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC (Dallas)
- Lauren Shaw (lauren@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC (Dallas)
- Terra Aguirre (terra@armstronglawtexas.com), Armstrong Divorce & Family Law, PLLC (Dallas)

and on:

- Areya Holder Aurzada, Chapter 7 Trustee (areya@holderlawpc.com)
- Office of the United States Trustee (ustpregion06.da.ecf@usdoj.gov)

On the same date a copy was emailed to the courtroom deputy (mvl_settings@txnb.uscourts.gov), and the ink-signed original were mailed on Tuesday, November 24th, 2026, by US Mail to the Clerk, United States Bankruptcy Court, Northern District of Texas, 1100 Commerce Street, Room 1254, Dallas, Texas 75242.

Jason McKemie

**Jason Emory McKemie**