BTXN 146 (rev. 03/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

FILED
NOV 25 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Jason Emory McKemie §
§ Case No: 26-30161-mvl7
§
§
Debtor(s) §
§
§
§
§
§
§
§
§
§

## MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

1. Jason Emory McKemie, Debtor, hereby request that a hearing be set on Motion for HSA Card and FSA Access not later than December 8, 2026, 1:30 p.m.. Hearing by such date is necessary because the 2026 FSA covers only expenses incurred through Dec. 31, 2026..

2. Notice of proposed expedited hearing will be provided to: counsel for Gwendolyn Laura Ulijasz, the Chapter 7 Trustee and the U.S. Trustee

   by email on November 24, 2026, with the motion

   and will be sufficient because each is counsel of record or a trustee in this case..

3. A hearing was not requested earlier because the motion is filed with this request..

[signature]

Jason Emory McKemie

Counsel for Debtor, pro se

Date: November 24, 2026